CO-386-online
10/03

# United States District Court
# For the District of Columbia

American Insurance Association; and National     )
Association of Mutual Insurance Companies,       )
                                                 )
                                                 )
                           Plaintiff             )      Civil Action No._____
            vs                                   )
                                                 )
United States Department of Housing and Urban    )
Development; and Shaun Donovan, in his official capacity )
as Secretary of Housing and Urban Development,   )
                                                 )
                           Defendant             )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  Plaintiffs,  certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of  Plaintiffs  which have

any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*[signature]*
Signature

474304
BAR IDENTIFICATION NO.

Kannon K. Shanmugam
Print Name

Williams & Connolly, LLP, 725 12th Street NW
Address

Washington, DC 20005
City            State           Zip Code

202-434-5000
Phone Number