IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN INSURANCE ASSOCIATION and NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT and SHAUN DONOVAN, in his official capacity as Secretary of Housing and Urban Development,<br><br>Defendants. | Civil Action No. 13-cv-966 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTE that Allison B. Jones now appears on behalf of Plaintiffs, American Insurance Association and National Association of Mutual Insurance Companies, in the above-captioned case.

Respectfully submitted,

Dated: June 26, 2013

s/Allison B. Jones
Allison B. Jones (#991503)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Tel.: (202) 434-5000
Fax: (202) 434-5029
E-mail: ajones@wc.com
*Counsel for Plaintiffs*