# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN INSURANCE ASSOCIATION and NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT and SHAUN DONOVAN, in his official capacity as Secretary of Housing and Urban Development,<br><br>Defendants. | Civil Action No. 13-cv-966 |

## NOTICE OF FILING

Counsel for Plaintiffs American Insurance Association and National Association of Mutual Insurance Companies hereby file the attached Affidavit of Service of the Summons and Complaint on the Defendants in the above-entitled matter.

Respectfully submitted,

Dated: July 10, 2013

s/ Allison B. Jones
Kannon K. Shanmugam (#474304)
Allison B. Jones (#991503)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Tel.: (202) 434-5000
Fax: (202) 434-5029
E-mail: kshanmugam@wc.com
*Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN INSURANCE ASSOCIATION and NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT and SHAUN DONOVAN, in his official capacity as Secretary of Housing and Urban Development,<br><br>Defendants. | Civil Action No. 13-cv-966 |

## AFFIDAVIT OF SERVICE

I, Carole LaRochelle, declare as follows:

1. I am an adult over the age of 18. I make this Affidavit of Service based on personal knowledge.

2. I am a legal assistant at the law firm of Williams & Connolly LLP, 725 Twelfth Street, NW, Washington, D.C. 20005.

3. At the request of Allison B. Jones, Esquire, an associate at Williams & Connolly LLP, on June 27, 2013, I put copies of the Summonses and Complaint filed in the above-captioned case in envelopes properly addressed to both Defendants in this action, the U.S. Attorney General, and the U.S. Attorney for the District of Columbia. The envelopes were then taken by an employee of Williams & Connolly LLP's Office Services to the U.S. Postal Service and mailed via certified mail, return receipt requested.

Attn: Civil-Process Clerk
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, N.W.
Washington, D.C. 20530

Eric Holder
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

U.S. Department of Housing & Urban Development
451 Seventh Street, S.W.
Washington, D.C. 20410

Shaun Donovan
Secretary of Housing & Urban Development
U.S. Department of Housing & Urban Development
451 Seventh Street, S.W.
Washington, D.C. 20410

4. Attached as Exhibit 1 are the requested return receipts showing that the envelopes with the Summonses and Complaints were received by both Defendants, the U.S. Attorney General, and the U.S. Attorney for the District of Columbia.

FURTHER AFFIANT SAYETH NOT.

_____
Carole LaRochelle

Subscribed and sworn to before me
this 10th day of July, 2013.

_____
Notary Public

My Commission expires: 6/14/2017

# EXHIBIT 1

## EXHIBIT 1 TO AFFIDAVIT OF SERVICE

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Shaun Donovan
   Secretary of Housing & Urban Development
   US Dept of Housing & Urban Development
   451 Seventh Street, SW
   Washington, DC 20410

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☒ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery: 7-1-13

D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7011 1150 0000 5995 4088

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   US Dept of Housing & Urban Development
   451 Seventh Street, SW
   Washington, DC 20410

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery: 7-1-13

D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7011 1150 0000 5995 4095

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>**Attn: Civil-Process Clerk**<br>**US Attorney's Office**<br>**for the District of Columbia**<br>**555 Fourth Street, NW**<br>**Washington, DC 20530** | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label)  7011 1150 0000 5995 6114 | |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>**Eric Holder**<br>**US Attorney General**<br>**US Department of Justice**<br>**950 Pennsylvania Avenue, NW**<br>**Washington, DC 20530** | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label)  7011 1150 0000 5995 6101 | |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of July, 2013, a copy of the foregoing was filed electronically using CM/ECF and was served by U.S. mail to:

>U.S. Department of Housing & Urban Development
>451 Seventh Street, S.W.
>Washington, D.C. 20410
>
>Shaun Donovan
>Secretary of Housing & Urban Development
>U.S. Department of Housing & Urban Development
>451 Seventh Street, S.W.
>Washington, D.C. 20410

s/ Allison B. Jones