UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
AMERICAN INSURANCE                  )
ASSOCIATION, *et al.*               )
                                    )
          Plaintiffs,               )
                                    )   No. 1:13-cv-00966 (RJL)
     v.                             )
                                    )
UNITED STATES DEPARTMENT            )
OF HOUSING AND URBAN                )
DEVELOPMENT, *et al.*               )
                                    )
          Defendants.               )
_____)

## NOTICE OF APPEARANCE

Undersigned counsel, Kyle R. Freeny, hereby enters her appearance as counsel for the defendants in the above-captioned case. Pursuant to Local Civil Rule 83.2(j), undersigned counsel certifies that she is personally familiar with the Local Rules of this Court.

Dated: August 7, 2013         Respectfully submitted,

                              STUART F. DELERY
                              Assistant Attorney General

                              RONALD C. MACHEN JR.
                              United States Attorney

                              MICHAEL SITCOV
                              Assistant Branch Director

                               /s/ Kyle R. Freeny_____
                              KYLE R. FREENY (Cal. Bar No. 247857)
                              Trial Attorney
                              Civil Division, Federal Programs Branch
                              U.S. Department of Justice
                              20 Massachusetts Ave., N.W.
                              Washington, DC  20001
                              Tel: (202) 514-5108/Fax: (202) 616-8470
                              Email:  Kyle.Freeny@usdoj.gov
                              *Counsel for Defendants*