UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN INSURANCE ASSOCIATION, *et al.*<br><br>      Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*<br><br>      Defendants. | No. 1:13-cv-00966 (RJL) |

### NOTICE OF APPEARANCE

Undersigned counsel, Daniel P. Mosteller, hereby enters his appearance as counsel for the defendants in the above-captioned case.

Dated:  August 7, 2013

Respectfully submitted,
JOCELYN SAMUELS
Acting Assistant Attorney General
Civil Rights Division

STEVEN H. ROSENBAUM
Chief
SAMEENA SHINA MAJEED
Deputy Chief
Civil Rights Division
Housing and Civil Enforcement Section

  /s/ Daniel P. Mosteller
DANIEL P. MOSTELLER
DC Bar Number 980802
Trial Attorney
United States Department of Justice
Civil Rights Division
Housing and Civil Enforcement Section
950 Pennsylvania Avenue, N.W. – NWB
Washington, DC  20530
Tel.: (202) 514-4713 Fax: (202) 514-1116
daniel.mosteller@usdoj.gov