UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN INSURANCE ASSOCIATION, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*<br><br>Defendants. | No. 1:13-cv-00966 (RJL) |

**[Proposed] ORDER**

Upon consideration of Defendants' Unopposed Motion to Stay Proceedings, it is hereby:

ORDERED that Defendants' Unopposed Motion to Stay Proceedings is GRANTED; and it is

FURTHER ORDERED that the proceedings in the above-captioned action are stayed until further order, pending the conclusion of proceedings before the Supreme Court in *Township of Mount Holly v. Mount Holly Gardens Citizens in Action, Inc.* ("*Mount Holly*"), No. 11-1507; and it is

FURTHER ORDERED that within 30 days after the Supreme Court's disposition of *Mount Holly*, the parties to this action shall submit a status report to the Court addressing the need for any further proceedings in this action.

SO OREDERED this ____ day of _____, 2013.

_____
U.S. DISTRICT JUDGE RICHARD J. LEON