UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN INSURANCE ASSOCIATION, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*<br><br>Defendants. | No. 1:13-cv-00966 (RJL) |

## JOINT MOTION TO LIFT THE STAY AND STATUS REPORT

The parties hereby file this joint status report pursuant to the Court's August 29, 2013 Order. That Order stayed all proceedings in the above-captioned case pending the Supreme Court's disposition of *Township of Mount Holly v. Mount Holly Gardens Citizens in Action, Inc.* ("*Mount Holly*"), No. 11-1507, and directed the parties to file a status report within 30 days after that disposition to advise the Court of the need for any further proceedings in this case. On November 15, 2013, the Supreme Court dismissed the writ of certiorari in *Mount Holly*, following a joint stipulation of dismissal. Accordingly, the parties here request that the Court lift the stay that was entered in this case on August 29, 2013.

The parties, having conferred, also propose the following schedule for the briefing of cross-dispositive motions:

- Within 30 days of the date on which the stay is lifted, plaintiffs will file an opening motion for summary judgment.

-1-

-2-

- Within 45 days of the date on which plaintiffs file their opening motion, defendants will file an opposition to plaintiffs' motion and a cross-dispositive motion.

- Within 21 days of the date on which defendants file their opposition and cross-motion, plaintiffs will file an opposition to defendants' motion and a reply in support of their own motion for summary judgment.

- Within 21 days of the date on which plaintiffs file their opposition, defendants will file a reply in support of their cross-motion.

The parties also stipulate that defendants' obligation to answer or otherwise respond to the Complaint shall be deferred pending a ruling on the parties' dispositive motions.

Dated: December 16, 2013                        Respectfully submitted,


KANNON K. SHANMUGAM                             STUART F. DELERY
                                                Assistant Attorney General
ALLISON B. JONES
                                                RONALD C. MACHEN JR.
                                                United States Attorney


/s/ Kannon K. Shanmugam_____                   */s/ Kyle R. Freeny*_____
Kannon K. Shanmugam (#474304)                   MICHAEL SITCOV
Allison B. Jones (#991503)                      KYLE R. FREENY (Cal. Bar No. 247857)
WILLIAMS & CONNOLLY LLP                         DANIEL P. MOSTELLER (DC Bar No.
725 Twelfth Street, N.W.                        980802)
Washington, DC 20005                            Attorneys
Telephone: (202) 434-5000                       U.S. Department of Justice
Facsimile: (202) 434-5029                       20 Massachusetts Ave., N.W.
                                                Washington, DC 20001
                                                Tel: (202) 514-5108/Fax: (202) 616-8470
                                                Email: Kyle.Freeny@usdoj.gov

*Counsel for Plaintiffs*                        *Counsel for Defendants*