IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN INSURANCE ASSOCIATION and NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT and SHAUN DONOVAN, in his official capacity as Secretary of Housing and Urban Development,<br><br>　　　　Defendants. | Civil Action No. 13-cv-966 (RJL) |

## [PROPOSED] ORDER

Upon consideration of the Parties' Joint Motion to Lift the Stay and Status Report, the Court ORDERS that the Parties' Motion to Lift the Stay is **GRANTED**.

The Court further ORDERS that the following briefing schedule is set:

(1) Plaintiffs shall file their motion for summary judgment within 30 days of the date of this Order;

(2) Defendants shall file an opposition to plaintiffs' motion and a cross-dispositive motion within 45 days of the date on which plaintiffs file their opening motion;

(3) Plaintiffs shall file an opposition to defendants' motion and a reply in support of their own motion for summary judgment within 21 days of the date on which defendants file their opposition and cross-motion; and

(4) Defendants shall file a reply in support of their cross-motion within 21 days of the date on which plaintiffs file their opposition.

Is is FURTHER ORDERED that defendants' obligation to answer or otherwise respond to the Complaint is stayed pending a ruling on the parties' dispositive motions.

SO ORDERED.

_____
Richard J. Leon
United States District Judge

Dated: _____