IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN INSURANCE ASSOCIATION and NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT and SHAUN DONOVAN, in his official capacity as Secretary of Housing and Urban Development,<br><br>Defendants. | Civil Action No. 13-cv-966 (RJL) |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Plaintiffs American Insurance Association and National Association of Mutual Insurance Companies move for summary judgment on their claim that the Department of Housing and Urban Development's rule purporting to authorize disparate-impact claims is in excess of Defendants' statutory jurisdiction, authority, or limitations, or is otherwise not in accordance with law. In support of this motion, Plaintiffs attach a memorandum of law with exhibits. Plaintiffs request an oral hearing under Local Civil Rule 7(f).

/s/Kannon K. Shanmugam
Kannon K. Shanmugam (#474304)
Allison B. Jones (#991503)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

December 20, 2013

*Counsel for Plaintiffs*