IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN INSURANCE ASSOCIATION and NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT and SHAUN DONOVAN, in his official capacity as Secretary of Housing and Urban Development,<br><br>Defendants. | Civil Action No. 13-cv-966 (RJL) |

### [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Summary Judgment, the memoranda of the parties, and the whole record, it is:

ORDERED that Plaintiffs' Motion for Summary Judgment is **GRANTED**. The Rule promulgated in 78 Fed. Reg. 11,460-11,482 is **VACATED**.

The Clerk of the Court shall enter judgment for the Plaintiffs.

SO ORDERED.

                                                                                     _____
                                                                                      Richard J. Leon
                                                                                      United States District Judge

                                                                                      Dated: _____