IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN INSURANCE ASSOCIATION and NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT and SHAUN DONOVAN, in his official capacity as Secretary of Housing and Urban Development,<br><br>Defendants. | Civil Action No. 13-cv-966 (RJL) |

**PLAINTIFFS' NOTICE OF CONSENT TO AMICUS BRIEFS**

Plaintiffs American Insurance Association and National Association of Mutual Insurance Companies understand that various amici curiae may desire to file briefs in this case, at the discretion of the Court. Plaintiffs therefore hereby notify the Court of their consent to the filing of any and all briefs of amici curiae, whether in support of either or neither party.

/s/Kannon K. Shanmugam
Kannon K. Shanmugam (#474304)
Allison B. Jones (#991503)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

January 28, 2014                                              *Counsel for Plaintiffs*