IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN INSURANCE ASSOCIATION and NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES, | ) ) ) ) ) |  |
| *Plaintiffs*, | ) ) |  |
| v. | ) ) ) | Case No. 1:13-cv-966-RJL |
| UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT and SHAUN DONOVAN, in his official capacity as Secretary of Housing and Urban Development, | ) ) ) ) ) ) |  |
| *Defendants*. | ) ) |  |

**MOTION FOR LEAVE TO FILE AN *AMICUS CURIAE* BRIEF AND CORPORATE DISCLOSURE CERTIFICATION**

Judicial Watch, Inc. and the Allied Educational Foundation, by and through undersigned counsel, respectfully move for leave to file the attached *amicus curiae* brief in support of Plaintiffs' requested relief in this matter. In support of its motion, proposed *amici* state as follows:

Judicial Watch, Inc. ("Judicial Watch") is a non-partisan, public interest organization headquartered in Washington, D.C. Founded in 1994, Judicial Watch seeks to promote accountability, transparency and integrity in government, and fidelity to the rule of law. In furtherance of these goals, Judicial Watch regularly files *amicus curiae* briefs and prosecutes lawsuits on matters it believes are of public importance. Judicial Watch has appeared as *amicus curiae* in multiple federal courts on numerous occasions.

1

The Allied Educational Foundation ("AEF") is a nonprofit charitable and educational foundation based in Englewood, New Jersey. Founded in 1964, AEF is dedicated to promoting education in diverse areas of study. AEF regularly files *amicus curiae* briefs as a means to advance its purpose and has appeared as an *amicus curiae* in federal courts on numerous occasions.

*Amici* are concerned that the use of the "disparate impact" racial consideration test by the Department of Housing and Urban Development ("HUD") violates the Administrative Procedures Act and the Equal Protection Clause of the Fourteenth Amendment to the U.S. Constitution, and are concerned about the corrosive effect of that violation on the rule of law. HUD's broad race-based housing regulation is especially harmful because it attempts to further enshrine the intellectually impoverished concept of race into law, and seeks to perpetuate a culture of racial and ethnic politics in American public life. *Amici* have regularly filed briefs in federal courts expounding on how the Equal Protection Clause functions to eliminate racial considerations from law,[1] and believe their contribution will aid the Court.

A court's decision to permit *amici curiae* to participate in a pending case is "solely within the broad discretion of the district court." *Tafas v. Dudas, et al.*, 511 F.Supp.2d 652 (E.D. VA 2007) (overruled on other grounds); *citing Waste Mgmt., Inc. v. City of York,* 162 F.2R.D.34, 36 (M.D. Pa. 1995); s*ee e.g. Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982). While there is

---

[1] *See* Brief of *Amici Curiae* Judicial Watch and Allied Educational Foundation, *Fisher v. University of Texas at Austin*, Case No. 11-345 (filed with U.S. Supreme Court May 29, 2012), available at http://sblog.s3.amazonaws.com/wp-content/uploads/2012/06/Final-11-345-JudicialWatch-Brief.pdf; *see also* Brief of *Amici Curiae* Judicial Watch and Allied Educational Foundation, *Schuette v. Coalition to Defend Affirmative Action*, Case No. 12-682 (filed with U.S. Supreme Court July 1, 2013), available at http://alliededucationalfoundation.org/legalbriefs/2013%20Briefs/shuette%20v%20coalition%20(1).PDF; *see also* Brief of *Amicus Curiae* Judicial Watch, *Mount Holly v. Mount Holly Gardens Citizens in Action*, Case No. 11-1507 (filed with U.S. Supreme Court September 3, 2013), available at http://sblog.s3.amazonaws.com/wp-content/uploads/2013/09/11-1507tsacJudicialWatchInc.pdf.

no rule governing the appearance of *amici* in a district court, the courts have recognized they have broad discretion whether to permit a non-party to participate as an *amicus curiae*. As explained by then-Judge Alito, "[e]ven when a party is well represented, an amicus may provide important assistance to the court." *Neonatology Assocs., P.A. v. Commissioner of Internal Revenue*, 293 F.3d 128, 132 (3rd Cir. 2002). Indeed, the federal courts regularly permit parties with various interests to appear as *amici*, reasoning that a "restrictive policy with respect to granting leave to file may [] create at least the perception of viewpoint discrimination." *Neonatology Assocs., P.A.,* 293 F.3d at 133. *See also United States v. Alkaabi*, 223 F. Supp. 2d. 583, 592 (D.N.J. 2002).

Undersigned counsel has spoken with counsel for both Plaintiffs and Defendants seeking consent to the instant motion. As of the date of this filing, counsel for Plaintiffs has filed a notice of consent to the filing of all *amicus* briefs in this case. ECF No. 18. Counsel for Defendants informed undersigned counsel that the Defendants "take no position" on the instant motion.

For the foregoing reasons, Judicial Watch and AEF respectfully request this Court to grant them leave to allow their appearance and to accept the brief of *amici curiae*.

## CORPORATE DISCLOSURE CERTIFICATION

Pursuant to Fed.R.Civ.P. 7.1 and LCvR 7.1, I, Chris Fedeli, undersigned counsel of record for Judicial Watch and AEF, certify that to the best of my knowledge and belief, neither Judicial Watch nor AEF have parent companies, subsidiaries, or affiliates with any outstanding securities in the hands of the public. Furthermore, both Judicial Watch and AEF are corporations organized under Section 501(c)(3) of the Internal Revenue Code, and no publicly held company

has a 10% or greater ownership interest in either corporation. These representations are made so that judges of this Court may determine the need for recusal.

Dated: January 30, 2014

Respectfully submitted,

*s/ Chris Fedeli*
Chris Fedeli
DC Bar No. 472919

**JUDICIAL WATCH, INC.**
425 Third Street, SW, Ste. 800
Washington, DC 20024
202-646-5172 office
202-646-5199 facsimile
cfedeli@judicialwatch.org

*Attorney for Amici Curiae Judicial Watch and Allied Educational Foundation*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of January, 2014, I transmitted the foregoing document by email to the following addresses:

dcd_cmecf@dcd.uscourts.gov<br>
kyle.freeny@usdoj.gov<br>
kshanmugam@wc.com<br>
ajones@wc.com<br>
daniel.mosteller@usdoj.gov<br>
apodoll@wc.com

*/s/ Chris Fedeli*
Chris Fedeli