UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
AMERICAN INSURANCE                  )
ASSOCIATION, *et al.*               )
                                    )
    Plaintiffs,                    )
                                    )   No. 1:13-cv-00966 (RJL)
    v.                             )
                                    )
UNITED STATES DEPARTMENT            )
OF HOUSING AND URBAN                )
DEVELOPMENT, *et al.*               )
                                    )
    Defendants.                    )
_____ )

### **[Proposed] ORDER**

Upon consideration of Plaintiffs' Motion for Summary Judgment and Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment, and any memoranda submitted in support thereof and opposition thereto, and the record in its entirety, it is hereby:

ORDERED that Plaintiffs' Motion is DENIED; and it is

FURTHERED ORDERED that Defendants' Motion is GRANTED and the Complaint in the above-captioned action is DISMISSED.

SO OREDERED this ____ day of _____, 2014

                                            _____
                                            U.S. DISTRICT JUDGE RICHARD J. LEON