## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN INSURANCE ASSOCIATION, and NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>and<br><br>SHAUN DONOVAN, in his official capacity as Secretary of Housing and Urban Development,<br><br>Defendants. | Civil Action No. 13-cv-966 (RJL) |

## AFFIDAVIT OF BILL ESSMAN
## IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

BEFORE ME, the undersigned authority, personally appeared Bill Essman who, being by me duly sworn, deposed and stated as follows:

1. My name is Bill Essman. I am an Analyst in the Systems Department of State Farm Mutual Automobile Insurance Company and have served in that capacity for at least 34 years. During my career I have had several roles in the Systems Department, including being a subject matter expert in several applications within the Fire underwriting system, serving in project coordination roles, and serving as a systems coordinator for the company's three California data processing areas. I am currently a Development Center Change Liaison. My job duties include coordinating estimates for systems impact to application within the Fire underwriting system.

All of this work is in support of State Farm Mutual Automobile Insurance Company, its subsidiaries and affiliates, including those selling property insurance in the United States (collectively, "State Farm"). State Farm provides homeowner's insurance in all 50 States and in the District of Columbia. In my capacity as a Systems Analyst, I am familiar with and have high-level knowledge of the primary computer applications and data repositories that State Farm uses to support its homeowner's insurance underwriting business.

2. I am making this affidavit in connection with the above-referenced lawsuit styled Civil Action No. 13-cv-966 (RJL), *American Insurance Association et al. v. United States Department of Housing and Urban Development et al.*, in the United States District Court for the District of Columbia. State Farm is a member of Plaintiff National Association of Mutual Insurance Companies. I have the authority and have been authorized to make this affidavit on behalf of State Farm. I am over 18 years of age, capable of making this affidavit, and have personal knowledge of the facts stated herein and they are true and correct.

3. I understand that the United States Department of Housing and Urban Development ("HUD") has issued a final rule purporting to interpret the Fair Housing Act to prohibit practices, including the provision and pricing of homeowner's insurance, that result in a disparate impact on groups identified by certain protected characteristics, including race, color, and national origin.

4. As part of my job duties, I am familiar with the primary computer applications and data repositories used to support State Farm's homeowner's underwriting business. State Farm does not collect or retain electronic records of policyholders' race, color, or national origin, nor does it have existing capabilities to store and utilize that information.

5. I have been asked to estimate the costs that State Farm's Systems Department will have to incur in order to develop the ability to collect, store, and process these additional insured characteristics. Substantial work beyond that set forth in this affidavit would be required before State Farm would have the ability to use this data in its business operations, and the cost of such additional, continuing work and analysis is not included in my assessment.

6. I estimate conservatively that changing State Farm's systems to collect, store, and process the additional insured characteristics data would require:

   a. In excess of 40,000 person-hours of work;

   b. Involvement of well over 100 individuals; and

   c. At least 18 months to complete.

   d. The cost of this work alone would be in the millions of dollars.

7. A non-exhaustive list of work that will need to be performed includes:

   a. Numerous meetings including both business and Systems employees to determine the business requirements needed;

   b. Converting the business requirements into system requirements and system solutions; and

   c. Completing a build, test, and implementation effort.

8. Each of the tasks listed in Paragraph 7 includes many subtasks. For example, the build, test, and implementation effort would require State Farm to complete at least the following tasks:

   a. Add questions to multiple computer applications used by agents, customers, and operation centers to allow State Farm to collect data about the new insured characteristics;

    b. Add this new data to multiple data repositories in which underwriting data is retained; and

    c. Produce model changes to accommodate State differences related to the new data elements.

9. The costs identified and estimated above do not include all of the costs that State Farm would incur to accomplish the necessary work. Further costs would include:

    a. The cost, including but not limited to system usage and commitment of employee time, to collect and input new characteristics data for *existing* customers.

    b. The effort needed to "mask" new fields that should not be displayed to users of relevant computer applications.

    c. Any changes to the normal business process related to use of these new data elements required as part of the underwriting process in order to comply with the Rule described in Paragraph 2.

    d. Ongoing analysis of the data as it relates to all rating and underwriting rules.

10. I reside and work primarily in the State of Illinois. This affidavit and all affidavits and drafts I have prepared were prepared with the assistance of counsel.

FURTHER, Affiant sayeth not.

*Bill Essman*
Bill Essman, Affiant

SUBSCRIBED AND SWORN TO before me, the undersigned authority, on this 24th day of February, 2014, by Bill Essman, who is personally known to me to be the person whose name is subscribed to this document.

*Jessica Frink*

Notary Public

OFFICIAL SEAL
JESSICA FRINK
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 5-23-2014

5