IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN INSURANCE ASSOCIATION and NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT and SHAUN DONOVAN, in his official capacity as Secretary of Housing and Urban Development,<br><br>Defendants. | Civil Action No. 13-cv-966 (RJL) |

## AFFIDAVIT OF KEVIN J. CHRISTY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

I, Kevin J. Christy, declare as follows:

1. I am over eighteen years of age and am not suffering under any legal or physical disability.

2. I submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss. I am testifying to the statements below based on my personal knowledge.

3. I am Vice President and Chief Actuary at Western National Mutual Insurance Company (Western National). My duties include heading up the actuarial area, business intelligence, product development area and those responsible for implementation of our rates and rating algorithms.

4. Western National sells homeowners insurance in five (5) states, and is a member of the National Association of Mutual Insurance Companies (NAMIC).

1

5. Before the Department of Housing and Urban Development enacted the Disparate-Impact Rule, Western National did not collect data regarding the race, color, religion, national origin, sex, familial status, or handicap of its insureds.

6. Because of the enactment of the Disparate-Impact Rule and in response to that rule, Western National will need to assess how, if possible under state law, to collect, organize, and analyze such data, both from existing and prospective policyholders.

7. I estimate my staff and I will need to spend 50 hours determining what data Western National will need to ensure compliance with the Disparate Impact Rule.

8. My staff and I will also spend an estimated 50 hours determining how to collect the data needed to ensure compliance with the Disparate Impact Rule.

9. My staff and I will need to spend an estimated 200 hours executing our plan to collect the data needed to ensure compliance with the Disparate Impact Rule.

10. In total, if these activities are found to be possible under state law, I estimate it will cost Western National $20,000, and approximately 300 hours in employee time, to plan, organize, and procure the data necessary to comply with the Disparate-Impact Rule.

11. That cost is ongoing because Western National will need to continuously monitor the data it collects. Western National will spend an estimated $10,000 per month collecting new data on race, color, religion, national origin, sex, familial status, and handicap; and analyzing that data as it is available to ensure that Western National is complying with the Disparate Impact Rule.

12. But for the Disparate Impact Rule, Western National would not incur these costs.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 24, 2014

_____
Kevin J. Christy