IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN INSURANCE ASSOCIATION and NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT and SHAUN DONOVAN, in his official capacity as Secretary of Housing and Urban Development,<br><br>    Defendants. | Civil Action No. 13-cv-966 (RJL) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for *amici curiae* movants: the American Financial Services Association, the Consumer Mortgage Coalition, the Independent Community Bankers of America®, and the Mortgage Bankers Association.

Dated: March 19, 2014                                Respectfully submitted,

                                                     /s/ Paul F. Hancock
                                                     
                                                     Paul F. Hancock (D.C. Bar No. 159327)
                                                     K&L GATES LLP
                                                     Southeast Financial Center, Suite 3900
                                                     200 South Biscayne Boulevard
                                                     Miami, FL 33131-2399
                                                     (305) 539-3300
                                                     paul.hancock@klgates.com

                                                     *Counsel for Amici Curiae*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of March, 2014, I caused the foregoing document entitled Appearance of Counsel to be filed via the Court's CM/ECF system, which shall send notice to the following counsel of record for the parties:

Kannon K. Shanmugam
Allison B. Jones
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005

Kyle R. Freeny
U.S. Department of Justice
Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC 20530

Daniel P. Mosteller
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-00001

                                                      /s/ Paul F. Hancock
                                                     Paul F. Hancock