UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
AMERICAN INSURANCE                  )
ASSOCIATION, *et al.*               )
                                    )
         Plaintiffs,                )
                                    )   No. 1:13-cv-00966 (RJL)
    v.                              )
                                    )
UNITED STATES DEPARTMENT            )
OF HOUSING AND URBAN                )
DEVELOPMENT, *et al.*               )
                                    )
         Defendants.                )
_____)

**NOTICE OF RECENT AUTHORITY
IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS OR FOR
SUMMARY JUDGMENT**

Defendants respectfully submit this Notice of Recent Authority to bring to the Court's attention a recent decision from the Fifth Circuit. *See Inclusive Cmtys. Project, Inc. v. Tex. Dep't of Hous. & Cmty. Affairs,* No. 12-11211 (5th Cir. Mar. 24, 2014). In that decision, the Fifth Circuit reiterated that a "violation of the [Fair Housing Act] can be shown either by proof of intentional discrimination or by proof of disparate impact," slip op. at 9 & n.4, and it treated the Department of Housing and Urban Development's ("HUD's") 2013 Discriminatory Effects Rule, which is the subject of Plaintiffs' challenge in this case, as a valid exercise of HUD's authority, *see* slip op. at 9 n.4, 11-12. A copy of the opinion is attached hereto.

Dated: March 27, 2014         Respectfully submitted,

                              STUART F. DELERY
                              Assistant Attorney General

                              JOCELYN SAMUELS
                              Acting Assistant Attorney General

RONALD C. MACHEN JR.
United States Attorney

 */s/ Kyle R. Freeny*_____
RACHEL J. HINES
KYLE R. FREENY (Cal. Bar No. 247857)
DANIEL P. MOSTELLER (DC Bar No. 980802)
Attorneys
U.S. Department of Justice
20 Massachusetts Ave., N.W.
Washington, DC  20001
Tel: (202) 514-5108/Fax: (202) 616-8470
Email:  Kyle.Freeny@usdoj.gov

*Counsel for Defendants*