IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN INSURANCE ASSOCIATION and NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES,<br><br>　　Plaintiffs,<br><br>　　　　v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT and SHAUN DONOVAN, in his official capacity as Secretary of Housing and Urban Development,<br><br>　　Defendants. | Civil Action No. 13-cv-966 (RJL) |

**UNOPPOSED MOTION TO RESCHEDULE HEARING**

Plaintiffs American Insurance Association and National Association of Mutual Insurance Companies respectfully move the Court to reschedule the hearing on dispositive motions that was recently set for Thursday, July 10, 2014, at 3 p.m. The undersigned counsel will be out of the country on that date on a previously planned family vacation. Plaintiffs' counsel has conferred with defendants' counsel, who has indicated that defendants do not oppose this motion. Plaintiffs' counsel and defendants' counsel would be available for the hearing on any date between July 16 and July 25, at the Court's convenience; defendants' counsel will also be out of the country on a previously planned vacation from August 29 to September 15.

/s/Kannon K. Shanmugam
Kannon K. Shanmugam (#474304)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

June 17, 2014　　　　　　　　　　　　　*Counsel for Plaintiffs*