UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN INSURANCE ASSOCIATION, *et al.* </br></br> Plaintiffs, </br></br> v. </br></br> UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.* </br></br> Defendants. | ) ) ) ) ) ) No. 1:13-cv-00966 (RJL) ) ) ) ) ) ) ) ) |

**ADMINISTRATIVE RECORD**

Pursuant to Local Rule 7(n)(1) and at the request of the Court, Defendants hereby submit the Administrative Record for the rule entitled Implementation of the Fair Housing Act's Discriminatory Effects Standard, 78 Fed. Reg. 11,460 (Feb. 15, 2013), that Plaintiffs challenge in this action.

Dated:  August 8, 2014                    Respectfully submitted,

                                                                        STUART F. DELERY
                                                                         Assistant Attorney General

                                                                         MOLLY J. MORAN
                                                                         Acting Assistant Attorney General

                                                                         RONALD C. MACHEN JR.
                                                                         United States Attorney

                                                                         RACHEL J. HINES
                                                                         Assistant Branch Director
                                                                         Federal Programs Branch

-2-

  */s/ Daniel P. Mosteller*
DANIEL P. MOSTELLER (DC Bar No. 980802)
KYLE R. FREENY (Cal. Bar No. 247857)
Attorneys
U.S. Department of Justice
950 Pennsylvania Ave., N.W.--NWB
Washington, DC 20530
Tel: (202) 514-4713/Fax: (202) 514-1116
Email: Daniel.Mosteller@usdoj.gov

*Counsel for Defendants*