UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                  )
AMERICAN INSURANCE                )
ASSOCIATION, *et al.*             )
                                  )
        Plaintiffs,               )
                                  )   No. 1:13-cv-00966 (RJL)
    v.                            )
                                  )
UNITED STATES DEPARTMENT          )
OF HOUSING AND URBAN              )
DEVELOPMENT, *et al.*             )
                                  )
        Defendants.               )
_____)

**[Proposed] ORDER**

Upon consideration of Defendants' Motion to Stay Proceedings, it is hereby:

ORDERED that Defendants' Motion to Stay Proceedings is GRANTED; and it is

FURTHER ORDERED that the proceedings in the above-captioned action are stayed pending the conclusion of proceedings before the Supreme Court in *Texas Dep't of Housing and Community Affairs v. The Inclusive Communities Project, Inc.*, No. 13-1371; and it is

FURTHER ORDERED that within 30 days after the Supreme Court's disposition of *Inclusive Communities Project*, the parties to this action shall submit a status report to the Court addressing the need for any further proceedings in this action.

SO OREDERED this ____ day of _____, 2014.

_____
U.S. DISTRICT JUDGE RICHARD J. LEON