UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN INSURANCE ASSOCIATION, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Case No. 13-00966 (RJL) |
| UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*, | ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

(November 3, 2014) [Dkt. ##16, 20]

For the reasons set forth in the Memorandum Opinion accompanying this Order, it is hereby

**ORDERED** that plaintiffs' Motion for Summary Judgment [Dkt. #16] is **GRANTED** and defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment [Dkt. #20] is **DENIED**, and it is further

**ORDERED** that the Department of Housing and Urban Development's Disparate Impact Rule, promulgated in 78 Fed. Reg. 11,460-11,482, and codified at 24 C.F.R. § 100.500, is hereby **VACATED**.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge

1