UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN INSURANCE ASSOCIATION, *et al.* ) ) ) )  Plaintiffs, ) ) v. ) ) UNITED STATES DEPARTMENT ) OF HOUSING AND URBAN ) DEVELOPMENT, *et al.* ) ) Defendants. ) | No. 1:13-cv-00966 (RJL) |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that defendants United States Department of Housing and Urban Development (HUD) and Julián Castro, in his official capacity as Secretary of Housing and Urban Development,[1] appeal to the United States Court of Appeals for the District of Columbia Circuit from the Opinion and Order granting Plaintiffs' Motion for Summary Judgment and denying Defendants' Cross-Motion to Dismiss and/or for Summary Judgment, entered on November 3, 2014, and from the amended Opinion entered on November 7, 2014.

Dated: December 18, 2014                Respectfully submitted,

                                        JOYCE R. BRANDA
                                        Acting Assistant Attorney General

                                        GREGORY B. FRIEL
                                        Deputy Assistant Attorney General

---

[1] Mr. Castro is substituted for his predecessor, Shaun Donovan, as defendant in this action pursuant to Fed. R. Civ. Proc. 25(d)(1).

|  |  |
|---|---|
|  | RONALD C. MACHEN JR.<br>United States Attorney |
| HELEN R. KANOVSKY<br>General Counsel<br>MICHELLE ARONOWITZ<br>Deputy General Counsel for<br>  Enforcement and Fair Housing<br>JEANINE M. WORDEN<br>Associate General Counsel<br>  for Fair Housing<br>KATHLEEN M. PENNINGTON<br>Assistant General Counsel<br>  for Fair Housing Enforcement<br>M. CASEY WEISSMAN-VERMEULEN<br>AYELET R. WEISS<br>Attorneys<br>*Of counsel* | RACHEL J. HINES<br>Assistant Branch Director<br>Federal Programs Branch<br><br> */s/ Kyle R. Freeny*<br>KYLE R. FREENY (Cal. Bar No. 247857)<br>DANIEL P. MOSTELLER (DC Bar No. 980802)<br>Attorneys<br>U.S. Department of Justice<br>20 Massachusetts Ave., N.W.<br>Washington, DC 20001<br>Tel: (202) 514-5108/Fax: (202) 616-8470<br>Email:  Kyle.Freeny@usdoj.gov<br><br>*Counsel for Defendants* |