# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 14-5321

September Term, 2015

1:13-cv-00966-RJL

Filed On: September 23, 2015

American Insurance Association and National Association of Mutual Insurance Companies,

Appellees

v.

United States Department of Housing & Urban Development and Julian Castro, in his official capacity as Secretary of Housing and Urban Development,

Appellants

**MANDATE**

Pursuant to the provisions of Fed. R. App. Pro. 41(a)

ISSUED: 11/17/2015

BY: [signature] Deputy Clerk

ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

**BEFORE:** Henderson, Rogers, and Pillard, Circuit Judges

## ORDER

Upon consideration of the motion to vacate and remand, the opposition thereto, and the reply, it is

**ORDERED** that the district court order granting summary judgment in favor of American Insurance Association, Inc., filed November 3, 2014, be vacated. It is

**FURTHER ORDERED** that the case be remanded to the district court for consideration in light of Texas Department of Housing & Community Affairs v. Inclusive Communities Project, Inc., 135 S. Ct. 2507 (2015).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

A true copy
United States Court of Appeals
for the District of Columbia Circuit

By [signature] Deputy Clerk