# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN INSURANCE ASSOCIATION and NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT and JULIAN CASTRO, in his official capacity as Secretary of Housing and Urban Development,<br><br>　　　　Defendants. | Civil Action No. 13-cv-966 (RJL) |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Leave to Amend the Complaint, the memoranda of the parties, the proposed Amended Complaint, and the whole record, it is:

ORDERED that Plaintiffs' Motion for Leave to Amend the Complaint is **GRANTED**. The Amended Complaint is deemed to have been filed and served on the date on which this Order is entered.  *See* Local Rule 7(i).

SO ORDERED.

_____
Richard J. Leon
United States District Judge

Dated: _____