UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                )
AMERICAN INSURANCE                )
ASSOCIATION, *et al.*                   )
                                                )
            Plaintiffs,                      )
                                                )   No. 1:13-cv-00966 (RJL)
        v.                                   )
                                                )
UNITED STATES DEPARTMENT )
OF HOUSING AND URBAN        )
DEVELOPMENT, *et al.*              )
                                                )
            Defendants.                   )
_____)

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO AMEND THE COMPLAINT**

Defendants respectfully move for a fourteen-day extension of time, up to and including January 11, 2016, to respond to Plaintiffs' recently-filed Motion for Leave to Amend the Complaint (ECF No. 52). On September 23, 2015, the D.C. Circuit vacated this Court's judgment and remanded the case back to this Court. The mandate for that decision issued on November 17, 2015, returning jurisdiction over the case to this Court. On that same day, Plaintiffs filed a notice with this Court, indicating that they intended to file a motion to amend their complaint within 21 days. That motion to amend was filed on December 8. Under the Local Rules, Defendants' response would be due on Monday, December 28, the first business day after Christmas.

Defendants respectfully request fourteen additional days to allow them to adequately prepare a response to Plaintiffs' motion. This request is supported by good cause, including the non-availability, due to the holidays, of several counsel whose input is necessary for the preparation of a response and the fact that undersigned counsel will be on leave for two weeks

-1-

during the relevant time period, including a week-long previously-scheduled international vacation. Furthermore, Defendants' request for fourteen additional days is reasonable in light of the fact that Plaintiffs themselves took 21 additional days to prepare their motion, following the issuance of the D.C. Circuit's mandate.

 Undersigned counsel has consulted with counsel for Plaintiffs, who indicated that Plaintiffs do not oppose the requested extension.

Dated: December 10, 2015    Respectfully submitted,

             BENJAMIN C. MIZER
             Principal Deputy Assistant Attorney General

             GREGORY B. FRIEL
             Deputy Assistant Attorney General

             CHANNING D. PHILLIPS
             United States Attorney

             LESLEY FARBY
             Assistant Branch Director
             Federal Programs Branch

             */s/ Kyle R. Freeny*
             KYLE R. FREENY (Cal. Bar No. 247857)
             DANIEL P. MOSTELLER (DC Bar No. 980802)
             Attorneys
             U.S. Department of Justice
             20 Massachusetts Ave., N.W.
             Washington, DC 20001
             Tel: (202) 514-5108/Fax: (202) 616-8470
             Email: Kyle.Freeny@usdoj.gov