UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN INSURANCE ASSOCIATION, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.* <br><br> Defendants. | No. 1:13-cv-00966 (RJL) |

**[Proposed] ORDER**

Upon consideration of Defendants' Motion for Extension of Time to Respond to Plaintiffs' Motion for Leave to Amend, it is hereby:

ORDERED that Defendants' Motion is GRANTED; and it is

FURTHER ORDERED that Defendants shall have until January 11, 2015 to respond to Plaintiffs' Motion for Leave to Amend

SO OREDERED this ____ day of _____, 2015.

_____
U.S. DISTRICT JUDGE RICHARD J. LEON