UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN INSURANCE ASSOCIATION, *et al.* ) ) ) ) Plaintiffs, ) ) v. ) ) UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.* ) ) ) ) Defendants. ) | No. 1:13-cv-00966 (RJL) |

### **[Proposed] ORDER**

Upon consideration of Plaintiffs' Motion for Leave to Amend the Complaint, and the memoranda submitted in support thereof and opposition thereto, it is hereby ORDERED that Plaintiffs' Motion is DENIED.

SO OREDERED this _____ day of _____, 2016

_____
U.S. DISTRICT JUDGE RICHARD J. LEON