UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN INSURANCE ASSOCIATION, *et al.* | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 1:13-cv-00966 (RJL) |
| v. | ) ) | |
| UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.* | ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Undersigned counsel, Brian G. Kennedy, hereby enters his appearance as counsel for Defendants in this matter, and Kyle R. Freeny hereby withdraws her appearance. Mr. Mosteller also remains counsel for Defendants in this matter.


Dated: January 20, 2016                Respectfully submitted,

                                       BENJAMIN C. MIZER
                                       Principal Deputy Assistant Attorney General

                                       GREGORY B. FRIEL
                                       Deputy Assistant Attorney General

                                       CHANNING D. PHILLIPS
                                       United States Attorney

                                       LESLEY FARBY
                                       Assistant Branch Director
                                       Federal Programs Branch

     /s/ Brian G. Kennedy
BRIAN G. KENNEDY (D.C. Bar No. 228726)
KYLE R. FREENY (Cal. Bar No. 247857)
DANIEL P. MOSTELLER (DC Bar No. 980802)
Attorneys
U.S. Department of Justice
20 Massachusetts Ave., N.W.
Washington, DC 20001
Tel: (202) 514-3357/Fax: (202) 616-8470
Email:  Brian.Kennedy@usdoj.gov