UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN INSURANCE ASSOCIATION, *et al.* )<br><br>Plaintiffs, )<br><br>v. )<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.* )<br><br>Defendants. ) | No. 1:13-cv-00966 (RJL) |

## PARTIES' JOINT MOTION TO SET BRIEFING SCHEDULE

In light of the Court's order permitting the filing of an Amended Complaint, the parties have conferred on a briefing schedule and propose the following schedule for the briefing of cross-dispositive motions:

● Plaintiffs will file an opening motion for summary judgment on or before June 30, 2016;

● Defendants will file their combined cross-dispositive motion for summary judgment and opposition to plaintiffs' motion on or before August 30, 2016;

● Plaintiffs will file their combined opposition to defendants' motion and a reply in support of their own motion on or before September 30, 2016; and

● Defendants will file a reply in support of their cross motion on or before October 28, 2016.

The parties also move that defendants' obligation to answer or otherwise respond to the Amended Complaint shall be deferred pending a ruling on the parties' dispositive motions.

The parties further note that in a separate challenge to the rule at issue here, *Prop. Cas. Insurers Ass'n of Am. v. Donovan*, 66 F. Supp. 3d 1018 (N.D. Ill. 2014), defendants were directed to provide a further explanation of certain aspects of the rule. In the event that defendants issue that further explanation during the period covered by the briefing schedule, the parties may propose a modification of the briefing schedule to provide the parties an opportunity to address that further explanation.

A proposed order consistent with the foregoing motion is attached.

| | |
|---|---|
| Dated: April 25, 2016 | Respectfully submitted, |
| KANNON K. SHANMUGAM | BENJAMIN C. MIZER<br>Principal Deputy Assistant Attorney General |
| ALISON B. JONES | |
| | GREGORY B. FRIEL<br>Deputy Assistant Attorney General |
| | CHANNING D. PHILLIPS<br>United States Attorney |
| | LESLEY FARBY<br>Assistant Branch Director<br>Federal Programs Branch |
| /s/ Kannon K. Shanmugam | /s/ Brian G. Kennedy |
| Kannon K. Shanmugam (#474304) | BRIAN G. KENNEDY (D.C. Bar No. 228726) |
| Alison B. Jones (#991503) | DANIEL P. MOSTELLER (DC Bar No. 980802) |
| WILLIAMS & CONNOLLY LLP | Attorneys |
| 725 Twelfth St., N.W. | U.S. Department of Justice |
| Washington, DC 20005 | 20 Massachusetts Ave., N.W. |
| Telephone: (202) 434-5000 | Washington, DC 20001 |
| Facsimile: (202) 434-5029 | Tel: (202) 514-3357/Fax: (202) 616-8470 |
| | Email:  Brian.Kennedy@usdoj.gov |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |