**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                              )
AMERICAN INSURANCE                            )
ASSOCIATION, *et al.*                         )
                                              )
            Plaintiffs,                       )
                                              )
        v.                                    )       No. 1:13-cv-00966 (RJL)
                                              )
UNITED STATES DEPARTMENT                      )
OF HOUSING AND URBAN                          )
DEVELOPMENT, *et al.*                         )
                                              )
            Defendants.                       )
_____)

## PARTIES' JOINT MOTION TO SET BRIEFING SCHEDULE

This matter having come before the Court on the parties' joint motion to set briefing schedule, and the Court being fully advised in the premises and concluding that the motion should be granted, it is hereby ORDERED that:

● Plaintiffs will file an opening motion for summary judgment on or before June 30, 2016;

● Defendants will file their combined cross-dispositive motion for summary judgment and opposition to plaintiffs' motion on or before August 30, 2016;

● Plaintiffs will file their combined opposition to defendants' motion and a reply in support of their own motion on or before September 30, 2016; and

● Defendants will file a reply in support of their cross motion on or before October 28, 2016.

It is also ordered that defendants' obligation to answer or otherwise respond to the Amended Complaint shall be deferred pending a ruling on the parties' dispositive motions.

Date: _____, 2016          _____
                                  UNITED STATES DISTRICT JUDGE