**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

AMERICAN INSURANCE ASSOCIATION and
NATIONAL ASSOCIATION OF MUTUAL
INSURANCE COMPANIES,

    Plaintiffs,

                                          Civil Action No. 13-cv-966 (RJL)

    v.

UNITED STATES DEPARTMENT OF HOUSING AND
URBAN DEVELOPMENT
and JULIAN CASTRO, in his official capacity as
Secretary of Housing and Urban Development,

    Defendants.

**AFFIDAVIT OF DAVID R. BENSELER IN SUPPORT OF PLAINTIFFS'**
**MOTION FOR SUMMARY JUDGMENT**

I, David R. Benseler, declare as follows:

1. I am over eighteen years of age and am not suffering under any legal or physical disability.

2. I am the Vice President of the Actuarial Division at Motorists Mutual Insurance Company ("Motorists"). I am a member of Academy of Actuaries and a Fellow of the Casualty Actuarial Society. My duties include overseeing my company's actuarial function, including but not limited to, all rate making operations.

3. Motorists is a member of Plaintiff National Association of Mutual Insurance Companies, and insures policyholders in Ohio, Kentucky, Indiana, Pennsylvania, Michigan and West Virginia.

4. I submit this declaration in support of Plaintiffs' Motion for Summary Judgment. I am testifying to the statements below based on my personal knowledge.

5. At no time has Motorists collected data regarding the race, color, religion, national origin, handicap or other protected classes of its policyholders.

6. Motorists only collects information about its policyholders that has been deemed permissible for underwriting purposes.

7. Due to the overwhelming cost, need to add resources i.e. consultants, need to develop new policies and procedures, rewrite underwriting guidelines, reprogram existing policy management systems, expand data warehousing capabilities, increased man hours from Information Systems staffing taking that staff away from their regular duties all at excessive costs and expense in order to accomplish this task, Motorists has no intention of collecting that data from current policyholders and house it on our systems.

8. Collection of that data from prospective policyholders would also require Motorists to devote significant resources and impose a substantial financial burden on our company to the detriment of our ongoing business.

9. But for the implementation of the Department of Housing and Urban Development Disparate Impact Rule Motorists would not be forced to incur these burdensome costs and tasks to the detriment of its current and future policyholders to obtain this information which it has no interest in collecting or using.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 27, 2016.

David R. Benseler

Sworn and subscribed before me this

27th day of June, 2016

Notary Public

Charles R. Gaskill II, Attorney At Law
Notary Public - State of Ohio
My Commission has no expiration date
Section 147.03 R.C.