IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN INSURANCE ASSOCIATION
and NATIONAL ASSOCIATION OF
MUTUAL INSURANCE COMPANIES,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF
HOUSING AND URBAN DEVELOPMENT
and JULIAN CASTRO, in his official
capacity as Secretary of Housing and Urban
Development,

Defendants.

Civil Action No. 13-cv-966 (RJL)

**AFFIDAVIT OF NORTH DAKOTA ASSOCIATION OF FARM MUTUAL
INSURANCE COMPANIES
IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

We, Dundee Mutual Insurance Company, Cass County Mutual Insurance Company, Family Mutual Insurance Company, Flaxton Mutual Fire Ins. Company, Griggs Nelson Mutual Insurance Company, Home Mutual Insurance Company, McLean McHenry Mutual Insurance Company, Southwest Mutual Insurance Company, Walsh County Mutual Insurance Company and West McLean County Farm Mutual Insurance Company are all County Mutual property insurance companies in the State of North Dakota, declare as follows:

1. We the undersigned are managers of the companies listed above, all over eighteen years of age and not suffering from legal or physical disability.

2. We all are members of the North Dakota Association of Farm Mutual Insurance Companies.

3. We are all members of Plaintiff National Association of Mutual Insurance Companies.

4. We have the authority to make this affidavit on behalf of each of the respective companies listed and the North Dakota Association of Farm Mutual Insurance Companies.

5. We are all small property insurance companies with annual premiums of between $750,000 and $3,000,000, with an employment base of between one and six employees as authorized we do business in specific counties in North Dakota, only.

6. The Companies listed above do not collect or retain hard copy or electronic records of policyholder's age, race, religion, color, national origin, family status or disability on existing or new policyholder accounts, nor does any company have existing capability to collect, store, analyze or utilize that information.

7. The age, race, religion, color, national origin, family status or disability of the above name company's policyholder plays no part in the assessment of and differentiation among risks.

8. The Companies listed above are highly regulated by the North Dakota State Insurance Department and are subject to strict compliance of State Statute NDCC 26.1-04-03 (7) and NDCC 26.1-39-17 which prohibit discrimination and or the use of the criteria suggested by HUD's Disparate-Impact Rule to price, accept or reject or renew insurance customers.

9. An insurer's failure to comply with state law can lead to drastic consequences, including revocation of the certificate to do business.

10. Compliance with the Disparate-Impact Rule would require each company to collect data regarding its policyholder's characteristics, including policyholder's age, race, religion, color, national origin, family status or disability of which the rule is insensitive to size of the company's financial and human resource necessary to get to and stay in compliance with the Rule.

11. Subsequent to collecting the requisite data, the Companies would be required to evaluate what steps would be needed to comply with the Rule, all without violating the letter and/or spirit of State and Federal non-discrimination laws, further escalating cost and requisite use of human resources.

12. But for the rule, the Companies listed above would not incur the costs described or expend human resources inherently already short given the size of our group of companies.

13. The onerous cost of compliance may very well have the unintended consequence of forcing smaller companies out of business while at the same time the effect and value of the rule does not appear measurably clear given each state's dedication and strict regulatory attention to achieve and maintain a non-discriminatory insurance environment.

I declare under penalty of perjury that the foregoing is to the best of my knowledge true and correct.

Executed on June 17, 2016 in Bismarck ND

**Dundee Mutual Insurance Company**

_____
Eugene Bossert, Manager

LEANNE VIGEN
Notary Public
State of North Dakota
My Commission Expires Aug. 31, 2018

Leanne Vigen   6-23-2016

**Family Mutual Ins. Co**

_____
Rod Warner, General Manager

PHOEBE DEKREY
Notary Public
State of North Dakota
My Commission Expires February 9, 2018

Phoebe DeKrey   6-17-16

**Flaxton Farmers Mutual Fire Ins. Co**

_____
James Anderson, Secretary

JAMIE A WILLIAMS
Notary Public
State of North Dakota
My Commission Expires December 16, 2019

Jamie A. Williams   6-20-2016

**Home Mutual Ins. Company**

_____
Dorothy Dockter, Secretary

PHOEBE DEKREY
Notary Public
State of North Dakota
My Commission Expires February 9, 2018

Phoebe DeKrey   6-17-16

**Cass County Mutual Ins. Co**

_____
Tracey Sherman Secy. Manager

LINDSEY D. JOHNSON
Notary Public
State of North Dakota
My Commission Expires Jan. 2, 2020

