IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN INSURANCE ASSOCIATION
AND NATIONAL ASSOCIATION OF
MUTUAL INSURANCE COMPANIES

      Plaintiffs,
            v.

UNITED STATES DEPARTMENT OF
HOUSING AND URBAN DEVELOPMENT
AND JULIAN CASTRO, in his official
Capacity as Secretary of Housing and Urban
Development,

      Defendants.

AFFIDAVIT OF LARRY M. SHAW IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGEMENT

I, Larry M. Shaw, declare as follows:

1. I am over 18 years of age and do not suffer from any legal or physical disabilities.

2. I am the President and CEO of MMG Insurance Company, A Property and Casualty Insurer domicile in Presque Isle, Maine. MMG Insurance Company is licensed to conduct business in Maine, New Hampshire, Vermont, New York, Pennsylvania and Virginia.

3. MMG Insurance Company is a member of Plaintiff National Association of Mutual Insurance Companies.

4. I am submitting this declaration in support of Plaintiffs Motion for Summary Judgement. I am testifying to the statements below based upon my personal knowledge.

5. Before the Department of Housing and Urban Development enacted the Disparate Impact Rule, MMG Insurance Company did not collect homeowner's insurance applicant information on protected classes such as race, ethnicity, or religion, and has no intention of doing so in the future. Protected class data is not used in the rating, pricing, or risk selection process.

6. Since the enactment of the Disparate Impact Rule and to comply with the regulation, MMG Insurance Company is evaluating our responsibility and would be required to begin collecting protected class information.

7. Collection of this data would require MMG Insurance Company to establish a process to obtain it, build it into our information systems, establish tight user security on user access to this data, and establish a process to manage its ongoing accuracy. This would be costly,

disruptive to current business practices, and create adverse consumer reaction to its collection.

8. MMG Insurance Company would need to make the following changes in order to comply with the rule: Our current policy applications used by our Independent Agents to write business with MMG Insurance Company would need to be withdrawn and changed to add the required items addressed in the rule. We would need extensive modification to our processing system to allow for storage of protected class data. Our agency portal would need to be restructured and our existing computer system would need to be redesigned to accommodate the data required to be collected. Assuming this data would be sensitive in nature, we would need to mask our internal systems to only allow access to a limited audience. This would require countless hours by our internal Information systems staff and would take them away from current projects necessary to serve our existing policyholders and provide for future enhancements and growth.

9. The soft costs associated with this rule requirement would create the following issues for MMG Insurance Company: It would require our staff be trained on what is to be collected and how it would need to be safeguarded. We would need to educate our agency force on the collection of the data. We expect that there would also be an adverse customer response to the need to collect this data.

10. The requirement to collect this data as outlined in the Disparate Impact Rule would result in a significant cost to our company which in turn would result in a pass through to our policyholders.

11. But for the Disparate Impact Rule, MMG Insurance Company would not incur these costs or be subject to the changes described above.

12. Currently, MMG Insurance Company has no interest nor desire in the collection of this data unless required to do so through the Disparate Impact Rule.

I declare under penalty of perjury that the forgoing is true and correct. Executed on June 14, 2016.

_____
Larry M. Shaw

Sworn and subscribed before me this

20th day of June, 2016

_____
Patricia Browning, Notary Public

Patricia M. Browning
Notary Public, State of Maine
My Commission Expires: 2/10/2018