# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN INSURANCE ASSOCIATION and NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES,<br><br>    Plaintiffs,<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT and JULIAN CASTRO, in his official capacity as Secretary of Housing and Urban Development,<br><br>    Defendants. | Civil Action No. 13-cv-966 (RJL) |

## CONSENT MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

The American Bankers Association, the American Financial Services Association, the Consumer Bankers Association, the Consumer Mortgage Coalition, the Financial Services Roundtable, the Independent Community Bankers of America®, and the Mortgage Bankers Association (collectively, "*amici*") respectfully move for leave to file an *amici curiae* brief in support of the Motion for Summary Judgment [ECF No. 60] filed by Plaintiffs American Insurance Association and the National Association of Mutual Insurance Companies ("Plaintiffs") in the above-captioned matter.  Plaintiffs challenge a Final Rule issued by the United States Department of Housing and Urban Development, which Rule adopts an incorrect and improper standard for disparate-impact liability under the Fair Housing Act and is at variance with governing Supreme Court precedent.

As more fully set out in the memorandum of points and authorities filed herewith, *amici* and their members have an interest in the disposition of this case, which among other things substantially increases both the risk and cost of litigation well beyond that which *amici*'s members would face in complying with governing Supreme Court precedent. *Amici* thus respectfully submit that their brief will provide the Court insight into the Rule's impact on the residential mortgage lending industry and assist the Court in adjudicating the important questions presented in this case.

*Amici* have corresponded with counsel for the parties seeking consent to file the instant motion. Counsel for *amici* conferred with counsel for Plaintiffs on July 5, 2016, and Plaintiffs have consented to this filing. *See also* Plaintiff's Notice of Consent to Amicus Briefs (Jan. 28, 2014) (blanket consent) [ECF No. 18]. Counsel for *amici* conferred with counsel for Defendants on July 5, 2016, and Defendants have also consented to this filing.

*Amici* therefore respectfully request that their motion be granted and that the Court accept their brief conditionally filed with this motion.

Respectfully submitted,

*/s/ John Longstreth*

| | |
|---|---|
| Paul F. Hancock (D.C. Bar No. 159327) | John Longstreth (D.C. Bar No. 367047) |
| K&L GATES LLP | K&L GATES LLP |
| Southeast Financial Center, Suite 3900 | 1601 K Street NW |
| 200 South Biscayne Boulevard | Washington, DC 20006 |
| Miami, FL 33131-2399 | (202) 778-9000 |
| (305) 539-3300 | john.longstreth@klgates.com |
| paul.hancock@klgates.com | |

*Counsel for Amici Curiae*

Dated: July 15, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of July, 2016, I caused the foregoing Consent Motion for Leave to File *Amici Curiae* Brief in Support of Plaintiffs' Motion for Summary Judgment, memorandum of points and authorities, and proposed order to be filed via the Court's CM/ECF system, which shall send notice to the following counsel of record for the parties:

Adam Joshua Podoll
Kannon K. Shanmugam
Allison B. Jones
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005

Brian F. Kennedy
Kyle R. Freeny
U.S. Department of Justice
Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC 20530

Daniel P. Mosteller
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-00001

                                            */s/ John Longstreth*
                                            John Longstreth