IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN INSURANCE ASSOCIATION and NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES,<br><br>    Plaintiffs,<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT and JULIAN CASTRO, in his official capacity as Secretary of Housing and Urban Development,<br><br>    Defendants. | Civil Action No. 13-cv-966 (RJL) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

The American Bankers Association ("ABA"), the American Financial Services Association ("AFSA"), the Consumer Bankers Association ("CBA"), the Consumer Mortgage Coalition ("CMC"), the Financial Services Roundtable ("FSR"), the Independent Community Bankers of America® ("ICBA"), and the Mortgage Bankers Association ("MBA") (collectively, "*amici*") have moved pursuant to Local Civil Rule 7(o) for leave to file an *amici curiae* brief in support of Plaintiffs' Motion for Summary Judgment [ECF No. 60] in this action. The motion is not opposed by any party.

As set out in *amici*'s brief conditionally filed with their motion:

- The ABA is the principal national trade association of the financial services industry in the United States. Founded in 1875, the ABA is the voice for the nation's $13 trillion banking industry and its million employees. ABA members are located in each of the fifty states and the District of Columbia, and include financial institutions of all sizes and types, both large and small. ABA members hold a substantial majority of domestic

assets of the banking industry of the United States and are leaders in all forms of consumer financial services.

- AFSA is the national trade association for the consumer credit industry protecting access to credit and consumer choice. Its members include traditional installment lenders, vehicle finance/leasing companies, consumer and commercial finance companies, mortgage lenders, credit card issuers, industrial banks, and industry suppliers.

- CBA is the trade association for today's leaders in retail banking—banking services geared toward consumers and small businesses. CBA's Corporate Members (the nation's largest financial institutions, as well as many regional banks) collectively hold two-thirds of the industry's total assets. CBA's Associate Members represent the premier providers of goods and services to banks. CBA preserves and promotes the retail banking industry as it strives to fulfill the financial needs of the American consumer and small business.

- The CMC is a trade association of national residential mortgage lenders, servicers, and service providers. CMC was formed in 1995, and its members participate in every stage of the home financing process.

- As *advocates for a strong financial future*™, FSR represents 100 integrated financial services companies providing banking, insurance, and investment products and services to the American consumer. Member companies participate through the Chief Executive Officer and other senior executives nominated by the CEO. FSR member companies provide fuel for America's economic engine, accounting directly for $98.4 trillion in managed assets, $1.1 trillion in revenue, and 2.4 million jobs.

- ICBA, a national trade association, is the nation's voice for more than 6,000 community banks of all sizes and charter types and is dedicated exclusively to representing the interests of the community banking industry and its membership. ICBA member community banks seek to improve cities and towns by using local dollars to help families purchase homes and are actively engaged in the business of residential mortgage lending in the communities that they serve.

- The MBA is the national association representing the real estate finance industry, an industry that employs more than 280,000 people in virtually every community in the country. Headquartered in Washington, D.C., the association works to ensure the continued strength of the nation's residential and commercial real estate markets, to expand homeownership, and to extend access to affordable housing to all Americans. Its membership of over 2,200 companies includes all elements of real estate finance, including mortgage companies, mortgage brokers, commercial banks, thrifts, Wall Street conduits, and life insurance companies.

*Amici*'s members are subject to Section 805 of the Fair Housing Act, 42 U.S.C. § 3605, which prohibits discrimination in residential real estate-related transactions. *Amici* and their members vigorously support the Fair Housing Act and strongly oppose discrimination in any

aspect of housing or lending.  At the same time, *amici* have serious concerns that in promulgating the Rule that Plaintiffs are challenging in this action, the United States Department of Housing and Urban Development adopted an incorrect and improper standard for disparate-impact liability under the FHA—a standard that is inconsistent with *Wards Cove Packing Co. v. Atonio*, 490 U.S. 642 (1989), and other legal precedent that binds the agency, and that ignores the limitations on the application of disparate-impact claims required by *Texas Department of Housing and Community Affairs v. Inclusive Communities Project, Inc.*, 135 S. Ct. 2507 (2015).

Pursuant to Local Civil Rule 7(o), this Court has allowed *amicus curiae* participation "when the *amicus* … has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide."  *Cobell v. Norton*, 246 F. Supp. 2d 59, 62 (D.D.C. 2003).  Because of the close involvement of *amici* and their members in the issues raised in this case, *amici*'s participation in this case would provide such perspective.

Movants therefore respectfully request that their unopposed motion be granted, and that they be permitted to participate in this case as *amici* through the docketing of the brief conditionally filed with their motion.

                                                    Respectfully submitted,

                                                    */s/ John Longstreth*

| | |
|---|---|
| Paul F. Hancock (D.C. Bar No. 159327) | John Longstreth (D.C. Bar No. 367047) |
| K&L GATES LLP | K&L GATES LLP |
| Southeast Financial Center, Suite 3900 | 1601 K Street NW |
| 200 South Biscayne Boulevard | Washington, DC 20006 |
| Miami, FL 33131-2399 | (202) 778-9000 |
| (305) 539-3300 | john.longstreth@klgates.com |
| paul.hancock@klgates.com | |

                                                    *Counsel for Amici Curiae*

                                                  Dated: July 15, 2016