IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN INSURANCE ASSOCIATION and NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES,<br><br>   Plaintiffs,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT and JULIAN CASTRO, in his official capacity as Secretary of Housing and Urban Development,<br><br>   Defendants. | Civil Action No. 13-cv-966 (RJL) |

## [PROPOSED] ORDER

Upon consideration of the unopposed motion of the American Bankers Association, the American Financial Services Association, the Consumer Bankers Association, the Consumer Mortgage Coalition, the Financial Services Roundtable, the Independent Community Bankers of America®, and the Mortgage Bankers Association for leave to file an *amici curiae* brief in support of the Motion for Summary Judgment [ECF No. 60] filed by Plaintiffs American Insurance Association and the National Association of Mutual Insurance Companies in the above-captioned matter, and any further proceedings thereon,

**IT IS HEREBY ORDERED** that the unopposed motion for leave to participate as *amici curiae* is **GRANTED**, and the clerk shall file the *amici curiae* brief lodged with the motion.

_____
The Honorable Richard J. Leon, U.S.D.J.

Serve copies of order on:

    Adam Joshua Podoll
    Kannon K. Shanmugam
    Allison B. Jones
    Williams & Connolly LLP
    725 Twelfth Street, N.W.
    Washington, DC 20005

    Brian F. Kennedy
    Kyle R. Freeny
    U.S. Department of Justice
    Federal Programs Branch
    20 Massachusetts Avenue, N.W.
    Washington, DC 20530

    Daniel P. Mosteller
    U.S. Department of Justice
    Civil Division
    950 Pennsylvania Avenue, N.W.
    Washington, DC 20530-00001