UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
AMERICAN INSURANCE                  )
ASSOCIATION, *et al.*               )
                                    )
           Plaintiffs,              )
                                    )   No. 1:13-cv-00966 (RJL)
     v.                             )
                                    )
UNITED STATES DEPARTMENT            )
OF HOUSING AND URBAN                )
DEVELOPMENT, *et al.*               )
                                    )
           Defendants.              )
_____ )

**ORDER**

This matter having come before the Court on defendants' Motion for Summary Judgment, and the Court, being fully advised in the premises, concluding that defendants' motion should be granted, it is hereby ORDERED that defendants' Motion for Summary Judgment be and hereby is GRANTED and that the Clerk is hereby directed to enter a judgment that plaintiffs take nothing in favor of defendants.


Date: _____                    _____
                                         United States District Judge