IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN INSURANCE ASSOCIATION and NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT and SHAUN DONOVAN, in his official capacity as Secretary of Housing and Urban Development,<br><br>Defendants. | Civil Action No. 13-cv-966 (RJL) |

**[PROPOSED] ORDER**

Upon consideration of the Unopposed Motion of the American Civil Liberties Union, the National Fair Housing Alliance, the Lawyers' Committee for Civil Rights Under Law, the Poverty & Race Research Action Council, the National Consumer Law Center, the National Community Reinvestment Coalition, the National Housing Law Project, LatinoJustice PRLDEF and AARP for leave to file a brief A*mici Curiae* in support of the Motion for Summary Judgment filed by the Defendant (ECF No. 64) in the above-captioned case:

**IT IS HEREBY ORDERED** that the unopposed to motion to participate as *amici curiae* is **GRANTED** and the clerk shall file the brief attached to this motion.

_____
RICHARD J. LEON, United States District Judge