UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN INSURANCE ASSOCIATION, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*<br><br>Defendants. | No. 1:13-cv-00966 (RJL) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The undersigned, Junis L. Baldon, hereby enters his appearance as counsel for Defendants in this matter, and Daniel P. Mosteller hereby withdraws his appearance. Brian G. Kennedy remains counsel for Defendants in this matter.

Dated: January 6, 2017

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

GREGORY B. FRIEL
Deputy Assistant Attorney General

CHANNING D. PHILLIPS
United States Attorney

LESLEY FARBY
Assistant Branch Director
Federal Programs Branch

      /s/ Junis L. Baldon
-------------------------------------------
BRIAN G. KENNEDY (D.C. Bar No. 228726)
DANIEL P. MOSTELLER (DC Bar No. 980802)
JUNIS L. BALDON (Ky. Bar No. 93045)
Attorneys
U.S. Department of Justice
20 Massachusetts Ave., N.W.
Washington, DC 20001
Tel: (202) 514-3357/Fax: (202) 616-8470
Email:  Junis.Baldon@usdoj.gov

*Counsel for Defendants*