# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN INSURANCE ASSOCIATION, *et al.* )<br><br>Plaintiffs, )<br><br>v. )<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.* )<br><br>Defendants. ) | No. 1:13-cv-00966 (RJL) |

## DEFENDANTS' MOTION FOR FORTY-FIVE-DAY
## CONTINUANCE OF ORAL ARGUMENT

Defendants, by their undersigned attorneys, hereby move for a continuance of oral argument for approximately forty-five days. This continuance is requested to permit new leadership at the Department of Housing and Urban Development an opportunity to become familiar with the issues in this case before it is argued.

Oral argument is currently scheduled for February 13, 2017. A continuance of exactly forty-five days would be to Thursday, March 30, though defendants understand that the date may vary depending on the Court's schedule.

Plaintiffs' counsel (Mr. Shanmugam) advises that plaintiffs take no position with respect to this request.

Dated: February 6, 2017         Respectfully submitted,

                                CHAD A. READLER
                                Acting Assistant Attorney General
                                Civil Division

|  |  |
|---|---|
|  | T.E. WHEELER, II<br>Acting Assistant Attorney General<br>Civil Rights Division |
|  |  |
|  | CHANNING D. PHILLIPS |
| LINDA M. CRUCIANI<br>Deputy General Counsel | United States Attorney |
|  | LESLEY FARBY<br>Assistant Branch Director<br>Federal Programs Branch |
| JEANINE M. WORDEN |  |
| Associate General Counsel<br>   for Fair Housing | /s/ *Brian G. Kennedy* |
| KATHLEEN M. PENNINGTON | BRIAN G. KENNEDY (DC Bar No. 228726)<br>JUNIS L. BALDON |
| Assistant General Counsel<br>   for Fair Housing Enforcement | Attorneys<br>U.S. Department of Justice |
| M. CASEY WEISSMAN-VERMEULEN | 20 Massachusetts Ave., N.W. |
| AYELET R. WEISS | Washington, DC 20001 |
| Attorneys | Tel: (202) 514-3357 |
| *Of counsel* | Fax: (202) 616-8187 |
|  | Email: Brian.Kennedy@usdoj.gov |
|  | *Counsel for Defendants* |