UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
)
AMERICAN INSURANCE )
ASSOCIATION, *et al.* )
)
Plaintiffs, )
) No. 1:13-cv-00966 (RJL)
v. )
)
UNITED STATES DEPARTMENT )
OF HOUSING AND URBAN )
DEVELOPMENT, *et al.* )
)
Defendants. )
_____)

ORDER

This matter having come before the Court on Defendants' Motion for Forty-Five Day Continuance of Oral Argument, and the Court being fully advised in the premises, IT IS HEREBY Ordered that the oral argument on cross-motions for summary judgment in this matter currently set for 2:30 p.m. on February 13 is hereby reset to _____, __, 2017 at __:__ _.m.

_____
UNITED STATES DISTRICT JUDGE

Dated: February __, 2017

1