```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA


AMERICAN INSURANCE ASSOCIATION,    )
ET AL.,                            )
         Plaintiffs,               )   CV No. 13-966-RJL
                                   )
                                   )   Washington, D.C.
     vs.                           )   February 13, 2017
                                   )   2:45 p.m.
U.S. DEPT OF HOUSING               )
AND URBAN DEVELOPMENT, ET AL.,     )
                                   )
         Defendants.               )
_____)


              TRANSCRIPT OF STATUS CONFERENCE
           BEFORE THE HONORABLE RICHARD J. LEON
             UNITED STATES SENIOR DISTRICT JUDGE

APPEARANCES:

For the Plaintiffs:        Kannon K. Shanmugam
                           WILLIAMS & CONNOLLY LLP
                           725 12th St., NW
                           Washington, D.C. 20005
                           (202) 434-5050
                           Email: kshanmugam@wc.com




For the Defendant(s):      Brian G. Kennedy
                           Lesley Farby
                           U.S. DEPARTMENT OF JUSTICE
                           CIVIL DIVISION,
                           FEDERAL PROGRAMS BRANCH
                           20 Massachusetts Avenue, NW
                           Room 6104
                           Washington, D.C. 20530
                           (202) 514-3357
                           Email: brian.kennedy@usdoj.gov
```

APPEARANCES CONTINUED:

Court Reporter:                William P. Zaremba, RMR, CRR
                               Registered Merit Reporter
                               Certified Realtime Reporter
                               Official Court Reporter
                               U.S. District Court
                               for the District of Columbia
                               333 Constitution Avenue, NW
                               Room 6511
                               Washington, D.C. 20001
                               (202) 354-3249
                               WilliamPZaremba@gmail.com

Proceedings recorded by mechanical stenography; transcript produced by computer-aided transcription

```
 1                P R O C E E D I N G S
 2           DEPUTY CLERK:  All rise.  The United States
 3   District Court for the District of Columbia is now in
 4   session; the Honorable Richard J. Leon presiding.  God save
 5   the United States and this Honorable Court.  Please be
 6   seated and come to order.
 7           Your Honor, calling Civil Action No. 13-966,
 8   American Insurance Association, et al., versus the
 9   United States Department of Housing and Urban Development,
10   et al.
11           Will counsel for the parties please approach the
12   lectern and identify yourself for the record and the party
13   or parties that you represent, please.
14           MR. SHANMUGAM:  Good afternoon, Judge Leon.
15   Kannon Shanmugam of Williams & Connolly for the American
16   Insurance Association and the National Association of Mutual
17   Insurance Companies.
18           THE COURT:  Welcome back.
19           MR. KENNEDY:  Good afternoon, Your Honor.
20   Brian Kennedy, Department of Justice, Civil Division.
21           With me at counsel table is Lesley Farby, also
22   with the civil division, also representing the defendants.
23           THE COURT:  Welcome back.
24           MR. KENNEDY:  Thank you.
25           THE COURT:  All right, Counsel.
```

1          Well, obviously, the Court has seen your
2     suggestion about delaying the argument on this motion to
3     give the administration a chance to evaluate the situation.
4     I guess the person I should ask is you, Mr. Kennedy, since
5     you are in the Department of Justice, after all.
6          The practical reality is, there's -- at least the
7     last time I checked, there is no nominee for the Civil
8     Division yet, at least to my knowledge.  Typical
9     confirmation is, I would say, 90 to 120 days, if the nominee
10    is lucky.  So we could be out -- and then, of course, Deputy
11    Assistant AGs would have to be appointed after that.
12         MR. KENNEDY:  Well, Your Honor, we were actually
13    thinking of new leadership at the defendant, Department of
14    HUD, and not -- rather than the Civil Division, which is not
15    really entering into our calculations at all.
16         THE COURT:  Why?  That doesn't make sense to me,
17    at least initially.
18         I mean, HUD is the client, I understand that.
19         MR. KENNEDY:  Right.
20         THE COURT:  But the Department of Justice is the
21    one in the final analysis that makes the decision as to what
22    it feels comfortable advocating and defending in court.
23         And so even if the client were to take X position,
24    it might be the opinion of the Department of Justice that
25    that position is not a defensible one or is very defensible.

