IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN INSURANCE ASSOCIATION, *et al.*<br><br>     Plaintiffs,<br><br>             v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*<br><br>     Defendants. | Civil Action No. 13-cv-966 (RJL) |

## NOTICE OF WITHDRAWAL OF BRIAN P. MORRISSEY
## AS CO-COUNSEL FOR AMICUS CURIAE
## CHAMBER OF COMMERCE OF THE UNITED STATES

Pursuant to Local Rule 83.6, please take notice that Brian P. Morrissey withdraws his appearance as co-counsel for amicus The Chamber of Commerce of the United States of America (the "Chamber"). Mr. Morrissey will be departing from Sidley Austin LLP and thus will no longer be able to represent the Chamber. Carter G. Phillips of Sidley Austin LLP will remain as counsel of record for the Chamber in this matter.

Dated: March 16, 2017                    Respectfully submitted,

                              __/s/ Brian P. Morrissey_____
                              Carter G. Phillips (D.C. Bar No. 26176)
                              Brian P. Morrissey (D.C. Bar No. 989371)
                              SIDLEY AUSTIN LLP
                              1501 K Street, N.W.
                              Washington, D.C. 20005
                              Telephone: 202-736-8000
                              Facsimile: 202-736-8711

                              *Counsel for Amicus Curiae Chamber of*
                              *Commerce of the United States*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies on March 16, 2017, a copy of the foregoing was filed electronically using the Court's Case Management/Electronic Case Filing System (CM/ECF). Notice of and access to this filing will be provided to all parties through CM/ECF.

    /s/ Brian P. Morrissey