## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN INSURANCE ASSOCIATION, *et al.* | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.* | ) ) ) ) |
| Defendants. | ) ) |

No. 1:13-cv-00966 (RJL)

### DEFENDANTS' STATUS REPORT

After oral argument on the cross-motions for summary judgment in this case was scheduled, defendants requested a continuance "to permit new leadership at the Department of Housing and Urban Development an opportunity to become familiar with the issues in this case before it is argued." Defendants' Motion for Forty-Five-Day Continuance of Oral Argument (ECF No. 72) at 1. The Court held a status conference on February 13, 2017, and set another status conference for tomorrow, May 16, 2017.

Defendants respectfully advise the Court that new leadership at HUD has been briefed, and defendants are prepared to schedule argument on the parties' cross-motions for summary judgment.

As the parties have discussed, undersigned counsel for defendants (Mr. Kennedy) is retiring from the Department of Justice on May 31, 2017. In the event that oral argument on the cross-motions cannot be scheduled in May, defendants would request that argument not be

scheduled until after June 28, 2017, in light of pre-existing vacation plans and prior work commitments of successor counsel.

    Respectfully submitted,

    CHAD A. READLER
    Acting Assistant Attorney General

    CHANNING D. PHILLIPS
    United States Attorney

    LESLEY FARBY
    Assistant Branch Director

    /s/ *Brian G. Kennedy*
    BRIAN G. KENNEDY (DC Bar # 228726)
    Senior Trial Counsel
    Civil Division, Federal Programs Branch
    United States Department of Justice
    20 Massachusetts Ave., N.W.
    Washington, DC 20001
    Tel: (202) 514-3357
    Email: brian.kennedy@usdoj.gov

    *Counsel for Defendants*