UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN INSURANCE ASSOCIATION, *et al.* )<br><br>Plaintiffs, )<br><br>v. )<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.* )<br><br>Defendants. ) | No. 1:13-cv-00966 (RJL) |

NOTICE OF WITHDRAWAL AS ATTORNEY OF RECORD FOR DEFENDANTS

Attorney Brian G. Kennedy hereby provides notice, pursuant to Local Rule 83.6, of his withdrawal as attorney for defendants in this case. A trial date has not been set.

The undersigned attorney is withdrawing as counsel because he is retiring from federal service. Defendants will continue to be represented by other Department of Justice attorneys who have entered and will enter appearances in this case.

Respectfully submitted,

 */s/ Brian G. Kennedy*
BRIAN G. KENNEDY (DC Bar # 228726)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW, 6th Floor
Washington, D.C. 20530
Telephone: (202) 514-3357
Fax: (202) 616-8470
Email: brian.kennedy@usdoj.gov