# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN INSURANCE ASSOCIATION, *et al.*, <br>         Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*, <br><br>         Defendants. | ) <br> ) <br> ) <br> ) <br> )    No. 1:13-cv-00966 (RJL) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Emily S. Newton, Trial Attorney, U.S. Department of Justice, and withdraw the appearance of Attorney Brian G. Kennedy as counsel of record for the Defendants in the above-captioned case.

                                                         Respectfully submitted,

                                                         CHAD A. READLER <br>
                                                         Acting Assistant Attorney General

                                                         CHANNING D. PHILLIPS <br>
                                                         United States Attorney

                                                         LESLEY FARBY <br>
                                                         Assistant Branch Director <br>
                                                         Federal Programs Branch

                                                         */s/ Emily S. Newton* <br>
                                                         EMILY S. NEWTON, Va. Bar #80745 <br>
                                                         Trial Attorney <br>
                                                         U.S. Department of Justice <br>
                                                         Civil Division, Federal Programs Branch <br>
                                                         20 Massachusetts Avenue, NW <br>
                                                         Washington, DC 20001 <br>
                                                         (202) 305-8356 <br>
                                                         (202) 616-8470 (fax) <br>
                                                         emily.s.newton@usdoj.gov

*Counsel for Defendants*