```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLUMBIA


AMERICAN INSURANCE ASSOCIATION,   )
ET AL.,                           )
         Plaintiffs,              )   CV No. 13-966-RJL
                                  )
                                  )   Washington, D.C.
     vs.                          )   May 16, 2017
                                  )   12:00 p.m.
U.S. DEPT OF HOUSING              )
AND URBAN DEVELOPMENT, ET AL.,    )
                                  )
         Defendants.              )
_____)


            TRANSCRIPT OF STATUS CONFERENCE
         BEFORE THE HONORABLE RICHARD J. LEON
          UNITED STATES SENIOR DISTRICT JUDGE

APPEARANCES:

For the Plaintiffs:        Kannon K. Shanmugam
                           Allison Rushing
                           Adam Podoll
                           WILLIAMS & CONNOLLY LLP
                           725 12th St., NW
                           Washington, D.C. 20005
                           (202) 434-5050
                           Email: kshanmugam@wc.com




For the Defendants:        Brian G. Kennedy
                           Lesley Farby
                           Emily Newton
                           U.S. DEPARTMENT OF JUSTICE
                           CIVIL DIVISION,
                           FEDERAL PROGRAMS BRANCH
                           20 Massachusetts Avenue, NW
                           Room 6104
                           Washington, D.C. 20530
                           (202) 514-3357
                           Email: brian.kennedy@usdoj.gov
```

APPEARANCES CONTINUED:

Court Reporter:                William P. Zaremba, RMR, CRR
                               Registered Merit Reporter
                               Certified Realtime Reporter
                               Official Court Reporter
                               U.S. District Court
                               for the District of Columbia
                               333 Constitution Avenue, NW
                               Room 6511
                               Washington, D.C. 20001
                               (202) 354-3249
                               WilliamPZaremba@gmail.com

Proceedings recorded by mechanical stenography; transcript produced by computer-aided transcription

|   |   |
|---|---|
| 1 | P R O C E E D I N G S |
| 2 | DEPUTY CLERK:  All rise.  The United States |
| 3 | District Court for the District of Columbia is now in |
| 4 | session, the Honorable Richard J. Leon presiding.  God save |
| 5 | the United States and this Honorable Court.  Please be |
| 6 | seated and come to order. |
| 7 | Your Honor, we have Civil Action 13-966, American |
| 8 | Insurance Association, et al., versus United States |
| 9 | Department of Housing and Urban Development, et al. |
| 10 | Counsel, please approach the lectern and identify |
| 11 | yourselves for the record, including those at your |
| 12 | respective tables.  Thank you. |
| 13 | MR. SHANMUGAM:  Good morning.  Good morning, |
| 14 | Judge Leon, Kannon Shanmugam of Williams & Connolly for the |
| 15 | plaintiffs, the American Insurance Association and the |
| 16 | National Association of Mutual Insurance companies. |
| 17 | And with me at counsel table are my colleagues, |
| 18 | Allison Jones Rushing and Josh Podoll [sic]. |
| 19 | THE COURT:  Welcome. |
| 20 | MR. KENNEDY:  Your Honor, Brian G. Kennedy with |
| 21 | the Civil Division Department of Justice for the defendants. |
| 22 | And with me at counsel table are my colleagues, |
| 23 | Leslie Farby and Emily Newton. |
| 24 | THE COURT:  Welcome. |
| 25 | MR. KENNEDY:  Thank you. |

1     THE COURT:  Well, let's start with the defendants
2  here.  You filed a status report.  Why don't you give us a
3  little description for the record what this is about.
4     MR. KENNEDY:  The status report or the case?
5     THE COURT:  Status report.
6     I know what the case is about.
7     MR. KENNEDY:  I'm about to forget.
8     But basically, when you previously set an oral
9  argument for, I think, February 13th, there had just been a
10 change of administration.  And as we have in a number of
11 cases, we asked for a continuance so that the new incoming
12 leadership of the Department of Housing and Urban
13 Development could be brought up to speed on the case.
14    THE COURT:  Do they have a politically appointed
15 General Counsel there yet?
16    MR. KENNEDY:  I don't believe they do.
17    THE COURT:  Do they even have a nominee?
18    MR. KENNEDY:  That, I don't know offhand.
19    THE COURT:  Someone should know the answer to
20 that.
21    MR. KENNEDY:  No.  The answer is no.
22    THE COURT:  Now, how about -- we have -- do we
23 have a nominee for the Assistant AG of the Civil Division
24 yet?  There's rumors, but I don't --
25    MR. KENNEDY:  Yeah, I did not check the Internet

