**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN INSURANCE ASSOCIATION, *et al.*, <br>         Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*, <br><br>         Defendants. | No. 1:13-cv-00966 (RJL) |

**JOINT STATUS REPORT**

On February 6, 2017, Defendants filed a Motion for a Forty-Five Day Continuance of Oral Argument, and on February 13, 2017, the Court held a status conference in this matter at which the Court set a new status conference for May 16, 2017. ECF Nos. 72-73. On May 15, 2017, Defendants filed a status report, advising the Court that new leadership at the United States Department of Housing and Urban Development ("HUD") had been briefed about this case and that Defendants were prepared to proceed with oral argument on the parties' cross-motions for summary judgment. ECF No. 75. The Court subsequently held a status conference on May 16, 2017, during which the Court asked whether certain leadership positions at HUD and the U.S. Department of Justice ("DoJ"), such as the General Counsel of HUD and the Assistant Attorney General for the Civil Division, had yet been filled by Senate-confirmed appointees. *See* Transcript of Status Conference, 4:14-5:3, May 16, 2017, ECF No. 78. Upon learning from Defendants that those positions had not yet been filled, the Court scheduled a further status conference for July 17, 2017.

Defendants hereby inform the Court that the HUD and DoJ leadership positions discussed at the last status hearing have not yet been filled. The Senate Committee on Banking, Housing, and Urban Affairs has scheduled a hearing for July 18, 2017 to consider the nomination of J. Paul Compton, Jr. to be General Counsel of HUD. Accordingly, the parties have conferred and request that the Court vacate the status conference currently scheduled for July 17, 2017 and reschedule the status conference for August 17, 2017 or a date shortly thereafter at the Court's convenience.[1]

Date:   July 12, 2017                                  Respectfully submitted,

                                                       CHAD A. READLER
                                                       Acting Assistant Attorney General

                                                       CHANNING D. PHILLIPS
                                                       United States Attorney

                                                       LESLEY FARBY
                                                       Assistant Branch Director
                                                       Federal Programs Branch

                                                        /s/ Emily S. Newton
                                                       EMILY S. NEWTON, Va. Bar #80745
                                                       Trial Attorney
                                                       U.S. Department of Justice
                                                       Civil Division, Federal Programs Branch
                                                       20 Massachusetts Avenue, NW
                                                       Washington, DC 20001
                                                       (202) 305-8356
                                                       (202) 616-8470 (fax)
                                                       emily.s.newton@usdoj.gov

                                                       *Counsel for Defendants*

---

[1] Defendants respectfully advise the Court that counsel for the Government is going to be out of the office beginning August 21, 2017 and returning August 29, 2017.