**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN INSURANCE ASSOCIATION, *et al.*, <br>        Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*, <br>        Defendants. | ) <br> ) <br> ) <br> ) <br> )    No. 1:13-cv-00966 (RJL) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT STATUS REPORT

The parties have fully briefed motions for summary judgment on this matter. On July 12, 2017, the parties filed a joint status report informing the Court that the leadership positions discussed at the May 16, 2017 status hearing, including the General Counsel of the Department of Housing and Urban Development ("HUD") and the Assistant Attorney General for the Civil Division at the Department of Justice ("DOJ"), had not yet been filled and requesting that the Court continue the status conference then scheduled for July 17, 2017. *See* ECF No. 79. On July 14, 2017, the Court granted the parties' request and continued the previously scheduled status conference until August 14, 2017. Minute Order (July 14, 2017).

The parties hereby inform the Court that the Senate Committee on Banking, Housing, and Urban Affairs held a hearing on July 18, 2017, at which time it considered the nomination of J. Paul Compton, Jr. as the General Counsel of HUD. Mr. Compton was voted out of the Committee on

July 27, 2017[1] and is awaiting consideration by the full Senate.[2]  However, to date, neither of the above-referenced leadership positions have been filled.  Accordingly, the parties have conferred and request that the Court continue the currently scheduled status conference until September 11, 2017 or a date thereafter at the Court's convenience.

| | |
|---|---|
| Date:   August 9, 2017 | Respectfully submitted, |

| | |
|---|---|
| Kannon K. Shanmugam (#474304)<br>Allison Jones Rushing (#991503)<br>Joshua Podoll (#1011743)<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, DC 20005<br>Telephone:  (202) 434-5000<br>Facsimile:  (202) 434-5029<br><br>*Counsel for Plaintiffs* | CHAD A. READLER<br>Acting Assistant Attorney General<br><br>CHANNING D. PHILLIPS<br>United States Attorney<br><br>LESLEY FARBY<br>Assistant Brach Director<br>Federal Programs Branch<br><br> */s/ Emily S. Newton*<br>EMILY S. NEWTON, Va. Bar #80745<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue, NW<br>Washington, DC 20001<br>(202) 305-8356<br>(202) 616-8470 (fax)<br>emily.s.newton@usdoj.gov<br><br>*Counsel for Defendants* |

---

[1] *See* https://www.banking.senate.gov/public/index.cfm/2017/7/nomination.
[2] *See* https://www.senate.gov/legislative/LIS/executive_calendar/xcalv.pdf.