UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN INSURANCE ASSOCIATION, *et al.*,<br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br>　　　　Defendants. | No. 1:13-cv-00966 (RJL) |

### DEFENDANTS' MOTION TO CONTINUE STATUS CONFERENCE

The parties have fully briefed motions for summary judgment on this matter. On August 9, 2017, the parties filed a joint status report informing the Court that the leadership positions discussed at the May 16, 2017 status hearing, including the General Counsel of the Department of Housing and Urban Development ("HUD") and the Assistant Attorney General for the Civil Division at the Department of Justice ("DOJ"), had not yet been filled and requesting that the Court continue the status conference then scheduled for August 14, 2017. *See* ECF No. 79. The Court subsequently granted the parties' request and continued the previously scheduled status conference until September 15, 2017. Minute Order (August 9, 2017).

No further action has been taken with respect to the above-referenced leadership positions, neither of which has been filled to date. Accordingly, Defendants request that the Court continue the currently scheduled status conference until October 23, 2017 or a date thereafter at the Court's

1

convenience.[1]  Counsel for Defendants conferred with counsel for Plaintiffs, who indicated that they oppose this motion.   A proposed order is attached.

   Date:   September 13, 2017                  Respectfully submitted,

                                                CHAD A. READLER
                                                Acting Assistant Attorney General

                                                CHANNING D. PHILLIPS
                                                United States Attorney

                                                LESLEY FARBY
                                                Assistant Brach Director
                                                Federal Programs Branch

                                                */s/ Emily S. Newton*
                                                EMILY S. NEWTON, Va. Bar #80745
                                                Trial Attorney
                                                U.S. Department of Justice
                                                Civil Division, Federal Programs Branch
                                                20 Massachusetts Avenue, NW
                                                Washington, DC 20001
                                                (202) 305-8356
                                                (202) 616-8470 (fax)
                                                emily.s.newton@usdoj.gov

                                                *Counsel for Defendants*

---

[1] Defendants respectfully note that lead counsel for Defendants will be out of the country the weeks of October 9 and October 16, 2017.