UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN INSURANCE ASSOCIATION, *et al.*,<br>         Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF<br>HOUSING AND URBAN DEVELOPMENT,<br>*et al.*,<br><br>         Defendants. | )<br>)<br>)<br>)<br>)   No. 1:13-cv-00966 (RJL)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Upon review of Defendants' Motion to Continue the Status Conference, ECF No. __, it is hereby

**ORDERED** that the status conference set for September 15, 2017 at 2:30 PM is continued to [DATE] at [TIME].

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge

1