**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN INSURANCE ASSOCIATION and NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES,<br><br>       Plaintiffs,<br><br>       v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT and JULIAN CASTRO, in his official capacity as Secretary of Housing and Urban Development,<br><br>       Defendants. | Civil Action No. 13-cv-966 (RJL) |

## OPPOSITION TO MOTION TO CONTINUE STATUS CONFERENCE

Plaintiffs American Insurance Association and National Association of Mutual Insurance Companies oppose Defendants' request to postpone the status conference scheduled for September 15, 2017. Summary judgment in this case has been fully briefed since October 2016. The Court scheduled oral argument for February 13, 2017. Defendants asked the Court to postpone that hearing to give officials appointed by the new administration an opportunity to review the case. *See* Dkt. 72. More than six months now have passed. Although the Senate has not yet confirmed nominees for a number of key leadership positions, progress has been made. And the threat to Plaintiffs' member companies from lawsuits based on the Disparate-Impact Rule has only increased. Plaintiffs believe it would be advisable to hold the scheduled status conference to discuss how best to ensure that this long-delayed case will proceed expeditiously once the relevant positions in the new administration have been filled.

Respectfully submitted,

/s/Kannon K. Shanmugam
Kannon K. Shanmugam (#474304)
Allison Jones Rushing (#991503)
A. Joshua Podoll (#1011743)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

September 14, 2017                                      *Counsel for Plaintiffs*