UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN INSURANCE ASSOCIATION, *et al.*,<br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br>　　　　Defendants. | No. 1:13-cv-00966 (RJL) |

## DEFENDANTS' MOTION TO CONTINUE STATUS CONFERENCE

The parties have fully briefed motions for summary judgment on this matter. On September 13, 2017, Defendants filed a motion, informing the Court that the leadership positions discussed at the May 16, 2017 status hearing, including the General Counsel of the Department of Housing and Urban Development ("HUD") and the Assistant Attorney General for the Civil Division at the Department of Justice ("DOJ"), had not yet been filled and requesting that the Court continue the status conference then scheduled for September 15, 2017. *See* ECF No. 81. Plaintiffs opposed Defendants' motion to continue the status conference. *See* ECF No. 82. The Court subsequently granted Defendants' motion and continued the previously scheduled status conference until October 31, 2017. Minute Order (September 14, 2017).

The nominee for HUD General Counsel is awaiting a vote in the Senate,[1] and the President has announced his intent to nominate Joseph H. Hunt to be the Assistant Attorney General for

---

[1] *See* https://www.senate.gov/legislative/LIS/executive_calendar/xcalv.pdf at 5.

1

DOJ's Civil Division.[2]  However, no further action has been taken with respect to the above-referenced leadership positions, neither of which has been filled to date.  Accordingly, Defendants request that the Court continue the currently scheduled status conference until November 30, 2017 or a date thereafter at the Court's convenience.  Counsel for Defendants conferred with counsel for Plaintiffs, who indicated that they oppose this motion.  A proposed order is attached.

Date:   October 26, 2017                              Respectfully submitted,


                                                      CHAD A. READLER
                                                      Acting Assistant Attorney General

                                                      CHANNING D. PHILLIPS
                                                      United States Attorney

                                                      LESLEY FARBY
                                                      Assistant Brach Director
                                                      Federal Programs Branch

                                                       /s/ Emily S. Newton
                                                      EMILY S. NEWTON, Va. Bar #80745
                                                      Trial Attorney
                                                      U.S. Department of Justice
                                                      Civil Division, Federal Programs Branch
                                                      20 Massachusetts Avenue, NW
                                                      Washington, DC 20001
                                                      (202) 305-8356
                                                      (202) 616-8470 (fax)
                                                      emily.s.newton@usdoj.gov

                                                      *Counsel for Defendants*

---

[2] *See* https://www.whitehouse.gov/the-press-office/2017/09/15/president-donald-j-trump-announces-key-additions-his-administration.