# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN INSURANCE ASSOCIATION, *et al.*, <br>       Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*, <br><br>       Defendants. | No. 1:13-cv-00966 (RJL) |

Upon review of Defendants' Motion to Continue the Status Conference, ECF No. __, it is hereby

**ORDERED** that the status conference set for October 31, 2017 at 3:00 PM is continued to [DATE] at [TIME].

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge

1