IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN INSURANCE ASSOCIATION and NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT and JULIAN CASTRO, in his official capacity as Secretary of Housing and Urban Development,<br><br>  Defendants. | Civil Action No. 13-cv-966 (RJL) |

## STATUS REPORT REGARDING UPCOMING STATUS CONFERENCE

Plaintiffs American Insurance Association and National Association of Mutual Insurance Companies write in advance of the status conference scheduled for October 31, 2017.  In light of the length of time this case has been pending, the growing threat to insurance companies from disparate-impact cases, and recent progress in confirming nominees to key decisionmaking positions, Plaintiffs respectfully submit that the status conference should go forward as scheduled, even if all relevant nominees have not yet been confirmed.

Summary judgment in this case has been fully briefed since October 2016.  The Court scheduled oral argument for February 13, 2017.  Defendants asked the Court to postpone that hearing to give officials appointed by the new administration an opportunity to review the case. *See* Dkt. 72.  A full year has now passed since briefing was complete.

In the meantime, Plaintiffs' members face a real and growing threat from disparate-impact lawsuits.  One such suit, *National Fair Housing Alliance* v. *Travelers Indemnity Company*, Civ. No. 16-928, is pending before another judge in this Court.  Another case including dis-

parate-impact allegations, *Baugh* v. *Covington Specialty Insurance Company*, Civ. No. 17-9127, has recently been filed in the Eastern District of Louisiana. In these suits and potentially others, insurers are suffering the consequences of the Disparate-Impact Rule, which Plaintiffs have alleged since the outset of this case should not apply to homeowners insurers. It is therefore increasingly imperative that this case proceed expeditiously.

Substantial progress has been made in the confirmation process for the relevant government positions. The Secretary and Deputy Secretary of Housing and Urban Development (HUD) have been confirmed. The nominee for HUD General Counsel has been favorably reported out of committee and awaits the scheduling of a vote in the full Senate. Similarly at the Department of Justice (DOJ), the Associate Attorney General overseeing the Civil Division and Civil Rights Division has been confirmed. And the Administration announced its nominee for Assistant Attorney General for the Civil Division of DOJ on September 15. The decisionmakers who will determine the government's position in this case, in other words, are almost entirely in place. Plaintiffs believe it would be advisable to hold the scheduled status conference and discuss how best to ensure that this long-delayed case will proceed expeditiously once the remaining nominees are confirmed.

Respectfully submitted,

/s/Kannon K. Shanmugam
Kannon K. Shanmugam (#474304)
Allison Jones Rushing (#991503)
A. Joshua Podoll (#1011743)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

October 26, 2017                         *Counsel for Plaintiffs*