**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN INSURANCE ASSOCIATION, *et al.*,               Plaintiffs, | ) ) ) ) ) |
| v. | ) ) ) |  No. 1:13-cv-00966 (RJL) |
| UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,               Defendants. | ) ) ) ) ) ) ) |

**JOINT MOTION TO CHANGE DATE OF STATUS HEARING**

On October 30, 2017, the Court issued a Minute Order, granting Defendants' motion to continue the previously scheduled status hearing and continuing the status hearing until December 15, 2017. Due to scheduling conflicts, including pre-existing plans for foreign travel, the parties jointly move the Court to change the date of the status hearing. In particular, Defendants respectfully inform the Court that both Department of Justice counsel actively engaged in this matter will be out of town, with one being out of the country. Counsel for the parties conferred and are available December 20 or 21, 2017 or any date after January 8, 2018 at the Court's convenience. Based on the foregoing, the parties respectfully move the Court to change the date of the status hearing to one of the aforementioned dates when counsel for both parties will be available. A proposed order is attached.

    Date:   November 7, 2017                      Respectfully submitted,

Kannon K. Shanmugam (#474304)         CHAD A. READLER
Allison Jones Rushing (#991503)           Acting Assistant Attorney General
Joshua Podoll (#1011743)

1

WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

*Counsel for Plaintiffs*

CHANNING D. PHILLIPS
United States Attorney

LESLEY FARBY
Assistant Brach Director
Federal Programs Branch

 */s/ Emily S. Newton*
EMILY S. NEWTON, Va. Bar #80745
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20001
(202) 305-8356
(202) 616-8470 (fax)
emily.s.newton@usdoj.gov

*Counsel for Defendants*