UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN INSURANCE ASSOCIATION, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:13-cv-00966 (RJL) |
| UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) ) | |

Upon review of the parties' Joint Motion to Change the Date of the Status Hearing, ECF No. __, and for good cause shown, it is hereby

**ORDERED** that the status hearing set for December 15, 2017 at 3:00 PM is continued to [DATE] at [TIME].

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge

1