UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN INSURANCE ASSOCIATION, *et al.*,<br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>　　　　Defendants. | No. 1:13-cv-00966 (RJL) |

### UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE

The parties have fully briefed motions for summary judgment on this matter. On October 26, 2017, Defendants filed a motion, informing the Court that the leadership positions discussed at the May 16, 2017 status hearing, including the General Counsel of the Department of Housing and Urban Development ("HUD") and the Assistant Attorney General for the Civil Division at the Department of Justice ("DOJ"), had not yet been filled and requesting that the Court continue the status conference then scheduled for October 31, 2017. *See* ECF No. 83. Plaintiffs thereafter filed a status report, informing the Court that "Plaintiffs believe it would be advisable to hold the scheduled status conference." *See* ECF No. 84. The Court subsequently granted Defendants' motion and continued the previously scheduled status conference until December 15, 2017. Minute Order (October 30, 2017). Upon the parties' joint motion to change the date of the status conference, *see* ECF No. 85, the Court continued the status conference until December 21, 2017. Minute Order (November 13, 2017).

The nominee for HUD General Counsel is awaiting a vote in the Senate.[1] On December 11, 2017, the President nominated Joseph Hunt to serve as the Assistant Attorney General of DOJ's Civil Division and his nomination has been referred for consideration to the Senate Judiciary Committee.[2] However, neither of the above-referenced leadership positions has been filled to date. Accordingly, Defendants request that the Court continue the currently scheduled status conference until February 12, 2018, or a date thereafter at the Court's convenience. Counsel for Defendants conferred with counsel for Plaintiffs, who indicated that Plaintiffs do not oppose this motion. A proposed order is attached.

Date:   December 14, 2017                         Respectfully submitted,

                                                  CHAD A. READLER
                                                  Acting Assistant Attorney General

                                                  CHANNING D. PHILLIPS
                                                  United States Attorney

                                                  LESLEY FARBY
                                                  Assistant Brach Director
                                                  Federal Programs Branch

                                                   /s/ Emily S. Newton
                                                  EMILY S. NEWTON, Va. Bar #80745
                                                  Trial Attorney
                                                  U.S. Department of Justice
                                                  Civil Division, Federal Programs Branch
                                                  20 Massachusetts Avenue, NW
                                                  Washington, DC 20001
                                                  (202) 305-8356
                                                  (202) 616-8470 (fax)
                                                  emily.s.newton@usdoj.gov

                                                  *Counsel for Defendants*

---

[1] *See* https://www.senate.gov/legislative/LIS/executive_calendar/xcalv.pdf at 5.
[2] *See* https://www.congress.gov/nomination/115th-congress/1319?r=6.