UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN INSURANCE ASSOCIATION, *et al.*,<br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF<br>HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)　No. 1:13-cv-00966 (RJL)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Upon review of Defendants' Unopposed Motion to Continue the Status Conference, ECF No. __, it is hereby

**ORDERED** that the status conference set for December 21, 2017 at 3:00 PM is continued to [DATE] at [TIME].

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　RICHARD J. LEON
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1