## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN INSURANCE ASSOCIATION, *et al.*,<br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)　No. 1:13-cv-00966 (RJL)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **NOTICE**

On December 14, 2017, Defendants filed an unopposed motion to continue the status conference previously scheduled for December 21, 2017, in light of vacancies in leadership positions at the U.S. Department of Housing and Urban Development ("HUD") and the U.S. Department of Justice ("DOJ"). *See* ECF No. 86. Specifically, Defendants noted that the nominee for HUD General Counsel was awaiting a vote in the Senate and that the nominee for Assistant Attorney General of DOJ's Civil Division had been referred for consideration to the Senate Judiciary Committee but that neither position had been filled as of the filing of Defendants' motion. *Id.*

On December 20, 2017, this Court granted Defendants' motion, cancelling the December 21, 2017 status conference and rescheduling it for a date and time to be determined.

1

Defendants file this notice to inform the Court that on December 18, 2017, the United States Senate confirmed J. Paul Compton, Jr. to serve as HUD's General Counsel.[1] The nomination of an Assistant Attorney General of DOJ's Civil Division is still pending.[2]

Date:   December 21, 2017                    Respectfully submitted,

                                                     CHAD A. READLER
                                                     Acting Assistant Attorney General

CHANNING D. PHILLIPS
United States Attorney

LESLEY FARBY
Assistant Brach Director
Federal Programs Branch

 /s/ Emily S. Newton
EMILY S. NEWTON, Va. Bar #80745
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20001
(202) 305-8356
(202) 616-8470 (fax)
emily.s.newton@usdoj.gov

*Counsel for Defendants*

---

[1] *See* https://www.hud.gov/press/press_releases_media_advisories/2017/HUDNo_17-116.
[2] *See* https://www.congress.gov/nomination/115th-congress/1319?r=6.