UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN INSURANCE ASSOCIATION, *et al.*,<br>            *Plaintiffs*,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>            *Defendants*. | No. 1:13-cv-00966 (RJL) |

## JOINT MOTION TO CONTINUE STATUS CONFERENCE

The parties have fully briefed motions for summary judgment on this matter. On December 14, 2017, Defendants informed the Court that the leadership positions discussed at the May 16, 2017, status hearing, including the General Counsel of the Department of Housing and Urban Development ("HUD") and the Assistant Attorney General for the Civil Division at the Department of Justice ("DOJ"), had not yet been filled and requested that the Court continue the status conference then scheduled for December 21, 2017. *See* ECF No. 86. On December 20, 2017, the Court granted Defendants' motion, cancelled the December 21, 2017 status conference, and indicated that the Court would reschedule the status conference for a date and time to be determined. Minute Order (Dec. 20, 2017). On December 21, 2017, Defendants filed a notice, informing the Court that the United States Senate had confirmed J. Paul Compton, Jr., to serve as HUD's General Counsel and that the nomination of an Assistant Attorney General of DOJ's Civil Division was still pending. *See* ECF No. 87.[1]

---

[1] The nomination of an Assistant Attorney General of DOJ's Civil Division is still pending. *See*

On February 1, 2018, the Court scheduled a status conference for February 8, 2018.  Minute Order (Feb. 1, 2018).

The parties have conferred and respectfully request that the Court continue until April 10, 2018 the status conference currently scheduled for February 8, 2018.  Mr. Compton has begun serving as HUD's General Counsel and is in the process of getting up to speed on a variety of pressing matters, including pending litigation related to the rule at issue in this case.  Counsel for Plaintiffs have requested a meeting with Mr. Compton to discuss the rule and potential ways of resolving this litigation.  The parties are trying to arrange that meeting in the next few weeks.  In light of the parties' impending out-of-court meeting, the parties submit that the Court should adjourn the status conference scheduled for February 8.  Such a delay would allow the parties to meet before taking any more of the Court's time or resources.  The parties therefore request that the Court continue the currently scheduled status conference until April 10, 2018.

A proposed order consistent with this motion is attached.

Date:   February 7, 2018                           Respectfully submitted,

Kannon K. Shanmugam (#474304)            CHAD A. READLER
Allison Jones Rushing (#991503)               Acting Assistant Attorney General
Joshua Podoll (#1011743)
WILLIAMS & CONNOLLY LLP                JESSIE K. LIU
725 Twelfth Street, N.W.                           United States Attorney
Washington, DC 20005
Telephone:  (202) 434-5000                       LESLEY FARBY
Facsimile:  (202) 434-5029                        Assistant Brach Director
                                                                   Federal Programs Branch
*Counsel for Plaintiffs*
                                                                    /s/ Emily S. Newton
                                                                   EMILY S. NEWTON, Va. Bar #80745
                                                                   Trial Attorney

---

https://www.congress.gov/nomination/115th-congress/1319?r=6.

U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20001
(202) 305-8356
(202) 616-8470 (fax)
emily.s.newton@usdoj.gov

*Counsel for Defendants*