# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN INSURANCE ASSOCIATION, *et al.*, <br>    *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*, <br><br>    *Defendants*. | ) ) ) ) ) ) ) ) ) ) ) ) ) No. 1:13-cv-00966 (RJL) |

## JOINT STATUS REPORT & JOINT MOTION
## TO CONTINUE STATUS CONFERENCE

On December 21, 2017, Defendants filed a notice, informing the Court that the United States Senate had confirmed J. Paul Compton, Jr., to serve as the U.S. Department of Housing and Urban Development's ("HUD") General Counsel and that the nomination of an Assistant Attorney General of the Civil Division of the U.S. Department of Justice ("DOJ") was still pending. *See* ECF No. 87.[1]

On February 1, 2018, the Court scheduled a status conference for February 8, 2018. Minute Order (Feb. 1, 2018). Thereafter, the parties conferred and requested that the Court continue the February 8, 2018 status conference until April 10, 2018, in light of the fact that counsel for Plaintiffs had requested, and the parties were trying to arrange, a face-to-face meeting with Mr. Compton to discuss the rule and potential ways of resolving this litigation. ECF No. 88. The Court granted

---

[1] The Senate Judiciary Committee held a hearing on the nomination of an Assistant Attorney General of DOJ's Civil Division on March 7, 2018. The nomination is still pending. *See* https://www.congress.gov/nomination/115th-congress/1319?r=6.

the parties' request and continued the status conference until April 10, 2018.  Minute Order (Feb. 7, 2018).

The parties held a productive meeting and are engaging in ongoing discussions related to the rule and the issues raised in this litigation.  To allow these discussions to continue and to preserve the parties' and the Court's resources, the parties respectfully request that the Court continue the currently scheduled status conference and order the parties to submit a joint status report within 30 days, or by May 10, 2018.  By that time, the parties anticipate that they will have completed their discussions and will be able to provide a proposal for how the case should proceed.  If necessary, the parties will at that time propose dates upon which to hold argument on the pending motions for summary judgment.

A proposed order consistent with this motion is attached.

Date:   April 3, 2018                                         Respectfully submitted,


*/s/ Kannon K. Shanmugam*                        CHAD A. READLER
Kannon K. Shanmugam (#474304)             Acting Assistant Attorney General
Allison Jones Rushing (#991503)
Joshua Podoll (#1011743)                             JESSIE K. LIU
WILLIAMS & CONNOLLY LLP                   United States Attorney
725 Twelfth Street, N.W.
Washington, DC 20005                                  LESLEY FARBY
Telephone:  (202) 434-5000                          Assistant Brach Director
Facsimile:  (202) 434-5029                            Federal Programs Branch

*Counsel for Plaintiffs*                                    EMILY S. NEWTON, Va. Bar #80745
                                                                        Trial Attorney
                                                                        U.S. Department of Justice
                                                                        Civil Division, Federal Programs Branch
                                                                        20 Massachusetts Avenue, NW
                                                                        Washington, DC 20001
                                                                        (202) 305-8356
                                                                        (202) 616-8470 (fax)

emily.s.newton@usdoj.gov

*Counsel for Defendants*