## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN INSURANCE ASSOCIATION, *et al.*, | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:13-cv-00966 (RJL) |
| UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

Upon review of the parties' Joint Status Report & Joint Motion To Continue Status Conference, it is hereby

**ORDERED** that the status conference set for April 10, 2018 at 5:00 pm is continued.

The parties shall submit a joint status report within 30 days, or by May 10, 2018.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge