# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN INSURANCE ASSOCIATION and NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES,<br><br>　　　　Plaintiffs,<br>　v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT and JULIAN CASTRO, in his official capacity as Secretary of Housing and Urban Development,<br><br>　　　　Defendants. | Civil Action No. 13-cv-966 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that William T. Marks now appears on behalf of Plaintiffs American Insurance Association and National Association of Mutual Insurance Companies in the above-captioned case.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ William T. Marks
　　　　　　　　　　　　　　　　　　　　William T. Marks (#1029756)
　　　　　　　　　　　　　　　　　　　　WILLIAMS AND CONNOLLY LLP
　　　　　　　　　　　　　　　　　　　　725 Twelfth Street, N.W.
　　　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　　　Tel: (202) 434-5000
　　　　　　　　　　　　　　　　　　　　Fax: (202) 434-5029
　　　　　　　　　　　　　　　　　　　　Email:  wmarks@wc.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*

Dated: May 10, 2018