**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| AMERICAN INSURANCE ASSOCIATION, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:13-cv-00966 (RJL) |
| UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**NOTICE**

Defendants hereby inform the Court that today, May 10, 2018, the U.S. Department of Housing and Urban Development ("HUD") issued a press release, announcing that HUD intends to solicit public comment on whether its 2013 Discriminatory Effects Rule is consistent with the Supreme Court's decision in *Texas Department of Housing and Community Affairs v. Inclusive Communities Projects, Inc.*, 135 S. Ct. 2507 (2015).[1]

Date:   May 10, 2018                    Respectfully submitted,


CHAD A. READLER
Acting Assistant Attorney General

JESSIE K. LIU
United States Attorney

LESLEY FARBY
Assistant Brach Director
Federal Programs Branch

---

[1]      *See*      https://www.hud.gov/press/press_releases_media_advisories/HUD_No_18_035. Attachment A.

1

/s/ Emily S. Newton
EMILY S. NEWTON, Va. Bar #80745
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20001
(202) 305-8356
(202) 616-8470 (fax)
emily.s.newton@usdoj.gov

*Counsel for Defendants*