IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

AMERICAN INSURANCE ASSOCIATION, )
ET AL.,                          )
                                 )   CV No. 13-966
        Plaintiffs,              )
                                 )   Washington, D.C.
     vs.                         )   May 10, 2018
                                 )   4:00 p.m.
U.S. DEPARTMENT OF HOUSING       )
AND URBAN DEVELOPMENT, ET AL.,   )
                                 )
        Defendants.              )
_____)


TRANSCRIPT OF STATUS CONFERENCE HEARING
BEFORE THE HONORABLE RICHARD J. LEON
UNITED STATES SENIOR DISTRICT JUDGE

APPEARANCES:

For the Plaintiffs:         Kannon K. Shanmugam
                            Adam J. Podoll
                            William Marks
                            WILLIAMS & CONNOLLY LLP
                            725 12th St., NW
                            Washington, D.C. 20005
                            (202) 434-5050
                            kshanmugam@wc.com
                            apodoll@wc.com
                            wmarks@wc.com

APPEARANCES CONTINUED

For the Defendants:        Emily S. Newton
                           Lesley Farby
                           Alex Haas
                           U.S. DEPARTMENT OF JUSTICE
                           Federal Programs Branch,
                           Civil Division
                           20 Massachusetts Avenue, NW
                           Washington, D.C. 20530
                           (202) 305-8356
                           emily.s.newton@usdoj.gov

Court Reporter:            William P. Zaremba
                           Registered Merit Reporter
                           Certified Realtime Reporter
                           Official Court Reporter
                           U.S. Courthouse
                           333 Constitution Avenue, NW
                           Room 6511
                           Washington, D.C. 20001
                           (202) 354-3249

Proceedings recorded by mechanical stenography; transcript produced by computer-aided transcription

```
 1                    P R O C E E D I N G S
 2             DEPUTY CLERK:  All rise.  The United States
 3   District Court for the District of Columbia is now in
 4   session, the Honorable Richard J. Leon presiding.  God save
 5   the United States and this Honorable Court.  Please be
 6   seated and come to order.
 7             Your Honor, this afternoon we have Civil Action
 8   No. 13-966, American Insurance Association, et al., versus
 9   the United States Department of Housing and Urban
10   Development, et al.
11             Will counsel for the parties please approach the
12   lectern and identify yourself for the record and name the
13   party or parties that you represent, please.
14             MR. SHANMUGAM:  Good afternoon, Your Honor.
15   Kannon Shanmugam of Williams & Connolly for the plaintiffs,
16   the American Insurance Association and the National
17   Association of Mutual Insurance Companies.
18             And with me at counsel table are Joshua Podoll and
19   William Marks.
20             THE COURT:  Welcome back, Counsel.
21             MS. NEWTON:  Good afternoon, Your Honor.
22   Emily Newton for the United States Department of Housing and
23   Urban Development.
24             And with me are Lesley Farby, an Assistant
25   Director in the Federal Programs Branch; and Alex Haas, the
```

1  Chief of Staff of the Civil Division at the United States
2  Department of Justice.
3           THE COURT:  Welcome.
4           Well, Mr. Shanmugam.
5           MR. SHANMUGAM:  I think it may actually makes
6  sense --
7           THE COURT:  Where are we at this tortured path?
8           MR. SHANMUGAM:  I think it actually make sense --
9  not to pass the buck, but I think it may actually make sense
10 for Ms. Newton to provide on update on where things stand
11 with HUD and where we stand in terms of our discussions with
12 regard to the litigation.
13          THE COURT:  All right.
14          MS. NEWTON:  Thank you, Your Honor.
15          As defendants indicated in a notice that we filed
16 this afternoon with the Court, HUD issued a press release
17 this afternoon announcing that it intends to solicit public
18 comment on whether the Disparate-Impact Rule is consistent
19 with the Supreme Court's decision in inclusive communities.
20          We do regret the late notice --
21          THE COURT:  They're not looking for a legal
22 opinion, I assume?
23          MS. NEWTON:  We are looking for public comments on
24 whether the public views various aspects of the rule as
25 consistent with the Supreme Court's opinion.

