**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN INSURANCE ASSOCIATION and NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT and JULIAN CASTRO, in his official capacity as Secretary of Housing and Urban Development,<br><br>    Defendants. | Civil Action No. 13-cv-966 (RJL) |

**[PROPOSED] ORDER**

Upon review of the parties' Joint Status Report, it is hereby ORDERED that oral argument on the parties' cross-motions for Summary Judgment, Dkt. Nos. 60, 64, shall take place on _____, 2018.

**SO ORDERED.**

_____

RICHARD J. LEON
United States District Judge