UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN INSURANCE ASSOCIATION, *et al.*,<br>   Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>   Defendants. | No. 1:13-cv-00966 (RJL) |

Upon review of Defendants' motion to continue the stay this case, ECF No. __, it is hereby

ORDERED that the stay in this case is continued until October 19, 2018 to allow the U.S. Department of Housing and Urban Development ("HUD") to consider public comment in response to the Advance Notice of Proposed Rulemaking issued June 20, 2018. The parties shall file a joint status report on October 19, 2018, updating the Court on the status of HUD's consideration and proposing any next steps in this litigation.

  **SO ORDERED.**

                          _____
                          RICHARD J. LEON
                          United States District Judge