## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN INSURANCE ASSOCIATION, *et al.*,<br>        Plaintiffs,<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br>        Defendants. | No. 1:13-cv-00966 (RJL) |

Upon review of Defendants' motion to continue the stay this case, ECF No. __, it is hereby

ORDERED that the stay in this case is continued until December 18, 2018 to allow the U.S. Department of Housing and Urban Development ("HUD") to consider public comment in response to the Advance Notice of Proposed Rulemaking issued June 20, 2018 and take appropriate next steps. The parties shall file a joint status report on December 18, 2018, updating the Court on the status of HUD's efforts and proposing any next steps in this litigation.

    **SO ORDERED.**

 

                                                          RICHARD J. LEON<br>
                                                          United States District Judge