UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN INSURANCE ASSOCIATION, *et al.*,<br><br>   *Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>   Defendants. | Civ. Action No. 1:13-cv-00966 (RJL) |

## NOTICE OF APPEARANCE OF THOMAS SILVERSTEIN

PLEASE TAKE NOTICE that attorney Thomas Silverstein hereby enters his appearance on behalf of Amicus Curiae the Lawyers' Committee for Civil Rights Under Law in this case.

Dated: October 24, 2018

                Respectfully submitted,

                /s/ Thomas Silverstein
                Thomas Silverstein (DC Bar No. 1552406)
                LAWYERS' COMMITTEE FOR CIVIL
                RIGHTS UNDER LAW
                1401 New York Ave., NW
                Washington, DC 20005
                (202) 662-8316
                tsilverstein@lawyerscommittee.org

                *Attorney for Plaintiffs*