UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN INSURANCE ASSOCIATION, *et al.*, </br>         *Plaintiffs*, </br></br> v. </br></br> UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*, </br></br>         *Defendants*. | No. 1:13-cv-00966 (RJL) |

## JOINT STATUS REPORT

Plaintiffs, American Insurance Association ("AIA") and National Association of Mutual Insurance Companies ("NAMIC"), and Defendants, Secretary Benjamin Carson and the United States Department of Housing and Urban Development ("HUD"), submit this joint status report, pursuant to the Court's October 29, 2018, Minute Order, staying this case until, and ordering the parties to submit a joint status report on, December 18, 2018. The parties have conferred regarding the appropriate next steps in this case and jointly propose to continue the stay in this case for 45 days, or until February 1, 2019.

Plaintiffs assert a challenge under the Administrative Procedure Act to the application of HUD's Final Rule, entitled *Implementation of the Fair Housing Act's Discriminatory Effects Standard*, 78 Fed. Reg. 11460 (Feb. 15, 2013) (A.R. 611) ("the Rule"), to risk-based pricing and underwriting of homeowners, property, and hazard insurance. On June 20, 2018, HUD published an Advance Notice of Proposed Rulemaking ("ANPRM"), inviting public comment on possible amendments to the Rule, as well as on the 2016 supplement to HUD's responses to certain insurance

1

industry comments made during the initial rulemaking. *See Reconsideration of HUD's Implementation of the Fair Housing Act's Disparate Impact Standard*, 83 Fed. Reg. 28560 (June 20, 2018). The public comment period closed on August 20, 2018. *See id.*

In response to the ANRPM, HUD received approximately 1,900 comments. Based on its consideration of those comments, HUD plans to issue a Notice of Proposed Rulemaking ("NPRM") that could affect the pending case. HUD intends to send a draft NPRM to the Office of Management and Budget and begin the inter-agency review process within the next 30 days.

In light of HUD's plans to issue an NPRM and its need to consider and address the public comments received in response to the ANPRM, Defendants believe that this case should continue to be stayed for 45 days, or until February 1, 2019. Given HUD's intention to act within the next 30 days, Plaintiffs reluctantly agree to a further stay. Plaintiffs note, however, that summary judgment in this case has been fully briefed for over two years, and HUD still has not agreed to refrain from pursuing actions against Plaintiffs' members during the rulemaking process.

The parties propose to file a joint status report on February 1, 2018, updating the Court on the expected timing of any further action by HUD and proposing any next steps in this case. The parties would plan to apprise the Court of any substantive updates in the meantime as appropriate.

A proposed order consistent with this motion is attached.

Date:   December 18, 2018                    Respectfully submitted,


Kannon K. Shanmugam (#474304)             JOSEPH H. HUNT
Allison Jones Rushing (#991503)           Assistant Attorney General
Joshua Podoll (#1011743)                  Civil Division
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.                  LESLEY FARBY
Washington, DC 20005                      Assistant Brach Director
Telephone:  (202) 434-5000                Federal Programs Branch

Facsimile:  (202) 434-5029

*Counsel for Plaintiffs*

*/s/ Emily Newton*
EMILY SUE NEWTON
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Room 12104
Washington, D.C. 20005
Tel: (202) 305-8356 / Fax: (202) 616-8460
emily.s.newton@usdoj.gov

*Counsel for Defendants*