# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN INSURANCE ASSOCIATION, *et al.*,<br>　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>　　　　Defendants. | No. 1:13-cv-00966 (RJL) |

Upon review of the parties' joint status report and the parties' agreement to continue the stay this case, ECF No. __, it is hereby

ORDERED that the stay in this case is continued until February 1, 2019, on which date the parties shall file a joint status report updating the Court on the status of the U.S. Department of Housing and Urban Development's consideration of the rule at issue in this case and proposing any next steps in this litigation.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　RICHARD J. LEON
　　　　　　　　　　　　　　　　　　　United States District Judge

1