UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN INSURANCE ASSOCIATION, *et al.*,<br>   *Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br>   *Defendants*. | No. 1:13-cv-00966 (RJL) |

**MOTION FOR A STAY OF PROCEEDINGS**
**IN LIGHT OF LAPSE OF APPROPRIATIONS**

Defendants, Secretary Benjamin Carson and the United States Department of Housing and Urban Development ("HUD"), hereby move for a stay of proceedings in the above-captioned case.

1. At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for several other Executive agencies, including defendant, HUD. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees of HUD are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of proceedings in this case, including the joint status report currently due on February 1, 2019, until Congress has restored appropriations to the Department.

1

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

5. Counsel for Defendants conferred with counsel for Plaintiffs, who indicated that Plaintiffs take no position on this motion.

Although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of proceedings in this case, including the parties' joint status report currently due on February 1, 2019, until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

A proposed order consistent with this motion is attached.

Date:   January 23, 2018            Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

LESLEY FARBY
Assistant Brach Director
Federal Programs Branch

*/s/ Emily Newton*
EMILY SUE NEWTON
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Room 12104
Washington, D.C. 20005
Tel: (202) 305-8356 / Fax: (202) 616-8460
emily.s.newton@usdoj.gov

*Counsel for Defendants*

3