# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN INSURANCE ASSOCIATION, *et al.*,<br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br>　　　　Defendants. | No. 1:13-cv-00966 (RJL) |

Upon review of Defendants' motion to stay proceedings in this case, ECF No. \_\_, it is hereby

ORDERED that all proceedings in this case are stayed until Congress has restored appropriations to the Department of Justice. The Government shall notify the Court when Congress has appropriated funds for the Department. At that point, all current deadlines for the parties shall be extended commensurate with the duration of the lapse in appropriations.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　RICHARD J. LEON
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge