# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN INSURANCE ASSOCIATION, *et al.*, | ) ) ) |
|     *Plaintiffs*, | ) ) |
| v. | )   No. 1:13-cv-00966 (RJL) ) |
| UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*, | ) ) ) ) |
|     *Defendants*. | ) ) ) |

## NOTICE TO THE COURT OF RESTORATION OF APPROPRIATIONS

On January 24, 2019, the Government moved for a stay of all proceedings in this case in light of the lapse in appropriations for the Department of Justice and the U.S. Department of Housing and Urban Development ("HUD"). As of January 25, 2019, after a 35-day lapse, funding was restored for the Department of Justice and HUD through February 15, 2019, and the Department has now resumed its usual civil litigation functions. Accordingly, Defendants withdraw their motion for a stay and plan to meet and confer with Plaintiffs' counsel for the purpose of submitting to the Court a joint status report on Friday, February 1, 2019, as currently scheduled, *see* Dkt. Entry (Dec. 21, 2018).

DATED: January 28, 2019                      Respectfully submitted,

                                                               JOSEPH H. HUNT

                                                               Assistant Attorney General
                                                               Civil Division

                                                               LESLEY FARBY
                                                               Assistant Brach Director
                                                               Federal Programs Branch

                                                               */s/ Emily Newton*
                                                               EMILY SUE NEWTON

-2-
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Room 12104
Washington, D.C. 20005
Tel: (202) 305-8356 / Fax: (202) 616-8460
emily.s.newton@usdoj.gov

*Counsel for Defendants*