# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN INSURANCE ASSOCIATION, *et al.*, | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:13-cv-00966 (RJL) |
| UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

## JOINT STATUS REPORT

Plaintiffs, American Insurance Association ("AIA") and National Association of Mutual Insurance Companies ("NAMIC"), and Defendants, Secretary Benjamin Carson and the United States Department of Housing and Urban Development ("HUD"), submit this joint status report, pursuant to the Court's December 21, 2018, Minute Order, staying this case until, and ordering the parties to submit a joint status report on, February 1, 2019.  The parties have conferred regarding the appropriate next steps in this case and jointly propose to continue the stay in this case for six weeks, or until March 15, 2019.

Plaintiffs assert a challenge under the Administrative Procedure Act to the application of HUD's Final Rule, entitled *Implementation of the Fair Housing Act's Discriminatory Effects Standard*, 78 Fed. Reg. 11460 (Feb. 15, 2013) (A.R. 611) ("the Rule"), to risk-based pricing and underwriting of homeowners, property, and hazard insurance.  On June 20, 2018, HUD published an Advance Notice of Proposed Rulemaking ("ANPRM"), inviting public comment on possible amendments to the Rule, as well as on the 2016 supplement to HUD's responses to certain insurance

industry comments made during the initial rulemaking. *See Reconsideration of HUD's Implementation of the Fair Housing Act's Disparate Impact Standard*, 83 Fed. Reg. 28560 (June 20, 2018). Based on its consideration of comments on the ANPRM, HUD plans to issue a Notice of Proposed Rulemaking ("NPRM") that could affect the pending case. On February 1, 2019, HUD sent a copy of the NPRM to the Office of Management and Budget ("OMB") for review.

In light of HUD's plans to issue an NPRM and its need to continue to engage in the rulemaking process, including OMB's inter-agency review process, the parties believe that this case should continue to be stayed for six weeks, or until March 15, 2019, on which date the parties propose to file a joint status report, updating the Court on the expected timing of any further action by HUD and proposing any next steps in this case. The parties would plan to apprise the Court of any substantive updates in the meantime as appropriate.

A proposed order consistent with this motion is attached.

Date: February 1, 2019                    Respectfully submitted,

Kannon K. Shanmugam (#474304)            JOSEPH H. HUNT
PAUL, WEISS, RIFKIND, WHARTON            Assistant Attorney General
& GARRISON LLP                           Civil Division
2001 K Street, N.W.
Washington, DC 20006                      LESLEY FARBY
Telephone: (202) 223-7300                Assistant Brach Director
Facsimile: (202) 223-7420                Federal Programs Branch

*Counsel for Plaintiffs*                  */s/ Emily Newton*
                                          EMILY SUE NEWTON
                                          Trial Attorney
                                          U.S. Department of Justice
                                          Civil Division, Federal Programs Branch
                                          1100 L Street, NW, Room 12104
                                          Washington, D.C. 20005
                                          Tel: (202) 305-8356 / Fax: (202) 616-8460
                                          emily.s.newton@usdoj.gov

2

*Counsel for Defendants*