IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN INSURANCE ASSOCIATION and NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES,

        Plaintiffs,

  v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT and BENJAMIN CARSON, in his official capacity as Secretary of Housing and Urban Development,

        Defendants.

Civil Action No. 13-cv-966

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Civil Rule 83.6(b), please withdraw the appearance of the undersigned, Allison J. Rushing, as counsel for Plaintiffs American Insurance Association and National Association of Mutual Insurance Companies in the above-captioned matter. Ms. Rushing is departing Williams & Connolly LLP.

Plaintiffs will continue to be represented by Kannon K. Shanmugam and William T. Marks of Paul, Weiss, Rifkind, Wharton & Garrison LLP, and A. Joshua Podoll of Williams & Connolly LLP, who have already entered appearances as counsel for Plaintiffs.

        Respectfully submitted,

Dated: March 11, 2019

/s/ Allison J. Rushing
Allison J. Rushing (#991503)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
Email: arushing@wc.com