UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

AMERICAN INSURANCE ASSOCIATION, *et al.*,

*Plaintiffs*,

v.

UNITED STATES DEPARTMENT OF HOUSING
AND URBAN DEVELOPMENT, *et al.*,

Defendants.

No. 1:13-cv-00966 (RJL)

---

**MOTION FOR ADMISSION *PRO HAC VICE* OF AMANDA WEINGARTEN**

Pursuant to Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, Plaintiffs American Insurance Association and National Association of Mutual Insurance Companies, by and through their undersigned counsel, Kannon K. Shanmugam, a member of the Bar of this Court, respectfully move that Amanda Weingarten be admitted *pro hac vice* in the above-captioned matter.

In support of this motion, the undersigned represents:

1. Amanda Weingarten is an associate at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019-6064; Telephone (212) 373-3276.

2. As set forth in the Declaration of Amanda Weingarten accompanying this motion, Ms. Weingarten is a member in good standing of the New York State Bar and the following courts: United States Court of Appeals for the Second Circuit, United States District Court for the Eastern District of New York, and United States District Court for the

Southern District of New York.  She has not been disciplined by any bar.

WHEREFORE, Plaintiffs, by and through their undersigned counsel, move that this Court enter an Order permitting Amanda Weingarten to appear *pro hac vice* in the above-captioned action.

Dated: March 13, 2019
　　　　Washington, DC

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Kannon K. Shanmugam
　　　　　　　　　　　　　　　　　　　　　Kannon K. Shanmugam
　　　　　　　　　　　　　　　　　　　　　DC Bar No. 474304
　　　　　　　　　　　　　　　　　　　　　PAUL, WEISS, RIFKIND,
　　　　　　　　　　　　　　　　　　　　　WHARTON & GARRISON LLP
　　　　　　　　　　　　　　　　　　　　　2001 K Street, N.W.
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　　　　Telephone:  (202) 223-7300
　　　　　　　　　　　　　　　　　　　　　Facsimile:  (202) 223-7420

　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs American Insurance Association and National Association of Mutual Insurance Companies*

**CERTIFICATE OF SERVICE**

      Pursuant to LCvR 5.3, I hereby certify that, on March 13, 2019, I caused to be electronically filed a copy of the foregoing Motion for Admission *Pro Hac Vice* using the Court's CM/ECF system, and service was effected electronically pursuant to LCvR 5.4(d) to all counsel of record.

      /s/ Kannon K. Shanmugam  
      Kannon K. Shanmugam  
      DC Bar No. 474304