UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN INSURANCE ASSOCIATION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>Defendants. | No. 1:13-cv-00966 (RJL) |

### DECLARATION OF AMANDA WEINGARTEN

I, Amanda Weingarten, pursuant to 28 U.S.C. § 1746, declare as follows:

Pursuant to Local Rule 83.2, I certify that I am eligible for admission to this Court.

1. My name, office address, email, and telephone number are as follows:

   Amanda Weingarten
   Paul, Weiss, Rifkind, Wharton & Garrison LLP
   1285 Avenue of the Americas
   New York, NY 10019-6064
   aweingarten@paulweiss.com
   Telephone:  (212) 373-3276

2. I am admitted, practicing, and in good standing as a member of the Bar of the State of New York.  I was admitted to the New York Bar on January 23, 2017 and have been a member in good standing since my admission.

3. I am also admitted to practice before the following courts:

- United States Court of Appeals for the Second Circuit (admitted March 5, 2019)

- United States District Court for the Eastern District of New York (admitted September 5, 2018)

- United States District Court for the Southern District of New York (admitted March 2, 2018)

4. I am currently in good standing with all bars in which I am admitted. I have not been denied admission to, nor have I been disciplined by, any Court.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not have an office located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 13, 2019
New York, NY

*Amanda Weingarten*
Amanda Weingarten