UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN INSURANCE ASSOCIATION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>Defendants. | No. 1:13-cv-00966 (RJL) |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION <u>*PRO HAC VICE* OF AMANDA WEINGARTEN</u>**

Upon consideration of Plaintiffs' Motion for Admission *Pro Hac Vice* for Amanda Weingarten and the accompanying Declaration of Amanda Weingarten, it is hereby

**ORDERED**, that Plaintiffs' Motion for Admission *Pro Hac Vice* is hereby, **GRANTED**.

**SO ORDERED** this _____ day of _____, 2019.

_____
Hon. Richard J. Leon
United States District Judge
United States District Court for the
District of Columbia