UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN INSURANCE ASSOCIATION, *et al.*,<br>      *Plaintiffs*,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>      *Defendants*. | No. 1:13-cv-00966 (RJL) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff American Insurance Association's Unopposed Motion to Dismiss Without Prejudice, it is:

ORDERED that Plaintiff American Insurance Association's Unopposed Motion to Dismiss Without Prejudice is **GRANTED**.

SO ORDERED.

_____
Richard J. Leon
United States District Judge

Dated: _____