# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN INSURANCE ASSOCIATION and NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT and JULIAN CASTRO, in his official capacity as Secretary of Housing and Urban Development,<br><br>    Defendants. | Civil Action No. 13-cv-966 (RJL) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Civil Rule 83.6(b), please withdraw the appearance of the undersigned, A. Joshua Podoll, as counsel for Plaintiffs American Insurance Association and National Association of Mutual Insurance Companies in the above-captioned matter.

Plaintiffs will continue to be represented by Kannon K. Shanmugam and William T. Marks of Paul, Weiss, Rifkind, Wharton & Garrison LLP, who have already entered appearances as counsel for Plaintiffs.

    Respectfully submitted,

Dated: March 15, 2019

/s/A. Joshua Podoll
A. Joshua Podoll (#1011743)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
Email: apodoll@wc.com