## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES, | ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | No. 1:13-cv-00966 (RJL) |
| UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*, | ) ) ) ) | |
| *Defendants*. | ) ) ) | |

## JOINT STATUS REPORT

Plaintiff, National Association of Mutual Insurance Companies ("NAMIC"), and Defendants, Secretary Benjamin Carson and the United States Department of Housing and Urban Development ("HUD"), submit this joint status report, pursuant to the Court's March 14, 2019, Minute Order, ordering the parties to submit a joint status report on May 13, 2019.   The parties have conferred regarding the appropriate next steps in this case and jointly propose to continue the stay in this case for 30 days, or until June 12, 2019.

Plaintiff asserts a challenge under the Administrative Procedure Act to the application of HUD's Final Rule, entitled *Implementation of the Fair Housing Act's Discriminatory Effects Standard*, 78 Fed. Reg. 11460 (Feb. 15, 2013) (A.R. 611) ("the Rule"), to risk-based pricing and underwriting of homeowners, property, and hazard insurance.   On June 20, 2018, HUD published an Advance Notice of Proposed Rulemaking ("ANPRM"), inviting public comment on possible amendments to the Rule, as well as on the 2016 supplement to HUD's responses to certain insurance industry comments made during the initial rulemaking.   *See Reconsideration of HUD's*

1

*Implementation of the Fair Housing Act's Disparate Impact Standard*, 83 Fed. Reg. 28560 (June 20, 2018).  Based on its consideration of comments on the ANPRM, HUD plans to issue a Notice of Proposed Rulemaking ("NPRM") that could affect the pending case.  On February 1, 2019, HUD sent a copy of the NPRM to the Office of Management and Budget ("OMB") where it remains under review.  *See* https://www.reginfo.gov/public/do/eoDetails?rrid=128817.

In light of HUD's plans to issue an NPRM and its need to continue to engage in the rulemaking process, including OMB's inter-agency review process, the parties believe that this case should continue to be stayed for 30 days, or until June 12, 2019, on which date the parties propose to file a joint status report, updating the Court on the expected timing of any further action by HUD and proposing any next steps in this case.  The parties would plan to apprise the Court of any substantive updates in the meantime as appropriate.

A proposed order consistent with this motion is attached.

Date:  May 13, 2019                              Respectfully submitted,


Kannon K. Shanmugam (#474304)          JOSEPH H. HUNT
PAUL, WEISS, RIFKIND, WHARTON          Assistant Attorney General
& GARRISON LLP                          Civil Division
2001 K Street, N.W.
Washington, DC 20006                     LESLEY FARBY
Telephone:  (202) 223-7300              Assistant Brach Director
Facsimile:  (202) 223-7420              Federal Programs Branch


*Counsel for Plaintiffs*                 */s/ Emily Newton*
                                         EMILY SUE NEWTON
                                         Trial Attorney
                                         U.S. Department of Justice
                                         Civil Division, Federal Programs Branch
                                         1100 L Street, NW, Room 12104
                                         Washington, D.C. 20005
                                         Tel: (202) 305-8356 / Fax: (202) 616-8460
                                         emily.s.newton@usdoj.gov

*Counsel for Defendants*