# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN INSURANCE ASSOCIATION, *et al.*,  )<br>   Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>UNITED STATES DEPARTMENT OF  )<br>HOUSING AND URBAN DEVELOPMENT,  )<br>*et al.*,  )<br>  )<br>   Defendants.  )<br>  ) | No. 1:13-cv-00966 (RJL) |

Upon review of the parties' joint status report, ECF No. __, and for good cause shown therein, it is hereby

ORDERED that the stay in this case is continued for 30 days, or until June 12, 2019, on which date the parties shall file a joint status report, updating the Court on the status of the U.S. Department of Housing and Urban Development's consideration of the rule at issue in this case and proposing any next steps in this litigation.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge

1