UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES, <br><br>　　　　*Plaintiff*, <br><br>　v. <br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*, <br><br>　　　　*Defendants*. | No. 1:13-cv-00966 (RJL) |

## JOINT STATUS REPORT

Plaintiff, National Association of Mutual Insurance Companies ("NAMIC"), and Defendants, Secretary Benjamin Carson and the United States Department of Housing and Urban Development ("HUD"), submit this joint status report as anticipated in the parties' joint status report filed on August 12, 2019. The parties have conferred regarding the appropriate next steps in this case and jointly propose to continue the stay in this case until November 18, 2019.

Plaintiff asserts a challenge under the Administrative Procedure Act to the application of HUD's Final Rule, entitled *Implementation of the Fair Housing Act's Discriminatory Effects Standard*, 78 Fed. Reg. 11460 (Feb. 15, 2013) (A.R. 611) ("the Rule"), to risk-based pricing and underwriting of homeowners, property, and hazard insurance. On June 20, 2018, HUD published an Advance Notice of Proposed Rulemaking ("ANPRM"), inviting public comment on possible amendments to the Rule, as well as on the 2016 supplement to HUD's responses to certain insurance industry comments made during the initial rulemaking. *See Reconsideration of HUD's Implementation of the Fair Housing Act's Disparate Impact Standard*, 83 Fed. Reg. 28560 (June

1

20, 2018). Based on its consideration of public comments, HUD published a Notice of Proposed Rulemaking ("NPRM") on August 19, 2019 that could affect the pending case. *See HUD's Implementation of the Fair Housing Act's Disparate Impact Standard*, 84 Fed. Reg. 42854 (Aug. 19, 2019). The NPRM provides for a public comment period of sixty days, or until October 18, 2019. *See id.*

In light of HUD's need to continue to engage in the rulemaking process, including consideration of the public comments it receives in response to the NPRM, the parties believe that this case should continue to be stayed until 30 days after the close of the comment period, or until November 18, 2019, on which date the parties propose to file a joint status report, updating the Court on the expected timing of any further action by HUD and proposing any next steps in this case. The parties would plan to apprise the Court of any substantive updates in the meantime as appropriate.

A proposed order consistent with this motion is attached.

Date:  September 11, 2019                                   Respectfully submitted,


Kannon K. Shanmugam (#474304)                JOSEPH H. HUNT
PAUL, WEISS, RIFKIND, WHARTON                Assistant Attorney General
& GARRISON LLP                               Civil Division
2001 K Street, N.W.
Washington, DC 20006                         LESLEY FARBY
Telephone:  (202) 223-7300                   Assistant Branch Director
Facsimile:  (202) 223-7420                   Federal Programs Branch

*Counsel for Plaintiff*                      */s/ Emily Newton*
                                             EMILY SUE NEWTON
                                             Trial Attorney
                                             U.S. Department of Justice
                                             Civil Division, Federal Programs Branch
                                             1100 L Street, NW, Room 12104
                                             Washington, D.C. 20005

2

Tel: (202) 305-8356 / Fax: (202) 616-8460
emily.s.newton@usdoj.gov

*Counsel for Defendants*