# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES,<br><br>      Plaintiff,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>      Defendants. | No. 1:13-cv-00966 (RJL) |

Upon review of the parties' joint status report, ECF No. __, and for good cause shown therein, it is hereby

ORDERED that the stay in this case is continued until March 17, 2020, on which date the parties shall file a joint status report, updating the Court on the expected timing of any further action by HUD and proposing any next steps in this case.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge

1