## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES,  )<br>)<br>*Plaintiff*,  )<br>)<br>v.  )<br>)<br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,  )<br>)<br>*Defendants*.  )<br>) | No. 1:13-cv-00966 (RJL) |

### JOINT STATUS REPORT

Plaintiff, National Association of Mutual Insurance Companies ("NAMIC"), and Defendants, Secretary Benjamin Carson and the United States Department of Housing and Urban Development ("HUD"), submit this joint status report as directed by the Court's March 18, 2020 Minute Order. The parties have conferred regarding the appropriate next steps in this case and jointly propose to continue the stay in this case for 60 days, or until July 17, 2020.

Plaintiff asserts a challenge under the Administrative Procedure Act to the application of HUD's Final Rule, entitled *Implementation of the Fair Housing Act's Discriminatory Effects Standard*, 78 Fed. Reg. 11460 (Feb. 15, 2013) (A.R. 611) ("the Rule"), to risk-based pricing and underwriting of homeowners, property, and hazard insurance. On June 20, 2018, HUD published an Advance Notice of Proposed Rulemaking ("ANPRM"), inviting public comment on possible amendments to the Rule, as well as on the 2016 supplement to HUD's responses to certain insurance industry comments made during the initial rulemaking. *See Reconsideration of HUD's Implementation of the Fair Housing Act's Disparate Impact Standard*, 83 Fed. Reg. 28560 (June

1

20, 2018).  Based on its consideration of public comments, HUD published a Notice of Proposed Rulemaking ("NPRM") on August 19, 2019 that could affect the pending case.  *See HUD's Implementation of the Fair Housing Act's Disparate Impact Standard*, 84 Fed. Reg. 42854 (Aug. 19, 2019).  The NPRM provided for a public comment period, which closed on October 18, 2019.  *See id.*

HUD received 45,757 public comments in response to the NPRM.  *See* https://www.regulations.gov/docket?D=HUD-2019-0067.  After carefully considering the numerous public comments it received in response to the NPRM, HUD submitted a draft rule to the Office of Information and Regulatory Affairs ("OIRA") on May 7, 2020, for inter-agency review and consultation.  *See* https://www.reginfo.gov/public/do/eoDetails?rrid=130337.  To allow for the continuation of the rulemaking process, including the inter-agency OIRA review process, the parties believe that this case should continue to be stayed for 60 days, or until July 17, 2020, on which date the parties propose to file a joint status report, updating the Court on the expected timing of any further government action and proposing any next steps in this case.   The parties would plan to apprise the Court of any substantive updates in the meantime as appropriate.

A proposed order consistent with this motion is attached.

Date:  May 18, 2020                              Respectfully submitted,

| | |
|---|---|
| Kannon K. Shanmugam (#474304)<br>PAUL, WEISS, RIFKIND, WHARTON<br>& GARRISON LLP<br>2001 K Street, N.W.<br>Washington, DC 20006<br>Telephone:  (202) 223-7300<br>Facsimile:  (202) 223-7420 | JOSEPH H. HUNT<br>Assistant Attorney General<br>Civil Division<br><br>LESLEY FARBY<br>Assistant Branch Director<br>Federal Programs Branch |
| *Counsel for Plaintiff* | */s/ Emily Newton* |

2

EMILY SUE NEWTON
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Room 12104
Washington, D.C. 20005
Tel: (202) 305-8356 / Fax: (202) 616-8460
emily.s.newton@usdoj.gov

*Counsel for Defendants*