**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES, )<br><br>Plaintiff, )<br><br>v. )<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*, )<br><br>Defendants. ) | No. 1:13-cv-00966 (RJL) |

Upon review of the parties' joint status report, ECF No. __, and for good cause shown therein, it is hereby

ORDERED that the stay in this case is continued until July 17, 2020, on which date the parties shall file a joint status report, updating the Court on the expected timing of any further government action and proposing any next steps in this case.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge

1