**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES,      )<br>)<br>)<br>Plaintiff,      )<br>)<br>v.      )<br>)<br>UNITED STATES DEPARTMENT OF )<br>HOUSING AND URBAN DEVELOPMENT, )<br>*et al.*,      )<br>)<br>Defendants.      )<br>) | No. 1:13-cv-00966 (RJL) |

Upon review of the parties' joint status report, ECF No. __, and for good cause shown therein, it is hereby

ORDERED that the stay in this case is continued until August 17, 2020, on which date the parties shall file a joint status report, updating the Court on the expected timing of any further government action and proposing any next steps in this case.

**SO ORDERED.**

 

 

RICHARD J. LEON
United States District Judge

1