**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)  No. 1:13-cv-00966 (RJL)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>ORDER</u>**

Upon review of the parties' joint status report, it is hereby ORDERED that oral argument on the parties' cross-motions for Summary Judgment, Dkt. Nos. 60 & 64, shall take place on _____, 2021.

**SO ORDERED.**

_____

RICHARD J. LEON
United States District Judge