# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES,　　　　　　　　)<br>)<br>*Plaintiff*,　　　　　　　　　　　　　　　　　　)<br>)<br>v.　　　　　　　　　　　　　　　　　　　　　　)<br>)<br>UNITED STATES DEPARTMENT OF<br>HOUSING AND URBAN DEVELOPMENT,<br>*et al.*,　　　　　　　　　　　　　　　　　　　　)<br>)<br>*Defendants*.　　　　　　　　　　　　　　　　) | No. 1:13-cv-00966 (RJL) |

## **ORDER**

Upon review of the parties' joint status report, ECF No. \_\_\_\_, and for good cause shown therein, it is hereby

ORDERED that the stay in this case is continued until April 13, 2021, on which date the parties shall file a joint status report, updating the Court and proposing any next steps in this case.

**SO ORDERED.**

_____

RICHARD J. LEON
United States District Judge