UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES, <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*, <br><br> *Defendants*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) No. 1:13-cv-00966 (RJL) |

## NOTICE OF STATUS UPDATE

Plaintiff National Association of Mutual Insurance Companies writes to notify the Court of a status update in the parallel litigation challenging the validity of the Department of Housing and Urban Development's 2013 Disparate-Impact Rule in the Northern District of Illinois. *See Property Casualty Insurers Association of America* v. *Donovan*, Civ. No. 13-8564 (N.D. Ill.). The district court in that case held a status conference yesterday to determine whether the parties should proceed to summary judgment on the validity of the 2013 Rule or whether the case should continue to be stayed in light of HUD's April 12 submission of a proposed rule entitled "Reinstatement of HUD's Discriminatory Effects Standard (FR-6251)" to the Office of Management and Budget for interagency review. *See* D. Ct. Dkt. 215; *see also* D. Ct. Dkt. 212 (joint status report). HUD, represented by the same counsel as in this case, expressed its view that the 2013 Rule is currently in effect and enforceable. The district court denied the government's request for a further stay and ordered the parties to move forward with briefing on their cross-motions for summary judgment. *See* D. Ct. Dkt. 216. For the reasons previously stated, plaintiff believes that it would be appropriate for this Court similarly to proceed to oral argument on the motions for summary judgment here.

Respectfully submitted,

/s/ Kannon K. Shanmugam
Kannon K. Shanmugam (#474304)
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
2001 K Street, N.W.
Washington, DC 20006
Telephone:  (202) 223-7300
Facsimile:  (202) 223-7420
kshanmugam@paulweiss.com

*Counsel for Plaintiff*
*National Association*
*of Mutual Insurance Companies*

April 29, 2021