UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES,<br><br>  Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>  Defendants. | No. 1:13-cv-00966 (RJL) |

### NOTICE OF APPEARANCE ON BEHALF OF ALL DEFENDANTS

Please take notice that James D. Todd, Jr., Senior Counsel, U.S. Department of Justice, Civil Division, Federal Programs Branch, is appearing on behalf of all Defendants in this action. Please direct all communications intended for Defendants to Mr. Todd via the contact information set out below.

Dated: July 12, 2021

        Respectfully submitted,

        s/ James D. Todd, Jr.
        JAMES D. TODD, JR.
        U.S. DEPARTMENT OF JUSTICE
        Civil Division, Federal Programs Branch
        Ben Franklin Station
        P.O. Box 883
        Washington, DC 20044
        (202) 514-3378
        james.todd@usdoj.gov

        Attorney for Defendants