UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>    Defendants. | No. 1:13-cv-00966 (RJL) |

**MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEF**

    For good cause shown herein, Defendants move for a 17-day extension of time to file their supplemental brief. Plaintiff takes no position on Defendants' extension motion, but requests that any extension granted to Defendants also be granted to Plaintiff. In support of this motion, Defendants state as follows:

    1.    On July 19, 2021, this Court held a hearing on the Parties' cross motions for summary judgment. *See* Minute Entry for Proceedings held before Judge Richard J. Leon (July 19, 2021). At that hearing, this Court indicated that it would allow each Party to file a supplemental brief of up to 20 pages in length, limited to points raised during argument, within two weeks of the Parties' receipt of the transcript. *See id*.

    2.    The transcript of the hearing on the parties' cross motions for summary judgment became available on August 2, 2021. *See* Tr. of Proceedings, ECF No. 126. This Court thus set August 16, 2021, as the deadline for each Party to file a supplemental brief. *See* Minute Entry (Aug. 2, 2021).

    3.    Since the hearing transcript became available, undersigned counsel for the Defendants has had a number of personal obligations and commitments that have prevented and

will prevent him from having sufficient time to adequately prepare Defendants' supplemental brief by August 16. This includes undergoing a minor medical procedural last week and taking a long-planned college touring trip with his child this week. Additionally, undersigned counsel's supervisor will be on a long-planned family vacation from August 16 through August 27.

4.  As a result, Defendants have determined that they will need an additional 17 days, or until September 1, 2021, to have sufficient time to adequately prepare and file a supplemental brief regarding the points raised during the July 19 oral argument.

## CERTIFICATE OF LCvR 7(m) CONFERENCE

Pursuant to LCvR 7(m), undersigned counsel for Defendants conferred with Plaintiff's counsel regarding this extension motion. Plaintiff indicated that it takes no position on Defendants' extension motion but requests that any extension of time granted to Defendants also be granted to Plaintiff.

## CONCLUSION

For good cause shown herein, this Court should grant Defendants' motion for an extension of time to file a supplemental brief. A proposed order is attached.

Dated: August 9, 2021

        Respectfully submitted,

        MICHAEL GRANSTON
        Deputy Assistant Attorney General

        LESLEY FARBY
        Assistant Branch Director

        <u>s/ James D. Todd, Jr.</u>
        EMILY SUE NEWTON
        JAMES D. TODD, JR.
        U.S. DEPARTMENT OF JUSTICE
        Civil Division, Federal Programs Branch
        Ben Franklin Station
        P.O. Box 883
        Washington, DC 20044
        (202) 305-8356
        (202) 514-3378
        emily.s.newton@usdoj.gov
        james.todd@usdoj.gov

        Attorneys for Defendants