UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES,<br><br>     Plaintiff,<br><br>          v.<br><br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>     Defendants. | No. 1:13-cv-00966 (RJL) |

**[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEF**

Before this Court is Defendants' motion for a 17-day extension of time for each Party to file a supplemental brief. For good cause shown therein, it is hereby ORDERED that:

1. Defendants' motion is GRANTED;

2. Each Party shall have until September 1, 2021, to file a supplemental brief limited to points raised during the July 19, 2021, argument.

So Ordered.

Dated: August __, 2021

_____
RICHARD J. LEON
Senior United States District Judge