UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>HOUSING AND URBAN DEVELOPMENT, )<br>*et al.*, )<br>)<br>*Defendants*. )<br>) | No. 1:13-cv-00966 (RJL) |

### **NOTICE OF WITHDRAWAL**

Pursuant to Local Rule 83.6, please take notice that Emily Sue Newton withdraws her appearance as counsel for Defendants. The remaining undersigned counsel will continue as counsel of record for Defendants in this matter.

Dated: January 3, 2022                          Respectfully submitted,

SARAH HARRINGTON
Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

 /s/ Emily Newton
EMILY SUE NEWTON
JAMES D. TODD, JR.
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, DC 20005
(202) 305-8356
(202) 514-3378
emily.s.newton@usdoj.gov
james.todd@usdoj.gov

*Counsel for Defendants*