## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES, | ) ) ) |
| *Plaintiff*, | ) ) ) |
| v. | ) ) No. 1:13-cv-00966 (RJL) |
| UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*, | ) ) ) ) ) |
| *Defendants*. | ) ) ) |

## NOTICE OF STATUS UPDATE

Plaintiff National Association of Mutual Insurance Companies writes to update the Court on the status of the parallel litigation challenging the validity of the Department of Housing and Urban Development's 2013 Disparate-Impact Rule in the Northern District of Illinois. *See Property Casualty Insurers Association of America* v. *Donovan*, Civ. No. 13-8564 (N.D. Ill.). On August 24, HUD requested that Judge Pallmeyer continue her stay of proceedings, stating (as it did here) that it "is still in the process of reviewing the more than 10,000 comments received" and "currently anticipates finalizing its review and response to comments received and publishing a final rule later this year." *See* Dkt. 249, at 4. In response, Judge Pallmeyer expressed the view that HUD's "stated plan to 'publish[] a final rule later this year' is frustratingly vague." While she agreed to continue the stay for the time being, she stated that, "[a]bsent promulgation of a new rule by November 28, 2022, the court will lift the stay and proceed with briefing concerning the 2013 rule." Minute Entry (Aug. 25, 2022). For the reasons previously stated, plaintiff believes that it would be appropriate for this Court to take a similar approach here and to set a date certain by which to continue proceedings.

Respectfully submitted,

/s/ *Kannon K. Shanmugam*
Kannon K. Shanmugam (#474304)
PAUL, WEISS, RIFKIND,
 WHARTON & GARRISON LLP
2001 K Street, N.W.
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
kshanmugam@paulweiss.com

*Counsel for Plaintiff*
*National Association*
*of Mutual Insurance Companies*

September 14, 2022