# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*, )<br>)<br>*Defendants*. ) | No. 1:13-cv-00966 (RJL) |

## CONSENT MOTION TO RESCHEDULE STATUS CONFERENCE

Plaintiff National Association of Mutual Insurance Companies respectfully requests that the Court reschedule the status conference in this matter currently scheduled for October 21, 2022. Lead counsel for plaintiff has a preexisting client commitment in California that day. Counsel for the government has informed counsel for plaintiff that the government consents to this motion. Counsel for both parties are available on Friday, October 28, and Friday, November 4. Plaintiff thus respectfully requests that the Court reschedule the status conference for one of those days or another day of the court's convenience.

          Respectfully submitted,

          /s/ Kannon K. Shanmugam
          Kannon K. Shanmugam (#474304)
          PAUL, WEISS, RIFKIND,
           WHARTON & GARRISON LLP
          2001 K Street, N.W.
          Washington, DC 20006
          (202) 223-7300
          kshanmugam@paulweiss.com

October 17, 2022