**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>*Defendants*. | No. 1:13-cv-00966 (RJL) |

## **ORDER**

Upon review of Plaintiff's Consent Motion to Reschedule Status Conference, ECF No. \_\_\_\_, and for good cause shown therein, it is hereby

ORDERED that the status conference currently scheduled for October 21, 2022, be postponed until _____, 2022.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge