UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES,<br><br>   Plaintiff,<br><br>   v.<br><br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>   Defendants. | No. 1:13-cv-00966 (RJL) |

**[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION TO CANCEL THE NOVEMBER 30, 2022, STATUS CONFERENCE**

Before this Court is Defendants' status report and motion to cancel the November 30, 2022, status conference. For good cause shown therein, it is hereby ORDERED that:

1. Defendants' motion is GRANTED;

2. The status conference set for November 30, 2022, is CANCELLED.

So Ordered.

Dated: November __, 2022

_____
RICHARD J. LEON
Senior United States District Judge