# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*, )<br>)<br>*Defendants*. )<br>) | No. 1:13-cv-00966 (RJL) |

## CONSENT MOTION TO RESCHEDULE STATUS CONFERENCE

Plaintiff National Association of Mutual Insurance Companies respectfully requests that the Court reschedule the status conference in this matter currently scheduled for December 13, 2022. Lead counsel for plaintiff has a preexisting commitment to present oral argument before the Eleventh Circuit in Atlanta that day. Counsel for the government has informed counsel for plaintiff that the government consents to this motion. Over the next two weeks, counsel for both parties are available on Thursday, December 15, and from Monday, December 19, through Wednesday, December 21. Plaintiff thus respectfully requests that the Court reschedule the status conference for one of those days or another day at the court's convenience.

    Respectfully submitted,

/s/ Kannon K. Shanmugam
Kannon K. Shanmugam (#474304)
PAUL, WEISS, RIFKIND,
 WHARTON & GARRISON LLP
2001 K Street, N.W.
Washington, DC 20006
(202) 223-7300
kshanmugam@paulweiss.com

December 6, 2022