## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NATIONAL ASSOCIATION OF MUTUAL   )
INSURANCE COMPANIES,   )
   )
     *Plaintiff*,   )
   )
    v.   )    No. 1:13-cv-00966 (RJL)
   )
UNITED STATES DEPARTMENT OF   )
HOUSING AND URBAN DEVELOPMENT,   )
*et al.*,   )
   )
     *Defendants*.   )
   )

## ORDER

Upon review of Plaintiff's Consent Motion to Reschedule Status Conference, ECF No. ____,

and for good cause shown therein, it is hereby

ORDERED that the status conference currently scheduled for December 13, 2022, be post-

poned until _____, 2022.

**SO ORDERED.**

_____

RICHARD J. LEON
United States District Judge