# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES,<br><br>      *Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>      *Defendants*. | No. 1:13-cv-00966 (RJL) |

## NOTICE OF STATUS UPDATE

Plaintiff National Association of Mutual Insurance Companies writes to update the Court on the status of the parallel litigation challenging the validity of the Department of Housing and Urban Development's 2013 Disparate-Impact Rule in the Northern District of Illinois. *See Property Casualty Insurers Association of America* v. *Donovan*, Civ. No. 13-8564 (N.D. Ill.). On January 3, 2023, Judge Pallmeyer issued an order noting that HUD did "not challenge the assertion that the likely result of further administrative process is reinstatement" of the challenged 2013 Rule, and ordering HUD's counsel to "advise the court whether they have a good-faith belief that the final rule will differ meaningfully from the 2013 Rule and, if so, the basis for that belief," within fourteen days. Minute Entry (Jan. 3, 2022). "Absent such a communication," Judge Pallmeyer continued, "the court will lift the stay, reinstate the parties' motions, and proceed to a hearing or ruling." *Ibid.*

This Court may wish to adopt a similar approach, directing HUD's counsel to make a similar representation, either in a written order or at the upcoming January 13 status conference.

Respectfully submitted,

/s/ Kannon K. Shanmugam
Kannon K. Shanmugam (#474304)
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
2001 K Street, N.W.
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
kshanmugam@paulweiss.com

*Counsel for Plaintiff*
*National Association*
*of Mutual Insurance Companies*

January 3, 2023