**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES,  )  )  ) | |
| *Plaintiff*,  ) | |
| )  | |
| v.  ) | No. 1:13-cv-00966 (RJL) |
| )  | |
| UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,  )  )  )  ) | |
| )  | |
| *Defendants*.  )  ) | |

## MOTION FOR A STATUS CONFERENCE

Plaintiff National Association of Mutual Insurance Companies requests that the Court schedule a status conference in the above-captioned case. On December 8, 2022, Defendants notified the Court that "HUD transmitted the final rule to the Office of Management and Budget ("OMB") on December 7, 2022." Dkt. 137 at 1. Defendants further represented that "HUD has asked OMB for expedited review of the rule." *Id.* at 3. Pursuant to Executive Order 12866, OIRA must generally complete its review "within 90 calendar days after the date of submission." 58 Fed. Reg. 51,735 (Sept. 30, 1993). Today is the 92nd day since HUD transmitted its final rule to OMB, and despite the purported "expedited review" and the near-identity of the final rule with the 2013 Rule, Defendants have provided no indication that OIRA is nearing completion of its review. Plaintiff therefore respectfully requests that the Court schedule a status conference to inquire into the progress of the review. If Defendants are unable to provide an adequate update, Plaintiff respectfully requests that the Court consider issuing a ruling on the parties' motions for summary judgment regarding the 2013 Rule (which is currently in effect).

Should the Court schedule a status conference, Plaintiff requests that the conference be scheduled at a time other than the afternoon of Friday, March 17, when Plaintiff's counsel is unavailable.  Defendants' counsel has indicated that they will be out of the country between March 20 and March 29.  Pursuant to Local Rule 7(m), undersigned counsel contacted counsel for Defendants, who represented that they oppose this motion.

Respectfully submitted,

/s/ Kannon K. Shanmugam
Kannon K. Shanmugam (#474304)
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
2001 K Street, N.W.
Washington, DC 20006
Telephone:  (202) 223-7300
Facsimile:  (202) 223-7420
kshanmugam@paulweiss.com

*Counsel for Plaintiff*
*National Association*
*of Mutual Insurance Companies*

March 9, 2023