### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>HOUSING AND URBAN DEVELOPMENT, )<br>*et al.*, )<br>)<br>*Defendants*. )<br>) | No. 1:13-cv-00966 (RJL) |

### PLAINTIFF'S REPLY REGARDING
### MOTION FOR A STATUS CONFERENCE

On March 9, 2023 Plaintiff National Association of Mutual Insurance Companies requested that the Court schedule a status conference in the above-captioned case. On March 17, 2023, Defendants published the Final Rule on its website and transmitted the Final Rule to the Federal Register for publication. That same day, Defendants contacted Plaintiff to propose meeting and conferring to develop a schedule for efficient resolution of this matter. Defendants also filed a response to Plaintiff's motion stating that "this Court should deny Plaintiff's motion for a status conference because the reasons for requesting the conference are moot."

Although Plaintiff continues to believe that the matter is ripe for judicial resolution, Plaintiff consents that its motion for a status conference briefly be held in abeyance while the parties meet and confer regarding next steps. Plaintiff therefore proposes that the parties continue to meet and confer and provide a status update to the Court by the end of the month.

Respectfully submitted,

/s/ Kannon K. Shanmugam
Kannon K. Shanmugam (#474304)
PAUL, WEISS, RIFKIND,
　WHARTON & GARRISON LLP
2001 K Street, N.W.
Washington, DC 20006
Telephone:  (202) 223-7300
Facsimile:  (202) 223-7420
kshanmugam@paulweiss.com

*Counsel for Plaintiff*
*National Association*
*of Mutual Insurance Companies*

March 22, 2023