UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)  No. 1:13-cv-00966 (RJL)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION TO FILE SECOND AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff National Association of Mutual Insurance Companies moves to file the attached second amended complaint in the above-captioned case. Defendants have provided written consent.

All amendments are technical or non-substantive. They are designed to make clear that this Action challenges not only the 2013 Disparate-Impact Rule currently in effect, but also the substantively identical 2023 Disparate-Impact Rule (which expressly "reinstates" the 2013 Disparate-Impact Rule), the final text of which was recently sent to the Federal Register.

                                                  Respectfully submitted,

                                                  /s/ Kannon K. Shanmugam
                                                  Kannon K. Shanmugam (#474304)
                                                  PAUL, WEISS, RIFKIND,
                                                    WHARTON & GARRISON LLP
                                                  2001 K Street, N.W.
                                                  Washington, DC 20006
                                                  Telephone: (202) 223-7300
                                                  kshanmugam@paulweiss.com

                                                  *Counsel for Plaintiff*
                                                  *National Association*
March 9, 2023                                  *of Mutual Insurance Companies*