UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>HOUSING AND URBAN DEVELOPMENT, )<br>*et al.*, )<br>)<br>*Defendants*. )<br>) | No. 1:13-cv-00966 (RJL) |

**JOINT MOTION FOR BRIEFING SCHEDULE**

In light of the recent publication of the reinstated Rule in the Federal Register, the parties have conferred and propose the following schedule for the disposition of their pending cross-motions for summary judgment: Defendants will serve the administrative record supplement on plaintiff by April 17, 2023, and any supplemental brief by May 5, 2023. Plaintiff will file any supplemental response by May 19, 2023. The parties will file joint excerpts of record by May 31, 2023. At that point, the parties anticipate that the motions for summary judgment will be ready for disposition.

Respectfully submitted,

/s/ James D. Todd
James D. Todd, Jr.
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
Ben Franklin Station
P.O. Box 883
Washington, DC 20044
(202) 305-8356
james.todd@usdoj.gov

*Counsel for Defendants*

April 5, 2023

/s/ Kannon K. Shanmugam
Kannon K. Shanmugam (#474304)
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
2001 K Street, N.W.
Washington, DC 20006
(202) 223-7300
kshanmugam@paulweiss.com

*Counsel for Plaintiff*