UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL ASSOCIATION OF MUTUAL
INSURANCE COMPANIES,

    Plaintiff,

        v.

U.S. DEPARTMENT OF HOUSING AND
URBAN DEVELOPMENT, *et al.*,

    Defendants.

No. 1:13-cv-00966 (RJL)

### DEFENDANT'S CONSENT MOTION TO STAY DEADLINE TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT

Pursuant to Rule 7(b) of the Federal Rules of Civil Procedure and Rule 7 of the Local Civil Rules, Defendants move with consent of Plaintiff to stay Defendants' deadline to respond to Plaintiff's Second Amended Complaint until after the Court rules on the parties' respective motions for summary judgment, with that stay lifted in the event that the Court denies both summary judgment motions. *See* Fed. R. Civ. P. 7(b); LCvR 7. In support of this motion, Defendants state as follows:

    1.    On March 28, 2023, Plaintiff filed a Second Amended Complaint ("SAC"). *See* Pl.'s SAC, ECF No. 146. Plaintiff seeks declaratory and injunctive relief under the Administrative Procedure Act, 5 U.S.C. § 701 *et seq.*, concerning a final rule of the U.S. Department of Housing and Urban Development ("HUD"), *see* Implementation of the Fair Housing Act's Discriminatory Effects Standard, 78 Fed. Reg. 11460 (Feb. 15, 2013); Reinstatement of HUD's Discriminatory Effects Standard, 88 Fed. Reg. 19450 (Mar. 31, 2023). *See, e.g.,* SAC ¶¶ 1-2, 12. Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Defendants' deadline to respond to Plaintiff's SAC is April 12, 2023. *See* Fed. R. Civ. P. 15(a)(3).

2. The parties have filed cross motions for summary judgment. *See* Pl.'s Mot. for Sum. J., ECF No. 60; Defs.' Mot. for Sum. J., ECF No. 64. Pursuant to the parties' joint motion for a briefing schedule, Defendants propose to serve a Supplement to the Certified Administrative Record on Plaintiff by April 17, 2023, and file any supplemental brief by May 5, 2023; Plaintiff will file any supplemental response by May 19, 2023. *See* Jt. Mot. for Br. Sched., ECF No. 147.

3. In light of the nature of this action and the current procedural posture of this case, and to conserve the parties' resources and to promote judicial economy, this Court should grant Defendants' motion to stay Defendants' deadline to respond to Plaintiff's SAC until after the Court resolves the parties' respective summary judgment motions. In the event that this Court denies both summary judgment motions, Defendants will respond to Plaintiff's SAC 14 days after any such decision. *Accord* Fed. R. Civ. P. 15(a)(3).

## LCvR 7(m) CERTIFICATION

Pursuant to Rule 7(m) of the Local Civil Rules, counsel for Defendants conferred with Plaintiff about this motion on April 10, 2023. *See* LCvR 7(m). Counsel for Plaintiff indicated that Plaintiff consents to this motion.

## CONCLUSION

This Court should grant Defendants' consent motion to stay Defendants' deadline to respond to Plaintiff's SAC. A proposed order is submitted herewith.

Dated: April 10, 2023

Respectfully submitted,

SARAH HARRINGTON
Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

<u>s/ James D. Todd, Jr.</u>
JAMES D. TODD, JR.
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
Ben Franklin Station
P.O. Box 883
Washington, DC 20044
(202) 305-8356
(202) 514-3378
james.todd@usdoj.gov

Attorneys for Defendants