UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>    Defendants. | No. 1:13-cv-00966 (RJL) |

**PROPOSED ORDER GRANTDING DEFENDANT'S CONSENT MOTION TO STAY DEADLINE TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

Before this Court is Defendants' Consent Motion to Stay Defendants' Deadline to Respond to Plaintiff's Second Amended Complaint ("SAC"). For good cause shown therein, this Court ORDERS as follows:

1. Defendants' Consent Motion is GRANTED; and

2. Defendants' deadline to respond to Plaintiff's SAC is STAYED. In the event this Court denied both parties' respective motions for summary judgment, Defendants shall respond to Defendants' SAC within 14 days after any such order.

So Ordered.

Dated: _____

_____
RICHARD J. LEON
United States District Judge