UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>Defendants. | No. 1:13-cv-00966 (RJL) |

### NOTICE OF APPEARANCE ON BEHALF OF ALL DEFENDANTS

Please take notice that Brian C. Rosen-Shaud hereby enters his appearance as counsel of record for all Defendants. Undersigned counsel hereby certifies pursuant to Local Rule 83.2(d) that he is personally familiar with the Local Rules of this Court.

Dated: May 5, 2023

                                          Respectfully submitted,

                                          */s/ Brian Rosen-Shaud*
                                          BRIAN C. ROSEN-SHAUD
                                          Trial Attorney (ME Bar No. 006018)
                                          United States Department of Justice
                                          Civil Division, Federal Programs Branch
                                          1100 L St. NW
                                          Washington, DC 20005
                                          (202) 305-7667
                                          brian.c.rosen-shaud@usdoj.gov

                                          Attorney for Defendants