*Nat'l Ass'n of Mutual Ins. Cos. v. HUD*, No. 1:13-cv-966 (D.D.C.)
**JOINT INDEX OF EXCEPRTS OF CERTIFIED ADMINISTRATIVE RECORD**

| Doc. No. | Document Title/Description | Bates Number | |
|---|---|---|---|
| 1. | *Implementation of the Fair Housing Act's Discriminatory Effects Standard*, 78 Fed. Reg. 11,460 (Feb. 15, 2013) | HUD000517, 000611 | HUD000634 |
| 2. | *Application of the Fair Housing Act's Discrim. Effects Standard to Ins.*, 81 Fed. Reg. 69,012 (Oct. 5, 2016) | HUD001813 | HUD001820 |
| 3. | Implementation of the Fair Housing Act's Disparate Impact Standard, Proposed Rule, 84 Fed. Reg. 42,854 (Aug. 19, 2019) | HUD009380 | HUD009389 |
| 4. | Implementation of the Fair Housing Act's Disparate Impact Standard, Final Rule, 85 Fed. Reg. 60,288 (Sept. 24, 2020) | HUD051595 | HUD051640 |
| 5. | *Reinstatement of HUD's Discriminatory Effects Standard, Proposed Rule*, 86 Fed. Reg. 33,590 (June 25, 2021) | HUD051865 | HUD051872 |
| 6. | Comments Received in Resp. to 86 Fed. Reg. 33,590 – Part 1 | HUD051873, 052410 | HUD052420 |
| 7. | *Reinstatement of HUD's Discriminatory Effects Standard, Final Rule*, 88 Fed. Reg. 19,450 (Mar. 31, 2023) | HUD056482 | HUD056532 |
| 8. | 114 Cong. Rec. 2276, 9559 (1968) (Statements of Congressman Celler & Ryan) | HUD056593 | HUD056703 |
| 9. | Implementation of the Fair Housing Amends. Act of 1988, 54 Fed. Reg. 3232 (Jan. 23, 1989) | HUD056704 | HUD056813 |
| 10. | Defs.' Mem. in Supp. of Mot. for Sum. J. & in Opp'n to Pls.' Mot. for Sum. J., Am. Ins. Ass'n. v. HUD, No. 1:13-cv-00966-RJL (D.D.C. Aug. 30, 2016) | HUD057808 | HUD057861 |
| 11. | Comments Received in Resp. to 81 Fed. Reg. 69,012 (Oct. 5, 2016) | HUD058156 | HUD058182 |