UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>Defendants. | No. 1:13-cv-00966 (RJL) |

**JOINT APPENDIX OF EXCERPTS OF ADMINISTRATIVE RECORD PART II**

Please take notice that Defendants are filing Part II of a Joint Appendix of Excerpts of the Certified Administrative Record cited by the parties in their supplemental briefs in support of their respective motions for summary judgment.

Dated: May 30, 2023

Respectfully submitted,

SARAH HARRINGTON
Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

s/ James D. Todd, Jr.
JAMES D. TODD, JR.
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
Ben Franklin Station
P.O. Box 883
Washington, DC 20044
(202) 514-3378
james.todd@usdoj.gov

Attorneys for Defendants