UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Case No. 13-966 (RJL)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER
(September 19, 2023) [Dkt. ## 60, 64]

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that plaintiff National Association of Mutual Insurance Companies' Motion for Summary Judgment [Dkt. #60] is **DENIED**. It is further

**ORDERED** that defendants United States Department of Housing and Urban Development and Marcia L. Fudge's Motion for Summary Judgment [Dkt. #64] is **GRANTED**. It is further

**ORDERED** that the case is **DISMISSED** in its entirety.

**SO ORDERED**.

_____
RICHARD J. LEON
United States District Judge