# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:13-cv-00966 (RJL) |

## NOTICE OF APPEAL

Plaintiff National Association of Mutual Insurance Companies appeals to the United States Court of Appeals for the District of Columbia Circuit from the order denying summary judgment in favor of plaintiff, granting summary judgment in favor of defendants, and dismissing the case in its entirety, Dkt. 156, entered on September 19, 2023.

　　　　　　　　　　　　　　　　　　　　/s/ *Kannon K. Shanmugam*
　　　　　　　　　　　　　　　　　　　　Kannon K. Shanmugam
　　　　　　　　　　　　　　　　　　　　PAUL, WEISS, RIFKIND,
　　　　　　　　　　　　　　　　　　　　　WHARTON & GARRISON LLP
　　　　　　　　　　　　　　　　　　　　2001 K Street, N.W.
　　　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　　　(202) 223-7300
　　　　　　　　　　　　　　　　　　　　kshanmugam@paulweiss.com

　　　　　　　　　　　　　　　　　　　　*Counsel for National Association of Mutual Insurance Companies*