6-22-2016

**Southwest Mutual Ins. Co**

_____
Brenda Doll, Secretary

JAMIE A WILLIAMS
Notary Public
State of North Dakota
My Commission Expires December 16, 2019

Jamie A. Williams   6-20-2016

**Griggs Nelson Mutual Ins. Co**

_____
Audrey Reinhardt Secy. Manager

NATALIE NELSON
Notary Public
State of North Dakota
My Commission Expires May 13, 2022

Natalie Nelson   May 13, 2022
6-23-16

**McLean McHenry Mutual Ins. Co**

_____
Linda Huelsman, Secretary

DENISE BELISLE
Notary Public
State of North Dakota
My Commission Expires August 30, 2016

Denise Belisle   6-20-16

**Walsh County Mutual Ins. Co.**

*/s/ Brad Schanilec*

Brad Schanilec, Secretary

THOMAS M. SCHUSTER
Notary Public
State of North Dakota
My Commission Expires Jan. 4, 2019

*/s/ Thomas M. Schuster*  6-23-2016

**West McLean County Farmers Mutual Insurance Company**

*/s/ Debra Keller*

Debbie Keller, Secretary

JAMIE A WILLIAMS
Notary Public
State of North Dakota
My Commission Expires December 16, 2019

*/s/ Jamie A. Williams*  6-20-2016

- Attached please find full names of the Companies, addresses and telephone numbers

# North Dakota County Mutual Insurance Companies

**(3) Dundee Mutual Insurance Company** ...........................Eugene Bossert, Secy.-Mgr. ........**701-284-7139**
    Box 50, Park River, ND 58270-0050                                                            FAX: 701-284-7267

**(5) Cass County Mutual Insurance Company** ....................Tracey Sherman, Secy.-Mgr.........**701-347-4309**
    830 Front St., Box 608, Casselton, ND 58012                                                  FAX: 701-347-5957

**(10) Steele-Traill County Farmers Mutual Ins. Company** ....Amy Johnson, Secy.-Mgr.............**701-524-1524**
    300 Central Ave., Suite 107, Finley, ND 58230                                                FAX: 701-524-1525
    **Portland, ND Office** ...............................................................................**701-786-3777**
                                                                                                  FAX: 701-786-3743

**(11) Family Mutual Insurance Company**.............................Curt Jacobson, Secy. ..................**701-968-3651**
    Box 668, Cando, ND 58324                    Rodney Warner, Mgr.      FAX: 701-968-3099
    **Bismarck, ND Office** ..............................................................................**701-667-6050**
                                                                                                  FAX: 701-667-6055

**(15) Flaxton Farmers Mutual Fire Ins. Company** ................James B. Anderson, Secy. ..........**701-377-2942**
    PO Box 99, Bowbells, ND 58721                                                                FAX: 701-377-2943

**(17) Griggs Nelson Mutual Insurance Company** ..................Audrey Reinhart, Secy.-Mgr. ......**701-322-5118**
    112 Main, Box 424, McVille, ND 58254                                                         FAX: 701-322-4918
    **Cooperstown, ND Office**.........................................................................**701-797-2692**

**(19) Home Mutual Insurance Company**...............................Dorothy Dockter, Secy. ..............**701-642-4101**
    502 Second Avenue North, Wahpeton, ND 58075-4418                                             FAX: 701-642-1755

**(23) McLean McHenry Mutual Insurance Company**..............Linda Huelsman, Secy.................**701-448-2255**
    112 Main St., Box 575, Turtle Lake, ND 58575                                                 FAX: 701-448-2322

**(24) Southwest Mutual Insurance Company** ........................Brenda L. Doll, Secy. ..................**701-843-7640**
    108 North 4th Street, Box 69, New Salem, ND 58563                                            FAX: 701-843-8106

**(31) Walsh County Mutual Insurance Company** ..................Brad Schanilec, Secy...................**701-248-3231**
    429 2nd Street, Box 375, Minto, ND 58261                                                     FAX: 701-248-3709

**(32) West McLean County Farmers
    Mutual Insurance Company** ....................................Debbie Keller, Secy. ....................**701-837-8179**
    1809 S. Broadway "Suite W", Minot, ND 58702                                                  FAX: 701-858-1702