1 | I mean, it would depend, wouldn't it?
2 | MR. KENNEDY:  It could depend, in some cases.
3 | But in an area like this, the client agency has
4 | policy decisions that it might make and probably a fairly
5 | lined leeway of policy decisions that could be made.
6 | THE COURT:  Which part of -- obviously, we have a
7 | Secretary of HUD --
8 | MR. KENNEDY:  We do not.  A nominee.
9 | THE COURT:  -- nominee.
10 | They don't have a Secretary yet.
11 | Which Assistant Secretary would be responsible for
12 | crafting the position of the client in this case?
13 | MR. KENNEDY:  I don't recall what the title is,
14 | Your Honor.
15 | THE COURT:  But it would be at the Assistant
16 | Secretary level, and I'm sure we do not have a nominee for
17 | that position.
18 | MR. KENNEDY:  We do not.
19 | And my understanding is that Dr. Carson's
20 | nomination is not going -- is likely not going to be before
21 | the Senate this week, and then the Senate is in recess next
22 | week.
23 | THE COURT:  I see.
24 | MR. KENNEDY:  So we're looking at probably, at the
25 | earliest, the end of the month before we have a Secretary at

```
 1   HUD.  And that's why we thought that -- that's why we
 2   requested as much as 45 days.
 3           THE COURT:  Yeah.  I'm just -- again, I'm -- based
 4   on my having served previously in an administration and
 5   being familiar with -- of course, this administration is a
 6   little unique in the way it does things so far -- I would
 7   think it would be very conservative to think you're going to
 8   get a policy --
 9           MR. KENNEDY:  Right.
10           THE COURT:  -- evaluation within 90 days.
11   I think --
12           I'm okay with putting it off for 90 days.  I'll
13   set a status hearing for 90 days from now.  But I'm just at
14   a point now where -- do you have any indication from the
15   landing team at HUD, for example, that they want to -- this
16   is the kind of issue they want to take a look at?
17           MR. KENNEDY:  I don't have any particular
18   indication on that.
19           THE COURT:  How about from the landing team at the
20   Civil Division?  I know there's a landing team there --
21           MR. KENNEDY:  There is.
22           THE COURT:  -- because I know all the divisions
23   have a landing team.
24           MR. KENNEDY:  I have not had any feedback from the
25   landing team on this case, Your Honor.
```

1          THE COURT:  Okay.
2          Well, Mr. Shanmugam, it's your client that's
3  bringing the case.  You represent the plaintiff.  They're
4  comfortable with the idea of putting this off, say, 90 days
5  and seeing where we are?
6          MR. SHANMUGAM:  Well, I don't know that we're
7  comfortable with an indefinite delay, because we would like
8  an answer here.
9          We certainly recognize that there's been a change
10 in administration.  And it seems to me that if there were a
11 realistic possibility, either that the Justice Department
12 would decide that it's no longer going to defend the
13 regulation or that the regulation might be amended, that
14 would be one thing.  As of now, of course, we have no
15 indication of that.
16         There certainly is a landing team in place at both
17 the Justice Department and at HUD.  And so, you know, we
18 want to be reasonable here, and that's why we've essentially
19 taken no position on this motion.
20         But I think certainly if what the government is
21 asking for is 90 days, 180 days, at some point, our clients
22 would like to have certainty.
23         So, again, our bottom line here is that we want to
24 accommodate the government if there's a realistic
25 possibility of either of those two things happening.  But if

1  not, we're prepared to move forward at any time.

2         THE COURT:  Well, God knows, I don't know what our
3  new Secretary of HUD, when he gets confirmed -- I assume
4  he'll be confirmed at some point -- I have no idea what his
5  thinking is on the topic of disparate impact liability.
6  Obviously, it's a concept that he's probably at least
7  somewhat familiar with, I don't know to what extent, but in
8  some way.

9         I would think him not being a lawyer, I believe
10 he's a neurosurgeon, him being a lawyer -- not being a
11 lawyer, he might look to his general counsel.  I don't think
12 we even have a nominee for general counsel of HUD right now.

13        I also would think that the Civil Division's
14 future Assistant AG of the Civil Division -- I don't know
15 who that would be either -- is probably going to be a person
16 who is, A, familiar with the concept of disparate impact
17 liability, at least in general terms, and might have very
18 strong opinions one way or the other about it.

19        This case was obviously influenced greatly by
20 Justice Kennedy's opinion in the Supreme Court.  And that
21 was a 5-4 decision, as we're all aware.

22        So we'll see.  I mean, I -- if both sides would
23 like a little reprieve here to sort of figure it out, it's
24 fine with me.  I'll set a status hearing for 90 days from
25 now.  And maybe by then we'll have a Secretary of HUD, we'll

1   have a general counsel of HUD, maybe we'll even have an
2   Assistant AG of the Civil Division.  And the three of them
3   can sit down and figure it all out, together with you all,
4   I guess, and we'll see where this all comes out.
5           So check your calendars, Counsel, for mid-May, if
6   you will.  90 days is approximately May 15th.  Let's say
7   May 16th.  How are you all looking that day?  Is that a --
8   we could have a status hearing on that day to see where we
9   stand.  How about noon?  Does that work for you all?
10          MR. KENNEDY:  That works for us.
11          MR. SHANMUGAM:  And for us.
12          THE COURT:  Okay.  Very good.
13          So we'll have a status hearing at noon on the 16th
14  of May, and, hopefully, we will have had some action.
15          Now, of course, if in the interim you learn of
16  anything from the client or the Department of Justice's new
17  appointees that might have an impact on this, bring it to my
18  attention, if you would, through a letter.  I think
19  probably -- it doesn't have to be a motion, but I think a
20  letter from the parties, whichever way they're going; maybe
21  it's going to mean new changes or it may mean some new
22  changes, I don't know.
23          Okay.  Any questions for either side?
24          Sorry for the delay.  I got a phone call and had
25  to take it.

1         Have a nice day, Counsel.
2             MR. SHANMUGAM:  Thank you, Your Honor.
3             MR. KENNEDY:  Thank you.
4             DEPUTY CLERK:  All rise.  This Honorable Court
5    will stand in recess until the return of court.
6             (Proceedings concluded at 2:55 p.m.)

C E R T I F I C A T E

      I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date: February 28, 2017____    /S/__William P. Zaremba_____

                                  William P. Zaremba, RMR, CRR