1  today on that.  As of yesterday, there was not a nominee for
2  the Assistant Attorney General of the Civil Division,
3  Your Honor.
4              THE COURT:  I know Mr. Conway has been discussed
5  in the papers as likely to be nominated.  I don't know if
6  that's a trial balloon or what it is.
7              So one would assume, correct me if you think
8  differently, that those would be the key decision-makers in
9  how the government would proceed in this case, the General
10 Counsel of HUD, and the Assistant AG of the Civil Division.
11             MR. KENNEDY:  I would think that, certainly, the
12 Assistant Attorney General of the Civil Division, and, of
13 course, the Assistant Attorney General of the Civil Rights
14 Division would both --
15             THE COURT:  We don't even have a nominee for that
16 either.
17             MR. KENNEDY:  -- could both play some roles.
18             I think that the issues in this case are ones that
19 primarily are within the agency's broad discretions so that
20 I think the people -- it's HUD that's probably more
21 important than the Assistant Attorney General.
22             THE COURT:  Well, I mean --
23             MR. KENNEDY:  Obviously, DOJ can overrule agencies
24 in extreme cases.
25             THE COURT:  That was my experience in my three

1  tour of duties at the Department of Justice.  The Department
2  of Justice made the final call as to what would be litigated
3  and what the litigating position would be of the
4  United States in federal courts.
5          So I would just simply, frankly, assume that in
6  the final analysis, the Assistant AG of the Civil Division,
7  in collaboration with the General Counsel at HUD, would
8  figure that all out.
9          MR. KENNEDY:  Right.
10         THE COURT:  We don't have either one right now.
11         MR. KENNEDY:  Right.
12         We're not asking for any further delay, however,
13 Your Honor.
14         THE COURT: Well, the question is a little bigger
15 for me.  Should we delay until we have an in-place Assistant
16 AG of the Civil Division, and an in-place General Counsel of
17 HUD, especially considering that the Secretary of HUD, based
18 on my general understanding, is not a lawyer, has no
19 background in these issues, and would, I assume, be looking
20 to his General Counsel to give him advice.
21         MR. KENNEDY:  Well, as I say, we're not asking for
22 any further delay, and we've done what we could to make sure
23 that such -- what political leadership there is in the
24 agencies have been advised of this case, and we're ready to
25 proceed if Your Honor is ready.  We're not asking for any

1  further delay or opportunity.
2          THE COURT: Would any further delay be any harm to
3  the government? Would it cause any harm?
4          MR. KENNEDY: I don't think it would, Your Honor.
5  I mean --
6          THE COURT: I'm trying to imagine how it could,
7  quite frankly.
8          MR. KENNEDY: Not to preview the merits that much,
9  but this is not an issue -- there are not a whole lot of
10 cases filed against insurance companies alleging disparate
11 impact. So it's not an issue --
12         THE COURT: There's not a lot of cases on
13 disparate impact on the grand scheme of things.
14         MR. KENNEDY: So it's not an issue where people
15 are burning to learn to know what the answer is.
16         THE COURT: Well, the Court is also aware, before
17 I hear from Mr. Shanmugam, that the government has made a
18 request that if we're going to move forward, that we try to
19 do it before May, the end of May, which, in this case, is
20 not possible for this Court. I have a PI, two PIs and
21 something called the Purple Line, which you may have heard
22 of, that I'm wrestling with. And although that's not a PI,
23 they certainly act like it is a PI. So I'm really not in a
24 position to have oral argument between now and May 31st.
25         MR. KENNEDY: No. We weren't necessarily

1   requesting that.  We're just telling what the facts on the
2   ground were for us, and I realize that it might not be
3   possible.
4           THE COURT:  It really isn't.
5           All right.  Let's hear what the plaintiffs think
6   about this situation.
7           MR. SHANMUGAM:  Well, thank you, Your Honor.
8           As you're aware, this delay was originally at the
9   request of the government, and the government's rationale
10  for the original delay was to, "Permit new leadership at the
11  Department of Housing and Urban Development to have an
12  opportunity to become familiar with the issues in this
13  case."  We took no position on that request at the time, and
14  similarly, at this point, we take no position on the
15  government's request on whether or not to move forward.
16          Obviously, we would be perfectly happy if the new
17  administration were to take the decision to revisit its
18  position, whether through the Justice Department taking the
19  position that it could not defend the currently extant
20  regulation, or whether -- because HUD made the determination
21  to revise that regulation.
22          But at this point, as Your Honor has rightly
23  pointed out, we do not have the necessary leadership in
24  place to make those decisions, and it is my understanding
25  that no such decisions are going to be made until, at a