1       HUD would ultimately make a decision in light of
2  its own legal determinations.
3            THE COURT:  So they want to know if the public
4  views it consistent with the Supreme Court's opinion?
5  Is that what you're saying?
6            MS. NEWTON:  The Department would solicit comments
7  on that issue.
8            The exact parameters and scope of any notice for
9  public comment hasn't been decided at this point, but the
10 extent to which various entities affected within the public
11 by the rule, HUD would take their comments into
12 consideration in light of inclusive communities, yes.
13           THE COURT:  So they want to get the public's input
14 as to how they think this rule will impact them?
15           MS. NEWTON:  Certainly, I imagine, yes.
16           I think --
17           THE COURT:  Don't imagine.  What did they say?
18           MS. NEWTON:  At this point, HUD has said, in the
19 press release, that it intends to solicit public comments on
20 whether the rule is consistent with the Supreme Court's
21 opinion in inclusive communities.
22           The public, including --
23           THE COURT:  What does that mean, "is it consistent
24 with the" -- that sounds like you're asking for a legal
25 opinion.

1  Who's the public to give a legal opinion on an
2  issue of that kind?
3  MS. NEWTON:  I think the industry, including the
4  plaintiffs in this case, would submit comments to HUD as to
5  whether they view the rule's application to them, for
6  instance, as consistent with the Supreme Court's opinion.
7  They would speak to issues of burden under the
8  rule.
9  Just kind of the normal comments that one would
10 expect in response to a notice to that effect.
11 THE COURT:  Where does that lead to --
12 MS. NEWTON:  Well --
13 THE COURT:  -- from HUD's perspective, at least?
14 Where does that take you?
15 MS. NEWTON:  At this point, the parties did have
16 an opportunity to discuss this case in light of HUD's press
17 release, and I believe we are in agreement, based on the
18 understanding that HUD plans to solicit public comment
19 within the next 30 days, that the litigation should not
20 proceed at this time, and we would propose that the parties
21 submit a Joint Status Report within 14 days after HUD's
22 issuance of a notice in the Federal Register.  And at that
23 point, we would expect to have more information for the
24 Court on exactly where HUD is in its consideration.
25 THE COURT:  So do I understand you correctly to

1  say that the agency -- the Cabinet department itself hasn't
2  made a decision?
3           MS. NEWTON:  Yes, Your Honor.  It's soliciting
4  public comment on the issue.
5           THE COURT:  Does the agency have political
6  appointees who've been confirmed by the Senate yet in the
7  General Counsel's Office?
8           MS. NEWTON:  The General Counsel was appointed and
9  has been in place at HUD since the beginning of January.
10          THE COURT:  Does he have -- he or she.  Who is it?
11          MS. NEWTON:  He.  Paul Compton.
12          THE COURT:  Does he have an opinion on this issue?
13          MS. NEWTON:  He has been considering this issue.
14          As we indicated to the Court, the parties did have
15 an in-person meeting in March.  Mr. Compton was present at
16 that meeting and has been discussing the issue with his
17 staff.
18          I think at this point, HUD has indicated that it's
19 seeking public comment, so it does not have a definitive
20 position on the issues.
21          THE COURT:  Mr. Shanmugam, what do you think about
22 all this?
23          MR. SHANMUGAM:  Well, again, good afternoon,
24 Your Honor.
25          We, likewise, are in receipt of the press release,

1  which was issued at 2:00 this afternoon.
2           THE COURT:  It was a bit of a surprise.
3           MR. SHANMUGAM:  As you pointed out, the press
4  release says very little about the contents of any presumed
5  notice, and I think that at this point that's really what
6  we're talking about here.
7           Of course, it's now been 18 months since the reply
8  brief was filed on the motion for summary judgment.
9  Understandably, the litigation has been delayed while
10 political appointees have taken their place.
11          As you pointed out, there are now political
12 appointees in place at the Department.  And as Ms. Newton
13 said in March, we had a meeting with those appointees.
14          It will come as no surprise to you, that we think
15 that the most expeditious way in which these issues can be
16 resolved is if HUD modifies the existing disparate impact
17 rule to exclude or to effectively exclude the members of my
18 client organizations from the scope of the rule.
19          As Your Honor is aware, we have a four-count
20 complaint, and the legal argument as to each count is that
21 there are various respects in which the existing rule is, as
22 a matter of law, inconsistent with inclusive communities.
23          And I agree with you that one oddity about this
24 press release is that it suggested HUD is soliciting
25 comments on that legal question as opposed to on the sorts