1   minimum, you do have a General Counsel at HUD in place.
2           And so from my client's perspective, on the one
3   hand, we would obviously desire that outcome; but, on the
4   other hand --
5           THE COURT:  I understand.
6           MR. SHANMUGAM:  -- the regulation remains in
7   place, and private parties could invoke the regulation in
8   litigation against my client's members.
9           And so we're somewhat between a rock and a hard
10  place because even when those individuals are in place,
11  there's no urgency, as matters currently stand, and they
12  obviously all will have lots of matters on their plate when
13  they take office.
14          So at this point, we're certainly happy to move
15  forward, but it's obviously up to Your Honor's discretion
16  whether you would prefer to wait to see if the
17  administration wants to revisit the matter, or to move
18  forward knowing that a decision in this case could obviously
19  have some effect on the administration's thinking.
20          THE COURT:  Well, I would imagine that at some
21  point shortly after HUD's new General Counsel takes office,
22  whoever he or she is -- and, again, at some point shortly
23  thereafter, the Assistant Attorney General of the Civil
24  Division, whether it's Mr. Conway or not, I don't know,
25  obviously, we don't know what's going to happen there --

1  I would imagine at some point shortly after that person took
2  office, they would be briefed on this case.  This would be
3  one of the cases involving existing litigation that raises
4  novel/sensitive issues that they would have to at least look
5  at it.  I don't know how they'd come out, but they had have
6  to look at it.
7          And I think the government's initial request was a
8  prudent one, was an appropriate one.  I think it may be
9  premature, though, because it would seem to me, I'm no
10 expert on HUD, but the General Counsel's Office is going to
11 play a major role in the deciding of this, and they don't
12 even have a nominee yet.
13         And so I'm just -- I'm hesitant at this point to
14 move forward, only to have maybe a problem at a later time
15 where there's a change of heart or a change of position from
16 the government while the case is under advisement, for
17 example, after we have oral argument and the case is under
18 advisement or something else.  I mean, I don't know.
19         MR. SHANMUGAM:  So, Your Honor, I completely
20 understand your predicament.
21         THE COURT:  I think a status hearing might make
22 sense.
23         MR. SHANMUGAM:  Well, we're not privy to whatever
24 conversations Mr. Kennedy and his colleagues have had
25 with --

1   THE COURT: I know.

2   MR. SHANMUGAM: -- the political leadership at
3   HUD. So it is entirely possible that the political
4   leadership has looked at this and said, we're not likely to
5   revisit this; or, on the other hand, they may very well have
6   simply concluded that they want to wait until a General
7   Counsel is in place, and I agree with you that would
8   probably be the most natural way in which this would
9   proceed.

10  So without any information about where things
11  stand in the government right now, it's very hard for us to
12  take a position or make any sort of recommendation.

13  THE COURT: Look, I could easily envision, easily,
14  a scenario where the Assistant Attorney General nominee,
15  whoever that'll be, Civil Division and the General Counsel
16  nominee of HUD will be asked in their confirmation hearing
17  about issues relating to this case.

18  Disparate impact liability is, in many quarters, a
19  hot-button issue, a major hot-button issue. I mean, I'm not
20  kidding myself about this.

21  And I mean, everyone here knows what opinion I've
22  issued, everyone here knows what opinion the D.C. Circuit
23  has issued, and what the Supreme Court has said.

24  So I mean, this is not an issue that's just going
25  to go away. I mean, this is an issue that'll, in various

1  forms, rear its head in courts, not just this Court, but
2  other courts around the country.
3       So it would seem to me that the General Counsel of
4  HUD and the Assistant AG of the Civil Division and maybe
5  even the Assistant AG of the Civil Rights Division are going
6  to want to give a little thought and reflection to, well,
7  how are we going to deal with this issue and any problems
8  that it generates, at least in theory, as we move forward
9  with this administration, which is still in its infant
10 stages.
11      MR. SHANMUGAM:  Yes.
12      And as Your Honor is aware, the nominations
13 process has been moving fairly slowly in this
14 administration.  I think it's quite possible that we won't
15 have confirmed nominees in those positions until at a
16 minimum after the summer recess.  And so, again, that puts
17 my clients in a difficult position, because the regulation
18 remains in effect and they are potentially vulnerable to
19 litigation and/or investigations relying on that.
20      THE COURT:  Tell you what.  Here's what I would
21 suggest.  I would suggest that we do a status hearing in 60
22 days, take the temperature, so to speak, on what's going on
23 with the appointments process, the confirmation process,
24 maybe nothing will have happened, maybe something will have
25 happened.  I mean, I don't know.