1   of policy considerations that inform --
2           THE COURT: We kind of zealously protect the
3   prerogative to be the ones making those decisions.
4           MR. SHANMUGAM: Well, that is correct, though HUD
5   could certainly cite inconsistency with inclusive
6   communities as a basis for modifying the existing rule.
7           But the reality remains that at this point, all
8   that we have is this press release.
9           It was our hope that some form of rule-making
10  proceeding would be initiated by this point, or that, at a
11  minimum, HUD would have submitted something to OIRA at this
12  point, but that has not occurred.
13          Now, based on Ms. Newton's representation that HUD
14  is going to take some action along those lines, whether it
15  is to submit a notice of proposed rule-making or an ANPR, we
16  are willing to agree to a short delay until we actually see
17  that document, which, I presume, will provide a little more
18  guidance as to exactly what it is that HUD is considering.
19  I suspect they will say more than simply a single sentence
20  that they are considering.
21          THE COURT: What do you think this would take,
22  Mr. Shanmugam, 60 days to do the whole thing?
23          MR. SHANMUGAM: Well, my recollection is that OIRA
24  would be able to pass on any proposed notes within 90 days.
25  And so at the end of that time, we should have that notice

1  from HUD.  Ms. Newton can correct me if I'm incorrect about
2  that.
3           I will say that on behalf of my clients, we do
4  have some concerns that we're being slow-walked here, to use
5  a legal term, because assuming that when we get to the end
6  of this potentially 120-day period as an ANPR, we could be
7  looking at two periods of solicitation of comments, there
8  could be the solicitation of comments and then a notice of
9  proposed rule-making with a proposed rule and another round
10 of comments.
11          We're already almost 18 months into the
12 presidential term, and so we do have some concern that the
13 new political appointees do not appear to be in any rush to
14 address the very real issues that we are raising in this
15 case.
16          And, of course, from my client's perspective and
17 the perspective of the member companies, their concern is
18 about the continued use of disparate impact, the disparate
19 impact theory, while we continue to be in this state of
20 suspension.
21          As we pointed out in an earlier status report to
22 this Court, there had been at least two cases filed,
23 including at least one in this Court, where private
24 plaintiffs rely on the disparate impact theory.  And to
25 date, HUD has not been willing to provide us with any

1  assurance that it will forbear any administrative action
2  while these discussions are ongoing.
3       And so we are certainly eager to move forward,
4  but, at the same time, we recognize that it would be the
5  easiest solution if it is, in fact, the will of the
6  Department of Housing and Urban Development, to resolve this
7  through a modification of the rule, rather than require you
8  to adjudicate the motion for summary judgment.
9       So we're obviously balancing those imperatives and
10 being willing to agree to an additional stay.  But we do so,
11 I think, with some degree of concern about the slow-walking
12 that we seem to be observing.
13      THE COURT:  What's your proposal as to how long a
14 stay we need here?
15      MR. SHANMUGAM:  Well, I think that we agree with
16 the government that, in light of the government's
17 representation that HUD is going to submit something, I
18 suspect it's an ANPR, but we don't know that based on the
19 press release.
20      Based on the representation that they're going to
21 do that within 30 days, I think we're willing to wait until
22 that issues, and to come back to the Court, say, within 14
23 days, I think that's what Ms. Newton and I had discussed
24 earlier this afternoon, with a status report at that point.
25      I don't know that that addresses the broader

1  dynamic here, which is that there is a very real concern
2  that, at the end of the day, we could end up going through a
3  comment period, getting a proposed rule, going through
4  another comment period, and still being at a point where we
5  do not have -- an outcome that is satisfactory that resolves
6  the underlying claims in our case.  But at the same time,
7  again, we want to try to be accommodating of the
8  government's interests here.  But we have limited ability to
9  move the process along.
10           THE COURT:  All right.
11           Well, I'll abide by your proposal that I'll be
12  hearing from you within 14 days after the 30-day period
13  expires with a Status Report, a Joint Status Report, and,
14  hopefully, a joint proposal as to how much longer of a stay
15  would be necessary to accommodate the receipt and analysis
16  and, hopefully, decision-making process as to how to best
17  proceed with regard to any modifications to the existing
18  rule.
19           But I can't help but have an uneasy feeling here
20  that there is a sort of -- slow-walking is one way to look
21  at it, hand-wringing is another way to look at it, and just
22  an unwillingness or inability to face up to the issue that
23  is squarely before them and make a decision.
24           And this has been hanging out there a long time,
25  in my judgment, and I'm very sensitive, of course, based on