1          I mean, I would think Attorney General Sessions
2    would be importuning the Chairman of the Judiciary Committee
3    get going, because he needs people.  He just got his deputy
4    a week ago or two weeks ago.
5          So my guess is there'll be movement in the next 60
6    days.  I don't know where the HUD General Counsel position
7    falls in the general scheme of things in terms of this
8    administration's efforts to police people, but I would think
9    the White House counsel's office is very interested in
10   getting the General Counsel's positions in all the agencies
11   filled, because the White House counsel has to interact,
12   almost daily, with the General Counsels of the various
13   cabinet departments.
14         So I'd like to think that within the next 60 days,
15   we'll at least have a nominee, if not some action, in the
16   direction of they'll be getting a hearing or, who knows,
17   maybe one of them will be confirmed.
18         So unless you really think that it's going to
19   really hurt your client to not do something in the next 60
20   days, i.e., have an oral argument, I'd suggest we just
21   reconvene and see what's going on.
22         MR. SHANMUGAM:  I mean, we certainly would be
23   comfortable with that, with the proviso, respectfully
24   submitted, that once we have nominees, this Court, I think,
25   actually, has some ability to exert some general pressure on

1  the administration to make a decision, and it may very well
2  be that the way to do that is by setting an argument date at
3  a point at which nominees have been confirmed so that this
4  is a high priority.
5          I do think that this is something that the new
6  administration, I would suspect, is going to look at quite
7  closely.  But, again, the new nominees for these positions
8  are going to have quite a lot on their plate, and I do think
9  it would be --
10         THE COURT:  That's true.
11         MR. SHANMUGAM:  -- to our client's advantage to
12 have this high on their list when they take office.
13         THE COURT:  Why don't we put a hearing on the
14 books for July.  How about the 17th, are you available that
15 day, Counsel?
16         MR. SHANMUGAM:  Yes.
17         MR. KENNEDY:  It works for my colleague who will
18 actually still be working for the government then.
19         THE COURT:  You'll be enjoying a very
20 well-deserved rest and vacation.
21         MR. KENNEDY:  I'll be enjoying a rest.
22         THE COURT:  Rest in retirement.
23         Okay.
24         MR. SHANMUGAM:  And congratulations to Mr. Kennedy
25 on his retirement.

```
1                THE COURT:  Exactly.
2                So I'll set it for Monday, July 17th for a status
3    hearing at 3:00.  And hopefully, we'll have more knowledge
4    then than we have today of what's going on on the Justice
5    Department and HUD front.  And maybe we'll even have
6    nominees or a hearing scheduled or whatever.  Who knows.
7    I wish I had a crystal ball.
8                MR. SHANMUGAM:  So do we, Your Honor.  Thank you.
9                THE COURT:  Okay.  Anything else for the
10   government?
11               MR. KENNEDY:  I mean, not really, Your Honor.
12               From our point of view, we have -- you know,
13   I think -- I hope I didn't understate the extent to which we
14   have made a decision.  And obviously, there are nominees to
15   be made and to come in, and anything could happen, I guess.
16               THE COURT:  Sure.
17               MR. KENNEDY:  But it's not something that I'm
18   sitting here today representing to you that we're not likely
19   to be somewhere down the road making the arguments on the
20   case on the merits.
21               THE COURT:  Okay.
22               MR. KENNEDY:  That's what we expect to happen, and
23   we'd be ready for it to happen sooner rather than later.
24               THE COURT:  That's fine.  Enjoy your retirement.
25               MR. KENNEDY:  Thank you.
```

```
1              THE COURT:  We'll stand in recess.
2              DEPUTY CLERK:  All rise.
3              This Honorable Court will stand in recess until
4   the return of court.
5              (Proceedings concluded at 12:22 p.m.)
```

C E R T I F I C A T E

      I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Date: June 30, 2017_____     /S/\_\_William P. Zaremba\_\_\_\_\_

                                     William P. Zaremba, RMR, CRR