1  my opinion, which, obviously, is well-known to the parties,
2  on this whole issue, on the uncertainties that this creates
3  in a rather significant market in this nation, significant.
4          And it's just being put in a state of suspension
5  because of what I perceive to be either a lack of
6  decision-making ability, or a willingness to, so to speak,
7  bite the bullet one way or the other.
8          So I'm in no hurry to have to issue another
9  ruling; I got plenty to do, I can assure you of that.
10         MR. SHANMUGAM:  So we understand.
11         THE COURT:  I have plenty to do.
12         But on the other hand, this is a case that, in my
13 judgment, calls out for action; in the first instance, by
14 the agency; in the second instance, by the Court, if only
15 necessary.
16         So I'm just -- I will wait patiently for 14 days
17 after the 30 days expires.  I'll expect to get a report from
18 you all, a joint report, and hopefully, a joint proposal as
19 to how to best proceed thereafter to some form of resolution
20 of this matter.
21         MR. SHANMUGAM:  And, Judge, if I can just say one
22 more thing.
23         I mean, we obviously share your concern, and my
24 members feel it very strongly, and I can assure you that in
25 my conversations with the members, they have conveyed a

1  desire to move forward.
2          At the same time, we recognize that you have
3  expressed the desire that this be addressed in the first
4  instance in the administrative process so as to obviate the
5  need for the Court to issue a ruling.
6          I will express just one other concern about the
7  road that we are traveling down, and I don't have a great
8  solution at this point but I do think that it is an
9  important concern.
10         Let's assume that at the end of 30 days, there is,
11 say, an ANPR that has issued or that is about to issue that
12 is in the OIRA process that provides for a comment period.
13         Of course, at the end of the comment period, the
14 agency has the opportunity to take as long as it wants to
15 issue a rule.
16         And we obviously had very limited leverage.  And
17 so I don't have a great idea about how to address that if we
18 get three or four months down the road.
19         And if we're even at the end of a comment
20 period -- and there's no guarantee that we will be, because,
21 again, you know, OIRA is going to take time to review
22 whatever gets submitted by HUD; and then once it issues,
23 there will, of course, be the additional comment period.
24         But I think that when we get to the end of the
25 comment period, my concern is that we're going to have a

Case 1:13-cv-00966-RJL   Document 93   Filed 05/16/18   Page 15 of 18

15

1  lengthy period of time while HUD is deciding what a proposed
2  rule looks like, and then we have to go through the entire
3  process again until we actually get a final rule.
4          And, again, I think that the Court may have some
5  power in that regard to try to move things along and to
6  effectively create incentives for HUD to move more quickly.
7  But we obviously don't have a lot of ability to do that, and
8  so I think it's one thing for the Court to think about,
9  whether it might make sense to try to set an argument date,
10 in the hopes that that will precipitate HUD action.
11         I would respectfully submit that the very fact
12 that this hearing was scheduled today at 4:00 p.m. might
13 have had something to do with the fact that HUD issued a
14 press release at 2:00.
15         THE COURT:  Well, at the risk of being blunt, if
16 I'm not satisfied with what I get in 14 days after the
17 30-day period, I'll set a hearing, I'll tell you that right
18 now, because this is too big a matter, too significant a
19 matter that has too big a potential impact on too large of
20 an industry in this country to just sort of stand by and
21 allow bureaucratic indecision to have a really negative
22 effect on this industry.  I don't think it's fair, I really
23 don't think it's fair.  And I, frankly, expected more
24 decisiveness and more -- attentiveness, decisiveness, and
25 speed to this process.

1     So I'm willing to give you -- 30 days is June
2  11th, 14 days from that is June 25th.  I'll expect to
3  receive a joint report on the 25th of June.  I'll review it.
4  If it's satisfactory, I'll probably agree to whatever
5  proposal you're making.  If it's not, I'll probably set an
6  argument date and just move forward from there.
7     MR. SHANMUGAM:  Yeah.
8     But for your felt desire to accommodate the
9  administrative process, we would have obviously been the
10 ones here asking you to set an argument date.
11    And, of course, it bears remembering that when we
12 started down the road of these status conferences, it was to
13 get the political people in place, not to provide an
14 extended period of time for them to make a decision.
15    THE COURT:  No.
16    This is frustrating for, I think, all parties.
17    MR. SHANMUGAM:  Great.
18    Well, as always, we thank the Court for its
19 consideration.
20    THE COURT:  All right.
21    Please let the General Counsel know that the Court
22 views this as a matter of great concern and urgency, and
23 I am not going to allow some extended period of time to just
24 go on and on and on indefinitely.  I'm just not going to
25 allow it.  So you best take that into consideration in how

```
 1   you decide how you want to proceed here.
 2             We'll stand in recess.
 3             DEPUTY CLERK:  All rise.
 4             This Honorable Court will stand in recess until
 5   the return of court.
 6             (Proceedings concluded at 4:22 p.m.)
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

C E R T I F I C A T E

      I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date: May 14, 2018_____    /S/__William P. Zaremba_____

                                  William P. Zaremba, RMR, CRR

WilliamPZaremba@gmail.com